| | | |
|---|---|---|
| **Donna M Jackson/WAWD/09/USCOURTS**<br>11/17/2009 03:28 PM | To | "Cliff" <cacantor@comcast.net> |
| | cc | |
| | bcc | |
| | Subject | Re: Filing of new case |

Your case number is:  C09-1641RSL.   Summonses will not be issued until filing fee is received.   Please note, it will take 24-48 hours before your case is opened in cm/ecf.   If you should have questions, please call (206) 370-8400.   Thx!

~Donna Jackson
"Cliff" <cacantor@comcast.net>



| | | |
|---|---|---|
| **"Cliff" <cacantor@comcast.net>**<br>11/17/2009 03:09 PM | To | <newcases.seattle@wawd.uscourts.gov> |
| | cc | |
| | Subject | Filing of new case |

Dear Ms. Jackson:

Enclosed please find a complaint, civil cover sheet, and two summonses for a new case.  Kindly open a new case number and file these documents as of today, November 17, 2009.  I will call you shortly to pay the filing fee.  Thank you.

Cliff Cantor
Law Offices of Clifford A. Cantor, P.C.
627 208th Ave. SE
Sammamish, WA 98074-7033
Tel:  (425) 868-7813
Fax:  (425) 868-7870
Cell:  (425) 281-8217
cacantor@comcast.net

   

Kramer v B2Mobile.complaint.pdf   Kramer v B2Mobile.civil cover sheet.pdf   Summons.Autobytel.pdf   Summons.B2Mobile.pdf