

Clerk's Use Only
Initial for fee pd.:

Molly A. Terwilliger
Summit Law Group PLLC
315 Fifth Avenue S., Suite 1000
Seattle, WA 98104-2682
(206) 676-7000

FILED
2010 JUL 1  P 3: 21
RICHARD W. WIEKING
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER KRAMER,

          Plaintiff(s),

v.

AUTOBYTEL, INC., et al.,

          Defendant(s).

CASE NO. 3:10-cv-02722-JCS

**APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Molly A. Terwilliger, an active member in good standing of the bar of the State of Washington, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Defendant B2Mobile, LLC, in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
    Arman Javid, Hanson Bridgett LLP, 425 Market Street
    San Francisco, CA 94105-5401 (415) 777-3200

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 06/29/2010

Molly A. Terwilliger