1   Arman Javid (SBN 191572)
    Raymond F. Lynch (SBN 119065)
2   Megan Oliver Thompson (SBN 256654)
    Hanson Bridgett LLP
3   425 Market Street
    San Francisco, CA  94105-5401
4   Tel:     415-777-3200
    Fax:    415-995-3571
5   Email:   *ajavid@hansonbridgett.com*
             *rlynch@hansonbridgett.com*
6            *moliverthompson@hansonbridgett.com*

7   Philip S. McCune (*pro hac vice*)
    Molly A. Terwilliger (*pro hac vice*)
8   Summit Law Group PLLC
    315 Fifth Avenue S., Suite 1000
9   Seattle, WA  98104-2682
    Tel:     (206) 676-7000
10  Fax:    (206) 676-7001
    Email:   *philm@summitlaw.com*
11           *mollyt@summitlaw.com*

12  **Attorneys for Defendant B2Mobile, LLC**

13              UNITED STATES DISTRICT COURT

14            NORTHERN DISTRICT OF CALIFORNIA

15                   OAKLAND DIVISION

16  CHRISTOPHER KRAMER, individually and
    on behalf of all others similarly situated,
17                                                    CASE NO. C10-02722-CW
                          Plaintiff,
18                                                    STIPULATION REGARDING
                                                      BRIEFING SCHEDULE FOR MOTIONS
19          v.                                        TO DISMISS

20  AUTOBYTEL, INC., a Delaware corporation;          Date:       September 9, 2010
    B2MOBILE, LLC, a California limited liability     Time:       2:00 p.m.
21  company; and LEADCLICK MEDIA, INC., a             Ctrm:       2, 4th Floor, Hon. Claudia Wilken
    California corporation,
22                                                    Complaint Filed:  November 17, 2009
                          Defendants.
23

24

25

26

27

28

2424391.1

Counsel for the moving parties, Defendants B2Mobile, LLC, and LeadClick Media, Inc., have conferred with counsel for the responding party, Plaintiff Christopher Kramer, and have reached an agreement regarding the briefing schedule for the motions to dismiss filed herewith. The parties agree that good cause exists to extend the time for filing opposition and reply briefs. The parties' agreed-upon briefing schedule is as follows:

- July 14, 2010:       Date of filing motions to dismiss
- August 9, 2010:     Deadline for filing briefs in opposition to motions to dismiss
- August 26, 2010:    Deadline for filing reply briefs in support of motions to dismiss
- September 9: 2010:  Motions to dismiss set for hearing before Judge Wilken

Dated:   July 14, 2010                          HANSON BRIDGETT LLP


By /s/ Megan Oliver Thompson
      Arman Javid (SBN 191572)
      Raymond F. Lynch (SBN 119065)
      Megan Oliver Thompson (SBN 256654)
      *ajavid@hansonbridgett.com*
      *rlynch@hansonbridgett.com*
      *moliverthompson@hansonbridgett.com*

And by

Dated:   July 14, 2010                          SUMMIT LAW GROUP PLLC


By /s/ Philip S. McCune
      Philip S. McCune (*pro hac vice pending*)
      Molly A. Terwilliger (*pro hac vice pending*)
      *philm@summitlaw.com*
      *mollyt@summitlaw.com*

**Attorneys for Defendant B2Mobile, LLC**

Dated:   July 14, 2010                          EDELSON MCGUIRE LLP


By /s/ Sean P. Reiss
      Sean P. Reis (SBN 184044)
      *sreis@edelson.com*

**Attorneys for Plaintiff Christopher Kramer**

1  Dated:  July 14, 2010                          REED SMITH LLP

2

3                                                 By /s/ Roxanne M. Wilson
                                                     John P. Zaimes (SBN 91933)
4                                                    Roxanne M. Wilson (SBN 94627)
                                                     Jennifer L. Nelson (SBN 228996)
5                                                    *jzaimes@reedsmith.com*
                                                     *Rwilson@reedsmith.com*
6                                                    *jlnelson@reedsmith.com*

7                                                  ***Attorneys for Defendant LeadClick Media, Inc.***

8

9        PURSUANT TO STIPULATION, IT IS SO ORDERED.

10       DATED this  19th  day of _____July_____, 2010.

11

12                                                 THE HONORABLE CLAUDIA WILKEN
                                                   UNITED STATES DISTRICT COURT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**SIGNATURES UNDER GENERAL ORDER NO. 45**

2        Pursuant to General Order No. 45 of the United States District Court, Northern District of

3   California, I, Megan Oliver Thompson—the ECF User whose User ID and Password are used in

4   the filing of this Stipulation Regarding Briefing Schedule for Motions to Dismiss—hereby attest

5   that the concurrence to the filing of this document has been obtained from each of the other

6   signatories to this document.

7

8                                              /s/ Megan Oliver Thompson
                                               Megan Oliver Thompson
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2424391.1