Arman Javid (SBN 191572)
Raymond F. Lynch (SBN 119065)
Megan Oliver Thompson (SBN 256654)
Hanson Bridgett LLP
425 Market Street
San Francisco, CA  94105-5401
Tel:       415-777-3200
Fax:      415-995-3571
Email:   *ajavid@hansonbridgett.com*
            *rlynch@hansonbridgett.com*
            *moliverthompson@hansonbridgett.com*

Philip S. McCune (*pro hac vice*)
Molly A. Terwilliger (*pro hac vice*)
Summit Law Group PLLC
315 Fifth Avenue S., Suite 1000
Seattle, WA  98104-2682
Tel:       (206) 676-7000
Fax:      (206) 676-7001
Email:   *philm@summitlaw.com*
            *mollyt@summitlaw.com*

**Attorneys for Defendant B2Mobile, LLC**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHRISTOPHER KRAMER, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>         v.<br><br>AUTOBYTEL, INC., a Delaware corporation; B2MOBILE, LLC, a California limited liability company; and LEADCLICK MEDIA, INC., a California corporation,<br><br>                    Defendants. | CASE NO. C10-02722-CW<br><br>CERTIFICATION PURSUANT TO 28 U.S.C.A § 2403(a) AND FED R. CIV. P. 5.1 [PROPOSED] |

TO:  United States Attorney General's Office
     450 Golden Gate Avenue, 11th Floor
     San Francisco, CA 94102

On behalf of this Court and pursuant to 28 U.S.C.A. § 2403(a), I certify that in this case there is drawn into question the constitutionality of 47 U.S.C.A. § 227, the Telephone Consumer Protection Act of 1991.

DATED this  20th  day of    July       , 2010.

_____
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT COURT JUDGE

*Presented by:*

HANSON BRIDGETT LLP


By /s/ Megan Oliver Thompson
   Arman Javid (SBN 191572)
   Raymond F. Lynch (SBN 119065)
   Megan Oliver Thompson (SBN 256654)
   *ajavid@hansonbridgett.com*
   *rlynch@hansonbridgett.com*
   *moliverthompson@hansonbridgett.com*

And by

SUMMIT LAW GROUP PLLC


By /s/ Philip S. McCune
   Philip S. McCune (*pro hac vice*)
   Molly A. Terwilliger (*pro hac vice*)
   *philm@summitlaw.com*
   *mollyt@summitlaw.com*

*Attorneys for Defendant B2Mobile, LLC*

-1-
CERTIFICATION PURSUANT TO 28 U.S.C.A § 2403(A) AND FED R. CIV. P. 5.1
CASE NO. C10-02722-CW

2424397.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Sean P. Reiss
Edelson McGuire LLC
*sreis@edelson.com*

Thomas R. Burke
Randy Gainer
Kenneth E. Payson
Davis Wright Tremaine PLLC
*thomasburke@dwt.com*
*randygainer@dwt.com*
*kenpayson@dwt.com*

John P. Zaimes
Roxanne M. Wilson
Jennifer L. Nelson
Reed Smith LLP
*jzaimes@reedsmith.com*
*rwilson@reedsmith.com*
*jlnelson@reedsmith.com*

DATED this 14th day of July, 2010.

/s/ Megan Oliver Thompson
Megan Oliver Thompson