SEAN REIS - SBN 184004
EDELSON MCGUIRE, LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Telephone: (949) 459-2124
Facsimile: (949) 459-2123
sreis@edelson.com

CHRISTOPHER L. DORE (*pro hac vice*)
EDELSON MCGUIRE, LLC
350 N LaSalle, Sutie 1300
Chicago, IL 60654
Telephone: (312) 589-6370
Facsimile: (312) 264-0351
cdore@edelson.com

ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER KRAMER, individually and on behalf of all others similarly situated, | No. 10-cv-02722-CW |
| *Plaintiff*, | **STIPULATION TO MODIFY THE UNITED STATES' TIME TO INTERVENE AND RESET HEARINGS ON MOTIONS TO DISMISS AND CASE MANAGEMENT CONFERENCE** |
| v. | |
| AUTOBYTEL, INC., a Delaware corporation, and B2MOBILE, LLC, a California limited liability company, and LEADCLICK MEDIA, INC., a California corporation, | |
| | Honorable Claudia A. Wilken |
| *Defendants*. | |

**STIPULATION TO MODIFY THE UNITED STATES' TIME
TO INTERVENE AND TO RESET HEARING ON MOTION
TO DISMISS AND CASE MANAGEMENT CONFERENCE**

Plaintiff Christopher Kramer and Defendants Autobytel, Inc., B2Mobile, LLC, and LeadClick Media, Inc., stipulate as follows:

1. On July 14, 2010, Defendants B2Mobile, LLC and LeadClick Media filed separate Motions to Dismiss Plaintiff's First Amended Complaint, including a constitutional challenge to the Telephone Consumer Protection Act ("TCPA") (47 U.S.C. 227). (Dkt. Nos. 58 & 66).

2. On July 14, 2010, Plaintiff, B2Mobile, and LeadClick Media filed a signed stipulation setting forth an agreed briefing schedule for B2Mobile and LeadClick Media's Motions to Dismiss, pursuant to which Plaintiff was required to file any opposition by August 9, 2010, B2Mobile and LeadClick Media were required to file any reply to that opposition by August 26, 2010, and a hearing before this Court would be held on September 9, 2010. (Dkt. No. 61).

3. On July 20, 2010, this Court issued a Certification Order pursuant to 28 U.S.C.A. Section 2403(a) and Federal Rule of Civil Procedure 5.1, giving notice to the United States Attorney General of the present challenge to the TCPA. (Dkt. No. 71). Federal Rule of Civil Procedure 5.1 states:

> Unless the court sets a later time, the attorney general may intervene within 60 days after the notice is filed or after the court certifies the challenge, whichever is earlier. Before the time to intervene expires, the court may reject the constitutional challenge, but may not enter a final judgment holding the statute unconstitutional.

4. Pursuant to the stipulated briefing schedule, on August 9, 2010, Plaintiff Christopher Kramer filed a Combined Opposition to B2Mobile and LeadClick Media's Motions to Dismiss. (Dkt. No. 78).

5. On August 11, 2010, the Parties were contacted by Kyle R. Freeny, of the Department of Justice, for the purpose of notifying the Parties of the United States' interest in

intervening in the present case.  Ms. Freeny further sought a thirty-day extension to decide whether the United States would intervene.

6. In light of the United States' pending decision to intervene, the Parties stipulate that the United States shall have until October 12, 2010, to decide if it will intervene and file any documents in support of its position.

7. Under FRCP 5.1, the Court is prohibited from granting Defendants' constitutional challenge until September 20, 2010, at the earliest.  Therefore, the Parties stipulate to continue both the hearing on the Motions to Dismiss (currently set for September 9, 2010) and the Case Management Conference (currently set for October 1, 2010) to November 18, 2010 at 2 P.M., or such other time as the Court deems appropriate.

8. Pursuant to the stipulated briefing schedule, Defendants B2Mobile and LeadClick Media shall file their Replies to Plaintiff's Opposition to their Motions to Dismiss  either by August 26, 2010, as previously stipulated by the parties, or at such later date as the Court may determine after hearing the anticipated motion by B2Mobile and LeadClick to enlarge time.

9. Notwithstanding the above revised schedule, the Parties stipulate that Defendants B2Mobile and LeadClick Media may reply, on or before November 1, 2010, in response to any documents filed by the United States on or before October 12, 2010.

Dated:  August 18, 2010                                   EDELSON McGUIRE, LLC
                                                                              Attorneys for Plaintiff

                                                                              By:   /s/ Christopher L. Dore
                                                                                      Christopher Dore


Dated:  August 18, 2010                                   SUMMIT LAW GROUP PLLC
                                                                              Attorneys for Defendant B2Mobile, LLC

                                                                              By:   /s/ Philip S. McCune
                                                                                      Philip S. McCune

3
STIPULATION TO MODIFY THE UNITED STATES'
TIME TO INTERVENE AND RESET HEARINGS (10-cv-02722-CW)

Dated: August 18, 2010      DAVIS WRIGHT TREMAINE LLP
                            Attorneys for Defendant Autobytel Inc.

                            By: /s/ Randy Gainer
                                Randy Gainer


Dated: August 18, 2010      REED SMITH, LLP
                            Attorneys for Defendant LeadClick Media, Inc.

                            By: /s/ Roxanne M. Wilson
                                Roxanne M. Wilson


PURSUANT TO STIPULATION, IT IS SO ORDERED.
DATED this 23rd day of ___August_____, 2010.


_____
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT COURT JUDGE

4

STIPULATION TO MODIFY THE UNITED STATES'
TIME TO INTERVENE AND RESET HEARINGS (10-cv-02722-CW)