SEAN REIS (SBN 184004)
sreis@edelson.com
EDELSON MCGUIRE, LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Telephone: (949) 459-2124
Facsimile: (949) 459-2123

RYAN D. ANDREWS (*pro hac vice*)
randrews@edelson.com
CHRISTOPHER L. DORE (*pro hoc vice*)
cdore@edelson.com
EDELSON MCGUIRE, LLC
350 North LaSalle, Suite 1300
Chicago, IL 60654
Telephone: (312) 589-6370
Facsimile: (312) 589-6378

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHRISTOPHER KRAMER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AUTOBYTEL INC., a Delaware corporation, and B2MOBILE, LLC, a California limited liability company, and LEADCLICK MEDIA, INC., a California corporation,<br><br>Defendants. | Case No. 4:10-cv-02722 CW<br><br>**JOINT STIPULATION THAT PLAINTIFF'S CLAIMS AGAINST AUTOBYTEL ARE DISMISSED WITH PREJUDICE AND [PROPOSED] ORDER OF DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff Christopher Kramer and defendants Autobytel Inc., B2Mobile, LLC, and LeadClick Media, Inc., by and through their respective counsel, stipulate that this action be dismissed *with prejudice* as to all of the individual claims advanced by Kramer as to Defendant Autobytel only, pursuant to an individual settlement reached between the Kramer and Autobytel, and *without prejudice* as to all of the purported, uncertified class action claims advanced by Kramer against Autobytel. The individual settlement and this

Rule 41(a)(1)(A)(ii) dismissal shall have no effect on any other rights of the Parties not specifically stated in the settlement agreement.

Dated: October 22, 2010         EDELSON McGUIRE, LLC
                                Attorneys for Plaintiff

                                By: s/ Christopher L. Dore
                                        Christopher L. Dore

Dated: October 22, 2010         DAVIS WRIGHT TREMAINE LLP
                                Attorneys for Defendant Autobytel Inc.

                                By: s/ Randy Gainer
                                        Randy Gainer

Dated: October 22, 2010         SUMMIT LAW GROUP PLLC
                                Attorneys for Defendant B2Mobile, LLC

                                By: s/ Phil McCune
                                        Phil McCune

Dated: October 22, 2010         REED SMITH, LLP
                                Attorneys for Defendant LeadClick Media, Inc.

                                By: s/ Roxanne M. Wilson
                                        Roxanne M. Wilson

## ~~PROPOSED~~ ORDER

Pursuant to the Federal Rule of Civil Procedure 41(a), IT IS HEREBY ORDERED:

That this action shall be and hereby is dismissed *with prejudice* and without costs as to all of the individual claims advanced by Kramer as to Defendant Autobytel only and *without prejudice* as to all of the purported, uncertified class action claims advanced by Kramer against Autobytel. The individual settlement and this Rule 41(a) dismissal shall have no effect on any other rights of the Plaintiff or Autobytel not specifically stated in the settlement agreement.

Dated: 10/26/2010

_____
CLAUDIA WILKEN
United States District Judge

**Attestation Pursuant General Order 45 and Certificate of Service**

I attest that I obtained the concurrence of each of the signatory attorneys shown above. I certify that on October 22, 2010, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

By: s/ Christopher L. Dore