John P. Zaimes (SBN 91933)
jzaimes@reedsmith.com
Roxanne M. Wilson (SBN 94627)
rwilson@reedsmith.com
Jennifer L. Nelson (SBN 228996)
jlnelson@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone:  +1 213 457 8000
Facsimile:  +1 213 457 8080

Attorneys for Defendant
LeadClick Media, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHRISTOPHER KRAMER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AUTOBYTEL, INC., a Delaware corporation; B2MOBILE, LLC, a California limited liability company; and LEADCLICK MEDIA, INC., a California corporation,<br><br>Defendants. | Case No. C10-02722-CW<br><br>**NOTICE OF PENDING CLASS ACTION SETTLEMENT AND JOINT STIPULATION AND ORDER TO VACATE DATES ON CASE MANAGEMENT ORDER**<br><br>Honorable Claudia Wilken, Ctrm. 2<br><br>Complaint Filed:  November 17, 2009 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Plaintiff Christopher Kramer, ("Plaintiff" or "Kramer") and Defendants B2Mobile, LLC ("B2M") and LeadClick Media, Inc. ("LeadClick") (collectively referred to as the "Parties") enter into this joint stipulation with reference to the following facts:

## RECITALS

A. WHEREAS the Court's Minute Order and Case Management Order entered on January 4, 2011, sets forth a number of dates and deadlines, including a deadline for completion of private mediation on March 31, 2011;

B. WHEREAS on March 29, 2011, the Parties participated in a day-long mediation conducted by Professor Eric D. Green of Resolutions, LLC;

C. WHEREAS the Parties reached a proposed settlement during the mediation with the assistance of Professor Green;

D. WHEREAS the Parties need sufficient time to finalize settlement agreements;

E. WHEREAS the Plaintiff needs sufficient time to prepare and file a motion for preliminary approval of the class action settlement; and

F. WHEREAS the Parties would like the remaining dates in the Court's January 4, 2011, Court's Minute Order and Case Management Order vacated in order to have sufficient time to finalize the settlement documents and for Plaintiff to seek the Court's preliminary approval of the class action settlement.

## STIPULATION

**NOW, THEREFORE**, it is hereby stipulated by the parties, through their respective counsel of record, as follows:

1. The Parties will finalize settlement agreements within 45 days;
2. The Plaintiff will prepare and file a motion for preliminary approval of the class action settlement within 60 days;

Case No: C10-02722-CW

3.  The Parties request that the Court vacate the remaining dates and deadlines in the Minute Order and Case Management Order entered on January 4, 2011; and

4.  If for any reason the Court does not approve the class action settlement, any party may request that the Court reset the remaining dates and deadlines in the Minute Order and Case Management Order entered on January 4, 2011.

**IT IS SO STIPULATED**.

DATED:  March 31, 2011.          EDELSON McGUIRE, LLC


By___/ S / Ryan D. Andrews_____
    Christopher Dore
    Michael J. McMorrow
    Ryan D. Andrews
    Sean Reis
    Attorneys for Plaintiff
    Christopher Kramer

DATED:  March 31, 2011.          SUMMIT LAW GROUP PLLC


By___/ S / Philip S. McCune_____
    Philip S. McCune
    Molly A. Terwilliger
    Attorneys for Defendant
    B2Mobile, LLC

DATED:  March 31, 2011.          HANSON BRIDGETT LLP


By___/ S / Arman Javid_____
    Arman Javid
    Raymond F. Lynch
    Megan Oliver Thompson
    Attorneys for Defendant
    B2Mobile, LLC

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1  DATED:  March 31, 2011.            REED SMITH LLP

2

3                                     By    / S / Roxanne M. Wilson
                                         Roxanne M. Wilson
                                         Attorneys for Defendant
4                                        LeadClick Media, Inc.

5

6                                   **ORDER**

7       Based on the above Stipulation, **IT IS SO ORDERED.**  A case management

8  conference will be held on July 26 at 2:00 pm if no motion for preliminary approval has been filed.

9

10 DATED: April 5, 2011
                                         _____
11                                       The Honorable Claudia Wilken
                                         United States District Court Judge