John P. Zaimes (SBN 91933)
jzaimes@reedsmith.com
Roxanne M. Wilson (SBN 94627)
rwilson@reedsmith.com
Jennifer L. Nelson (SBN 228996)
jlnelson@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone:  +1 213 457 8000
Facsimile:   +1 213 457 8080

Attorneys for Defendant
LeadClick Media, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| CHRISTOPHER KRAMER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AUTOBYTEL, INC., a Delaware corporation; B2MOBILE, LLC, a California limited liability company; and LEADCLICK MEDIA, INC., a California corporation,<br><br>Defendants. | Case No. C10-02722-CW<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEADLINES RE SETTLEMENT AGREEMENTS AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Honorable Claudia Wilken, Ctrm. 2<br><br>Complaint Filed:  November 17, 2009 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Plaintiff Christopher Kramer, ("Plaintiff" or "Kramer") and Defendants B2Mobile, LLC ("B2M") and LeadClick Media, Inc. ("LeadClick") (collectively referred to as the "Parties") enter into this joint stipulation with reference to the following facts:

## RECITALS

A. WHEREAS the Court's Minute Order and Case Management Order entered on January 4, 2011, sets forth a number of dates and deadlines, including a deadline for completion of private mediation on March 31, 2011;

B. WHEREAS on March 29, 2011, the Parties participated in a day-long mediation conducted by Professor Eric D. Green of Resolutions, LLC;

C. WHEREAS the Parties reached a proposed settlement during the mediation with the assistance of Professor Green;

D. WHEREAS on April 5, 2011, the Court entered an Order vacating dates and deadlines in the Minute Order and Case Management Order entered on January 4, 2011;

E. WHEREAS pursuant to the Court's Order and as agreed by stipulation of the parties, the deadline to finalize settlement agreements is 45 days from the Court's Order entered on April 5, 2011, which is May 20, 2011;

F. WHEREAS pursuant to the Court's Order and as agreed by stipulation of the parties, the deadline to prepare and file a motion for preliminary approval of the class action settlement is 60 days from the Court's Order entered on April 5, 2011, which is June 3, 2011;

G. WHEREAS the Parties have exchanged multiple drafts of the settlement agreement and related documents and are working diligently in finalizing their settlement agreement, but due to the complexity of the matter, the Parties are in need of additional time to time to finalize the settlement agreements;

H. WHEREAS the Plaintiff needs additional time, after the settlement agreements have been signed, to prepare and file a motion for preliminary approval of the class action settlement; and

I. WHEREAS the Parties expect that the settlement agreements will be signed and the motion for preliminary approval of the class action settlement will be filed well in advance of the Case Management Conference scheduled by the Court on July 26, 2011, in the event that no motion for preliminary approval is filed by that date. The Parties do not anticipate that any further extensions will be required in order to finalize the class action settlement agreement.

## STIPULATION

**NOW, THEREFORE**, it is hereby stipulated by the parties, through their respective counsel of record, as follows:

1. The deadline for the Parties to finalize settlement agreements is extended from May 20, 2011 to June 20, 2011; and

2. The deadline for the Plaintiff to prepare and file a motion for preliminary approval of the class action settlement is extended from June 3, 2011 to July 8, 2011.

**IT IS SO STIPULATED**.

DATED: May 18, 2011.                EDELSON McGUIRE, LLC

                                    By____/ S / Ryan D. Andrews_____
                                        Christopher Dore
                                        Michael J. McMorrow
                                        Ryan D. Andrews
                                        Sean Reis
                                        Attorneys for Plaintiff
                                        Christopher Kramer

Case No: C10-02722-CW         - 2 -                   US_ACTIVE-106280463
JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES RE SETTLEMENT
AGREEMENTS AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

| | |
|---|---|
| DATED: May 18, 2011. | SUMMIT LAW GROUP PLLC |
| | By  / S / Philip S. McCune<br>Philip S. McCune<br>Molly A. Terwilliger<br>Attorneys for Defendant<br>B2Mobile, LLC |
| DATED: May 18, 2011. | HANSON BRIDGETT LLP |
| | By  / S / Arman Javid<br>Arman Javid<br>Raymond F. Lynch<br>Megan Oliver Thompson<br>Attorneys for Defendant<br>B2Mobile, LLC |
| DATED: May 18, 2011. | REED SMITH LLP |
| | By  / S / Roxanne M. Wilson<br>Roxanne M. Wilson<br>Attorneys for Defendant<br>LeadClick Media, Inc. |

### ORDER

Based on the above Stipulation, **IT IS SO ORDERED.**

DATED: __MAY 23__, 2011    _____
The Honorable Claudia Wilken
United States District Court Judge