John P. Zaimes (SBN 91933)
jzaimes@reedsmith.com
Roxanne M. Wilson (SBN 94627)
rwilson@reedsmith.com
Jennifer L. Nelson (SBN 228996)
jlnelson@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone:   +1 213 457 8000
Facsimile:   +1 213 457 8080

Attorneys for Defendant
LeadClick Media, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| CHRISTOPHER KRAMER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AUTOBYTEL, INC., a Delaware corporation; B2MOBILE, LLC, a California limited liability company; and LEADCLICK MEDIA, INC., a California corporation,<br><br>Defendants. | Case No. C10-02722-CW<br><br>**JOINT STIPULATION AND ORDER FURTHER EXTENDING DEADLINES RE SETTLEMENT AGREEMENTS AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Honorable Claudia Wilken, Ctrm. 2<br><br>Complaint Filed:  November 17, 2009 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Plaintiff Christopher Kramer, ("Plaintiff" or "Kramer") and Defendants B2Mobile, LLC ("B2M") and LeadClick Media, Inc. ("LeadClick") (collectively referred to as the "Parties") enter into this joint stipulation with reference to the following facts:

### RECITALS

A.  WHEREAS the Court's Minute Order and Case Management Order entered on January 4, 2011, sets forth a number of dates and deadlines, including a deadline for completion of private mediation on March 31, 2011;

B.  WHEREAS on March 29, 2011, the Parties participated in a day-long mediation conducted by Professor Eric D. Green of Resolutions, LLC;

C.  WHEREAS the Parties reached a proposed settlement during the mediation with the assistance of Professor Green;

D.  WHEREAS on April 5, 2011, the Court entered an Order vacating dates and deadlines in the Minute Order and Case Management Order entered on January 4, 2011;

E.  WHEREAS pursuant to the Court's Order and as agreed by stipulation of the Parties, the deadline to finalize settlement agreements is 45 days from the Court's Order entered on April 5, 2011, which is May 20, 2011 and extended to June 20, 2011;

F.  WHEREAS pursuant to the Court's Order and as agreed by stipulation of the Parties, the deadline to prepare and file a motion for preliminary approval of the class action settlement is 60 days from the Court's Order entered on April 5, 2011, which is June 3, 2011 and extended to July 8, 2011;

G.  WHEREAS the Parties have reviewed and discussed the settlement class administrator proposals submitted to them in this matter and have agreed to retain the services of Kinsella Media to handle the notice to the Settlement Class and Rust Consulting as Class Settlement Administrator.  WHEREAS Kinsella needs additional

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

<05>

time to provide their input to counsel and make final revisions to the class notice documents.

H.    WHEREAS the Parties continue to exchange revisions of the draft settlement agreement and related documents and are continuing to work diligently in finalizing their settlement agreement, but due to the complexity of the matter, the Parties are in need of additional time to time to finalize the settlement agreements;

I.    WHEREAS the Plaintiff needs time after the settlement agreement has been signed to prepare and file a motion for preliminary approval of the class action settlement.

J.    WHEREAS the Plaintiff intends to request a hearing date of July 21, 2011, for his motion for preliminary approval in order to efficiently meet the notice deadlines anticipated by Kinsella's notice proposal.

K.    WHEREAS the Parties expect that the settlement agreements will be signed and the motion for preliminary approval of the class action settlement will be filed well in advance of the Case Management Conference scheduled by the Court on July 26, 2011; and

L.    WHEREAS the Parties are confident that no further extensions will be required in order to finalize the class action settlement agreement.

## STIPULATION

**NOW, THEREFORE**, it is hereby stipulated by the Parties, through their respective counsel of record, as follows:

1.    The deadline for the Parties to finalize settlement agreements is extended from June 20, 2011 to July 15, 2011; and

/ / /

/ / /

/ / /

/ / /

2. The deadline for the Plaintiff to prepare and file a motion for preliminary approval of the class action settlement is extended from July 8, 2011 to July 22, 2011.

**IT IS SO STIPULATED**.

DATED: June 16, 2011.	EDELSON McGUIRE, LLC

By	/ S / Ryan D. Andrews
Ryan D. Andrews
Christopher Dore
Michael J. McMorrow
Sean Reis
Attorneys for Plaintiff
Christopher Kramer

DATED: June 16, 2011.	SUMMIT LAW GROUP PLLC

By	/ S / Philip S. McCune
Philip S. McCune
Molly A. Terwilliger
Attorneys for Defendant
B2Mobile, LLC

DATED: June 16, 2011.	HANSON BRIDGETT LLP

By	/ S / Arman Javid
Arman Javid
Raymond F. Lynch
Megan Oliver Thompson
Attorneys for Defendant
B2Mobile, LLC

DATED: June 16, 2011.	REED SMITH LLP

By	/ S / Roxanne M. Wilson
Roxanne M. Wilson
Attorneys for Defendant
LeadClick Media, Inc.

**ORDER**

Based on the above Stipulation, **IT IS SO ORDERED.**

DATED: __**June 20**__, 2011     _____
The Honorable Claudia Wilken
United States District Court Judge

REED SMITH LLP
A limited liability partnership formed in the State of Delaware