# EXHIBIT 1

SEAN REIS (SBN 184004)
sreis@edelson.com
EDELSON MCGUIRE, LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Telephone: (949) 459-2124
Facsimile: (949) 459-2123

RYAN D. ANDREWS (*Pro Hac Vice*)
randrews@edelson.com
CHRISTOPHER L. DORE (*Pro Hac Vice*)
cdore@edelson.com
EDELSON MCGUIRE, LLC
350 North LaSalle, Suite 1300
Chicago, IL 60654
Telephone: (312) 589-6370
Facsimile: (312) 589-6378
ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| CHRISTOPHER KRAMER, individually and on behalf of all others similarly situated, | No. 10-cv-02722-CW |
| Plaintiff, | **CLASS ACTION SETTLEMENT AGREEMENT** |
| v. | |
| AUTOBYTEL, INC., a Delaware corporation, and B2MOBILE, LLC, a California limited liability company, and LEADCLICK MEDIA, INC., a California corporation, | Honorable Claudia A. Wilken |
| Defendants. | |

1   This Agreement ("Agreement" and/or "Settlement Agreement") is entered into by and

2   among (i) Christopher Kramer ("Plaintiff"); (ii) the B2Mobile Class (as defined herein); (iii)  the

3   LeadClick Auto Class (as defined herein); (iv) Defendant B2Mobile, LLC ("B2Mobile"); and (v)

4   Defendant LeadClick Media, Inc. ("LeadClick" ).  B2Mobile and LeadClick are collectively

5   referred to as the "Defendants."  The B2Mobile Class, the LeadClick Auto Class, and Mr. Kramer

6   are collectively referred to as the "Plaintiffs" unless otherwise noted.  The Plaintiffs and the

7   Defendants are collectively referred to herein as the "Parties."  This Agreement is intended by the

8   Parties to fully, finally and forever resolve, discharge and settle the Released Claims (as the term

9   is defined below), upon and subject to the terms and conditions of this Agreement, and subject to

10  the final approval of the Court.

11  **RECITALS**

12  A.      On November 17, 2009, Plaintiff Christopher Kramer brought a putative class

13  action against Autobytel, Inc. ("Autobytel") and B2Mobile, alleging that he received several

14  unauthorized text message advertisements sent by or on behalf of Autobytel and B2Mobile in

15  violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227 (the "TCPA").  (Dkt. 1.)

16  Plaintiff's Complaint was initially filed in the United States District Court for the Western District

17  of Washington.  (*Id.*)  On April 19, 2010, Plaintiff amended his class action complaint, adding

18  LeadClick as a Defendant.  (Dkt. 20.) (collectively, the Complaint and First Amended Complaint

19  comprise the "Action.")

20  B.      On May 6, 2010, B2Mobile and LeadClick filed motions to transfer and/or dismiss,

21  asserting jurisdictional and pleadings-based arguments.  (Dkts. 25 & 34.)  Plaintiff thereafter

22  consented to the transfer of the Action to the United States District Court for the Northern District

23  of California, (Dkts. 36, 37), where it was assigned to the Honorable Claudia A. Wilken.  (Dkt.

24  48.)

25  C.      On October 26, 2010, upon stipulation between Plaintiff and Autobytel, reached as

26  a result of an individual settlement, the Court dismissed with prejudice Plaintiff's individual

27  claims against Autobytel, and dismissed without prejudice the putative class claims Plaintiff

28  asserted against Autobytel.  (Dkts. 99 & 100.)

D.     On July 14, 2010, Defendants each filed a motion to dismiss the Action on both constitutional and pleadings grounds.  (Dkts. 58 & 66.)  Because the motions to dismiss questioned the constitutionality of the TCPA, the Court notified the United States of America of the constitutional challenges.  (Dkts. 71 & 73.)  The United States of America then intervened in the Action for the purpose of opposing the constitutional challenges raised in the motions to dismiss.  (Dkt. 98.)  After complete briefing, the Court issued its opinion denying Defendants' motions.  (Dkt. 106.)

E.     As part of the Rule 26 discovery planning conference and meet-and-confer that followed the Court's ruling on the motions to dismiss, the Parties agreed to attempt to resolve this matter though private mediation with nationally-renowned mediator Professor Eric D. Green of Resolutions, LLC.  (*See* Dkts. 105, 107, & 108.)

F.     Following the January 4, 2011, case management conference, each Party propounded several sets of class-and merits-based discovery and Defendants' counsel deposed Plaintiff Kramer.  Prior to the mediation, the Parties entered into an agreement whereby they informally exchanged certain interrogatories, documents and other information that they agreed were needed to effectively engage in the mediation process.

G.     On March 28, 2011, proposed Class Counsel, along with LeadClick's Counsel, B2Mobile's Counsel, corporate representatives of each Defendant, representatives of their respective insurers American International Specialty Line Insurance Company ("AISLC") and Lloyd's of London, and their counsel, met in San Francisco for a formal mediation with Professor Green.  Plaintiff Kramer was available throughout the mediation by telephone.  After several rounds of arms' length negotiations, supervised over the course of a full day by Professor Green, the Parties were able to reach a tentative agreement as to the principal terms of this Agreement, which were formalized in a non-binding signed Memorandum of Understanding, and with the informed oral consent of Plaintiff Kramer.

H.     At all times, Defendants have denied and continue to deny any wrongdoing whatsoever and have denied and continue to deny that they committed, or threatened or attempted to commit, any wrongful act or violation of law or duty alleged in the Action.  Defendants also

1  contend that they have acted properly in all regards in connection with the preparation and

2  dissemination of any text messages that directly or indirectly promote, lead to, and/or advertise

3  Defendants' services or websites, whether these messages were disseminated by Defendants or

4  third parties acting independently or on their behalf.  Defendants also deny: (1) each and all of the

5  claims and contentions alleged by Plaintiff in the Action; (2) all charges of wrongdoing or liability

6  against them or their agents arising out of any conduct, statements, acts or omissions alleged in the

7  Action; and (3) that either Plaintiff, the LeadClick Auto Class, or the B2Mobile Class are entitled

8  to any form of damages or other relief based on the conduct alleged in the Action.  In addition,

9  LeadClick asserts that it did not send any text messages, that no text messages were sent on its

10  behalf, and that it had no control over B2Mobile and has no vicarious liability for any text

11  messages sent by B2Mobile.  Defendants also maintain that (i) they have strong, meritorious

12  defenses to the claim alleged in the Action, including without limitation that Plaintiff and all class

13  members consented to receive the text messages at issue and the text messages were not sent using

14  an automatic telephone dialing system as required for violation of the TCPA; and (ii) they have

15  strong, meritorious defenses to class certification and that they were prepared to vigorously defend

16  all aspects of the Action.  Nonetheless, taking into account the uncertainty and risks inherent in

17  any litigation, Defendants have concluded that further defense of the Action would be protracted,

18  risky, burdensome, and expensive, and that it is desirable and beneficial to them that the Action be

19  fully and finally settled and terminated in the manner and upon the terms and conditions set forth

20  in this Agreement.  This Agreement is a compromise, and the Agreement, any related documents,

21  and any negotiations resulting in it shall not be construed as or deemed to be evidence of or an

22  admission or concession of liability or wrongdoing on the part of Defendants, or any of the

23  Released Parties (defined below), with respect to any claim of any fault or liability or wrongdoing

24  or damage whatsoever.

25        I.        Plaintiff Kramer believes that the claims asserted in the Action against each

26  Defendant have merit and that he would have ultimately been successful in certifying the proposed

27  classes under Rule 23 and in prevailing on the merits at summary judgment or trial.  Nonetheless,

28  Plaintiff and Class Counsel recognize and acknowledge that Defendants have raised factual and

1   legal defenses in the Action that present a risk that Plaintiff may not prevail.  Plaintiff and Class

2   Counsel recognize also the expense and delay associated with continued prosecution of the Action

3   against Defendants through class certification, trial, and any subsequent appeals.  Plaintiff and

4   Class Counsel also have taken into account the uncertain outcome and risks of any litigation,

5   especially in complex actions, as well as the difficulties inherent in such litigation.  Additionally,

6   Plaintiff and Class Counsel have considered each Defendant's financial position and present and

7   future ability to pay monies in excess of the results achieved herein when reaching the terms of

8   this Agreement.  Therefore, Plaintiff believes that it is desirable that the Released Claims be fully

9   and finally compromised, settled, and resolved with prejudice, and barred pursuant to the terms set

10  forth herein.  Based on their evaluation, Class Counsel have concluded that the terms and

11  conditions of this Agreement are fair, reasonable, and adequate to the LeadClick Auto Class and

12  the B2Mobile Class, and that it is in the best interests of the LeadClick Auto Class and the

13  B2Mobile Class to settle the claims raised in the Action pursuant to the terms and provisions of

14  this Agreement.

15          J.      The Parties agree that the Action was resolved in good faith, following arms'

16  length bargaining presided over by a neutral and highly experienced mediator, and that the

17  settlement reflected herein confers substantial benefits upon the Parties, and each of them.

18          NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among

19  Plaintiff Kramer, the LeadClick Auto Class, the B2Mobile Class, and each of them, and

20  Defendants LeadClick and B2Mobile, by and through their undersigned counsel that, subject to

21  final approval of the Court after a hearing or hearings as provided for in this Settlement

22  Agreement, in consideration of the benefits flowing to the Parties from the Agreement set forth

23  herein, that the Action and the Released Claims shall be finally and fully compromised, settled,

24  and released, and the Action shall be dismissed with prejudice, upon and subject to the terms and

25  conditions of this Agreement.

26

27

28

### AGREEMENT

**1.     DEFINITIONS.**

As used in this Settlement Agreement, the following terms have the meanings specified below:

**1.1      "Approved Claim"** means a Claim Form submitted by a LeadClick Auto Class Member or a B2Mobile Class Member that: (a) is received or postmarked on or before the Claims Deadline and in accordance with the directions on the Claim Form and the provisions of the Agreement; (b) is fully and truthfully completed and executed, with all of the information requested in the Claim Form by a LeadClick Auto Class Member or a B2Mobile Class Member; (c) is signed by the LeadClick Auto Class Member or the B2Mobile Class Member, physically or electronically, subject to the penalties of perjury; and (d) approved by the Settlement Administrator or Special Master pursuant to the provisions of this Agreement, and who shall strictly apply the terms of this Settlement Agreement and the requirements set forth in the Claim Form it being understood and agreed that any Claim Form submitted that does not meet in full the requirements of this Agreement or that of the Claim Form, including any information required thereby, shall not meet the requirements of an Approved Claim and neither the Settlement Administrator or Special Master shall have any discretion whatsoever in this regard.

An Approved Claim shall be submitted only by the Person whose name appears on the billing statements of the wireless account upon which the text messages at issue were received. Only one Approved Claim will be paid to said Person regardless of the number of Claim Forms submitted by or on behalf of said Person, regardless of the number of individual cellular lines assigned to the wireless account, and regardless of the number of auto-related text messages received from Short Code 77893 or a text message containing a B2Mobile Website. If a Person is both a LeadClick Auto Class Member and a B2Mobile Class Member, such person will only be entitled to receive a Settlement Benefit as a member of the LeadClick Auto Class. In addition to the foregoing requirements set forth in this paragraph, the name of any Person submitting a Claim Form must match the billing statements of the wireless account to which the text messages at issue were sent as determined by the records developed and maintained by B2Mobile or the members of

the B2Mobile Class or LeadClick Auto Class in order to constitute an Approved Claim.

1.2     **"B2Mobile Class"** means all Persons in the United States and its territories who, from January 1, 2008 until the date of preliminary approval, received a text message from Short Code 77893 or a text message containing a B2Mobile Website that was transmitted by or on behalf of B2Mobile and was sent without such Person's prior express consent.  Excluded from the B2Mobile Class are the following: the Defendants, LeadClick Auto Class Members (as defined herein and to the extent they only received auto-related text messages), the Settlement Administrator, the Mediator, and any respective parent, subsidiary, affiliate or control person of the Defendants or their officers, directors, agents, servants, or employees as of the date of filing of the Action, any judge presiding over the Action and the immediate family members of any such Person(s).

1.3     **"B2Mobile Class Member"** means a Person who falls within the definition of the B2Mobile Class as set forth above and who has not submitted a valid request for exclusion.

1.4     "**B2Mobile Class Member Claims**" means any and all claims arising out of or relating to any text message from Short Code 77893 or a text message containing a B2Mobile Website that was transmitted by or on behalf of B2Mobile and allegedly received by any B2Mobile Class member, including all claims that were brought or could have been brought in the Action relating to such text messages.

1.5     **"B2Mobile Settlement Fund"** means a cash settlement fund that shall be established by Defendant B2Mobile in the amount of two million two hundred thousand dollars ($2,200,000).  This cash settlement fund shall be initially funded by B2Mobile within fourteen (14) days after the entry of the Preliminary Approval Order in the amount of one hundred seventy-six thousand dollars ($176,000), to be increased to the sum of one million two hundred thousand dollars ($1,200,000) within thirty (30) days after the entry of the Preliminary Approval Order, and to be fully funded to the maximum amount of two million two hundred thousand dollars ($2,200,000) on or before the Effective Date.  From this B2Mobile Settlement Fund, the Settlement Administrator shall pay all Approved Claims under this Agreement attributable to B2Mobile Class Members, 19% of all Settlement Administration Expenses, 19% of fees of the

Special Master, 19% of any incentive award to the Class Representative, and 19% of the Fee Award.  The B2Mobile Settlement Fund shall be kept in an interest-bearing escrow account of B2Mobile's choosing operated by the Settlement Administrator until such time as the above-listed payments are made.  The B2Mobile Settlement Fund includes all interest that shall accrue on the sums deposited in it.  The Settlement Administrator shall be responsible for all tax filings with respect to any earnings on the B2Mobile Settlement Fund and the payment of all taxes that may be due on such earnings.  The B2Mobile Settlement Fund represents the limit and extent of Defendant B2Mobile's monetary obligations under this Agreement.  In no event shall Defendant B2Mobile's total financial liability with respect to this Agreement exceed two million two hundred thousand dollars ($2,200,000) plus the interest earned on the B2Mobile Settlement Fund.

      **1.6**        **"B2Mobile Website"** means those websites developed, registered, and operated by B2Mobile LLC which are or were located at the web addresses listed on Exhibit A.

      **1.7**        **"B2Mobile's Counsel"** means Philip S. McCune and Molly A. Terwilliger of Summit Law Group PLLC.

      **1.8**        **"Claim Form"** means the document substantially in the form attached hereto as Exhibit B, as approved by the Court.  The Claim Form, to be completed by LeadClick Auto Class Members and B2Mobile Class Members who wish to file a Claim for a Settlement Benefit, shall be available in electronic and paper format.

      **1.9**        **"Claims Deadline"** means the date by which all Claims Forms must be postmarked or received to be considered timely and shall be set as a date no later than forty-five (45) days after entry of the Final Judgment.  The Claims Deadline shall be clearly set forth in the Order for Notice and Hearing as well as in the Notice and the Claim Form.

      **1.10**      **"Class Counsel"** means Jay Edelson, Myles McGuire, Ryan D. Andrews, and Christopher L. Dore of Edelson McGuire, LLC.

      **1.11**      **"Class Representative"** means the named Plaintiff in this Action, Christopher Kramer.

      **1.12**      **"Cross Claims"** means any action or claim, including but not limited to actions or claims for indemnification, breach of contract, contribution, or subrogation, that could be or

1 could have been brought by LeadClick or B2Mobile against the other related to the Action or any

2 of the facts, matters, or agreements on which the claims in the Action were based.

3       **1.13**    **"Court"** means the United States District Court for the Northern District of

4 California, the Honorable Claudia A. Wilken presiding, or any judge who shall succeed her as the

5 Judge in this Action.

6       **1.14**    **"Cy Pres"** means the non-profit charitable organizations listed on the Claim

7 Form submitted by LeadClick Auto Class Members and B2Mobile Class Members, as approved

8 by the Court, who may receive monies pursuant to this Settlement Agreement.  Should any monies

9 be directed to the Cy Pres under this Agreement, such distributions shall be made in proportion to

10 the percentage of LeadClick Auto Class Members and B2Mobile Class Members selecting each

11 non-profit charitable organizations listed on the Claim Form.

12       **1.15**   **"Defendants"** means LeadClick Media, Inc., a California corporation, and

13 B2Mobile LLC, a California limited liability company.

14       **1.16**   **"Defendant B2Mobile"** means B2Mobile LLC, a California limited liability

15 company.

16       **1.17**   **"Defendant LeadClick"** means LeadClick Media, Inc., a California corporation.

17       **1.18**   **"Effective Date"** means the date ten (10) days after which all of the events and

18 conditions specified in Paragraph 9.1 have been met and have occurred.

19       **1.19**   **"Entity"** means, without limitation, any corporation, partnership, limited

20 partnership, limited liability company, association, joint stock company, estate, legal

21 representative, trust, unincorporated association, government or any political subdivision or

22 agency thereof, and any business or legal entity and their predecessors, successors, representatives,

23 or assigns.

24       **1.20**   **"Fee Award"** means the amount of attorneys' fees and reimbursement of expenses

25 awarded by the Court to Class Counsel, 81% of which will be paid out of the LeadClick

26 Settlement Fund, and 19% of which will be paid out of the B2Mobile Settlement Fund.

27       **1.21**   **"Final"** means one business day following the latest of the following events: (i) the

28 date upon which the time expires for filing or noticing any appeal of the Court's Final Judgment

approving the Settlement Agreement; (ii) if there is an appeal or appeals, other than an appeal or appeals solely with respect to the Fee Award, the date of completion, in a manner that finally affirms and leaves in place the Final Judgment without any material modification, of all proceedings arising out of the appeal or appeals (including, but not limited to, the expiration of all deadlines for motions for reconsideration or petitions for review and/or *certiorari*, all proceedings ordered on remand, and all proceedings arising out of any subsequent appeal or appeals following decisions on remand); or (iii) the date of final dismissal of any appeal or the final dismissal of any proceeding on *certiorari*.

**1.22** **"Final Approval Hearing"** means the hearing before the Court where the Parties will request the Final Judgment to be entered by the Court approving the Settlement Agreement, approving the Fee Award, and the incentive award to the Class Representative.

**1.23** **"Final Judgment"** means the Final Judgment and Order to be entered by the Court approving the Agreement after the Final Approval Hearing.

**1.24** **"LeadClick Auto Class"** means all persons in the United States and its territories who, from January 1, 2008 until the date of preliminary approval, received an automobile-related text message from Short Code 77893 or an automobile-related text message containing a B2Mobile Website that was transmitted by or on behalf of B2Mobile and was sent without such Person's prior express consent. Excluded from the LeadClick Auto Class are the following: the Defendants, the Settlement Administrator, the Mediator, and any respective parent, subsidiary, affiliate or control person of the Defendants, as well as their officers, directors, agents, servants, or employees, any judge presiding over the Action and the immediate family members of any such Person(s).

**1.25** **"LeadClick Auto Class Member"** means a Person who falls within the definition of the LeadClick Auto Class as set forth above and who has not submitted a valid request for exclusion.

**1.26** **"LeadClick Auto Class Member Claims"** means any and all claims arising out of or relating to any automobile-related text message from Short Code 77893 or an automobile-related text message containing a B2Mobile Website that was transmitted by or on behalf of

B2Mobile and allegedly received by any LeadClick Auto Class member, including all claims that were brought or could have been brought in the Action relating to such text messages.

1.27    **"LeadClick Settlement Fund"** means a cash settlement fund that shall be established by LeadClick or its Insurer up to the maximum amount of ten million dollars ($10,000,000), to be initially funded by the LeadClick or LeadClick's Insurer within fourteen (14) days after the entry of the Preliminary Approval Order in the amount of seven hundred forty-eight thousand dollars ($748,000), to be increased to a total of five million dollars ($5,000,000) within thirty (30) days after the entry of the Preliminary Approval Order. This cash settlement fund will be replenished by LeadClick or LeadClick's Insurer in increments of at least one million dollars ($1,000,000) any time the Settlement Fund shall fall to a balance of or below one million dollars ($1,000,000) upon twenty-eight (28) days advance notice to the LeadClick Insurer by the Settlement Administrator. From this LeadClick Settlement Fund, the Settlement Administrator shall pay all Approved Claims under this Agreement attributable to LeadClick Auto Class Members, 81% of all Settlement Administration Expenses, 81% of fees of the Special Master, 81% of any incentive award to the Class Representative, and 81% of the Fee Award. The LeadClick Settlement Fund shall be kept in an interest-bearing escrow account of LeadClick Insurer's choosing until such time as the above-listed payments are made. The LeadClick Settlement Fund includes all interest that shall accrue on the sums deposited in it. The Settlement Administrator shall be responsible for all tax filings with respect to any earnings on the LeadClick Settlement Fund and the payment of all taxes that may be due on such earnings. The LeadClick Settlement Fund represents the limit and extent of Defendant LeadClick's monetary obligations under this Agreement. In no event shall Defendant LeadClick's or the LeadClick Insurer's total financial liability with respect to this Agreement exceed ten million dollars ($10,000,000) plus the interest earned on the LeadClick Settlement Fund.

1.28    **"LeadClick's Counsel"** means Jack R. Nelson and Roxanne M. Wilson of Reed Smith LLP.

1.29    **"LeadClick's Insurer"** means AISLC.

1.30    **"Mediator"** means Professor Eric D. Green of Resolutions, LLC.

1    **1.31** **"Nationwide"** means the fifty states of the United States of America and its

2    territories.

3    **1.32** **"Notice"** means the notice of this proposed Class Action Settlement Agreement

4    and Final Approval Hearing, which is to be sent to the LeadClick Auto Class and B2Mobile Class

5    substantially in the manner set forth in this Agreement, is consistent with the requirements of Due

6    Process, Rule 23, and is substantially in the form of Exhibits C, and D hereto.

7    **1.33** **"Notice Date**" means the date by which the Notice Plan set forth in Paragraph 4.2

8    is complete, which shall be by November 11, 2011, but not later than one hundred five (105) days

9    after entry of the Preliminary Approval Order.

10    **1.34** **"Notice Plan**" means the proposed plan developed by the Settlement Administrator

11    of disseminating notice to members of the LeadClick Auto Class and the B2Mobile Class of the

12    proposed Settlement Agreement, and of the Final Approval Hearing.

13    **1.35** **"Objection/Exclusion Deadline"** means the date by which a written objection to

14    this Settlement Agreement or a request for exclusion submitted by a Person within the LeadClick

15    Auto Class or the B2Mobile Class must be postmarked, which shall be designated as a date forty-

16    nine (49) days after the Notice Date and seven (7) days after papers supporting the Fee Award are

17    filed with the Court and posted to the settlement website listed in paragraph 4.2(h), or such other

18    date as ordered by the Court.

19    **1.36** **"Parties"** or **"Settling Parties"** means Plaintiff Christopher Kramer,  the

20    LeadClick Auto Class, the B2Mobile Class, Defendant LeadClick and Defendant B2Mobile.

21    **1.37** **"Person"** shall mean, without limitation, any individual, corporation, partnership,

22    limited partnership, limited liability company, association, joint stock company, estate, legal

23    representative, trust, unincorporated association, government or any political subdivision or

24    agency thereof, and any business or legal entity and their spouses, heirs, predecessors, successors,

25    representatives, or assigns.

26    **1.38** **"Plaintiff"** means Christopher Kramer.

27    **1.39** **"Plaintiffs"** means Christopher Kramer, the LeadClick Auto Class Members, and

28    the B2Mobile Class Members, collectively.

**1.40   "Preliminary Approval"** means the Court's certification of the LeadClick Auto Class and the B2Mobile Class for settlement purposes, preliminary approval of this Settlement Agreement, and approval of the form of the Notice and of the Notice Plan.

**1.41   "Preliminary Approval Order"** means the order preliminarily approving the Settlement Agreement, certifying the LeadClick Auto Class and the B2Mobile class for settlement purposes, and directing notice thereof to the LeadClick Auto Class and B2Mobile Class, which will be agreed upon by the Parties and submitted to the Court in conjunction with Plaintiff's motion for preliminary approval of the Agreement.

**1.42   "Released Claims"** means any and all actual, potential, filed, known or unknown, fixed or contingent, claimed or unclaimed, suspected or unsuspected, claims, demands, liabilities, rights, causes of action, contracts or agreements, extracontractual claims, damages, punitive, exemplary or multiplied damages, expenses, costs, attorneys' fees and or obligations (including "Unknown Claims" as defined below), whether in law or in equity, accrued or unaccrued, direct, individual or representative, of every nature and description whatsoever, whether based on the TCPA or other federal, state, local, statutory or common law or any other law, rule or regulation, including the law of any jurisdiction outside the United States, against the Released Parties, or any of them, arising out of the facts, transactions, events, matters, occurrences, acts, disclosures, statements, misrepresentations, omissions or failures to act regarding the alleged sending of any text message from Short Code 77893 or any other text message containing a B2Mobile Website, including any automobile-related text message from Short Code 77893 or automobile-related text message containing a B2Mobile Website that was transmitted by or on behalf of B2Mobile or LeadClick and allegedly received by the Plaintiffs, including all claims that were brought or could have been brought in the Action relating to such text messages, belonging to any and all Plaintiffs or their respective present or past heirs, executors, estates, administrators, predecessors, successors, assigns, parents, subsidiaries, associates, affiliates, employers, employees, agents, consultants, independent contractors, insurers, directors, managing directors, officers, partners, principals, members, attorneys, accountants, financial and other advisors, investment bankers, underwriters, lenders, and any other representatives of any of these Persons and entities.

1.43   **"Released Cross Claims"** means any action or claim for indemnification, including but not limited to actions or claims for breach of contract, contribution, or subrogation, that could be or could have been brought by LeadClick or B2Mobile against the other related to the Action or any of the facts, matters or agreements on which the claims in the Action were based.

1.44   **"Released Parties"** means Defendant LeadClick and Defendant B2Mobile, as well as any and all of their respective present or past heirs, executors, estates, administrators, predecessors, successors, assigns, parents, subsidiaries, associates, affiliates, employers, employees, agents, consultants, independent contractors, insurers, directors, managing directors, officers, partners, principals, members, attorneys, accountants, financial and other advisors, investment bankers, underwriters, shareholders, lenders, auditors, investment advisors, legal representatives, successors in interest, assigns and companies, firms, trusts, corporations, officers, directors, other individuals or entities in which any of the Defendants has a controlling interest or which is affiliated with any of them, or any other representatives of any of these Persons and entities.  This definition specifically excludes all: (1) Entities from whom B2Mobile obtained cellular phone numbers, other than LeadClick and B2Mobile; (2) Entities on whose behalf any text message was transmitted by or on behalf of B2Mobile, other than LeadClick and B2Mobile; and (3) Entities who received consumer internet traffic or leads that were linked or driven from a B2Mobile Website or text message that paid or otherwise compensated B2Mobile or its agents to drive such traffic, other than LeadClick and B2Mobile.

1.45   **"Releasing Parties"** means Plaintiff, those LeadClick Auto Class Members who do not timely opt out of the LeadClick Auto Class (whether or not such members submit claims), and those B2Mobile Class Members who do not timely opt out of the B2Mobile Class (whether or not such members submit claims); to the extent a LeadClick Auto Class Member or B2Mobile Class Member is not an individual, all of its present, former, and future direct and indirect parent companies, affiliates, subsidiaries, divisions, agents, franchisees, successors, predecessors-in-interest, and all of the aforementioned's present, former, and future officers, directors, employees, shareholders, attorneys, agents, independent contractors; and, to the extent the LeadClick Auto

Class Member or B2Mobile Class Member is an individual, any present, former, and future spouses, as well as the present, former, and future heirs, executors, administrators, representatives, agents, attorneys, partners, successors, predecessors-in-interest, and assigns of each of them.

1.46    **"Remaining B2Mobile Settlement Funds"** means the amount of the B2Mobile Settlement Fund remaining after the payments of Approved Claims to the B2Mobile Class, as well as B2Mobile's share of the Settlement Administration Expenses, incentive award to Class Representative, and the Fee Award, if any.  Any sums remaining in the B2Mobile Settlement Fund after payment of the items referred to in the first sentence of this subsection, together with any interest earned thereon, shall be directed to the Cy Pres recipient(s).  In no event shall any funds remaining in the B2Mobile Settlement Fund revert to the Defendant B2Mobile, LeadClick, or the LeadClick Insurer.

1.47    **"Remaining LeadClick Settlement Funds"** means the amount of the LeadClick Settlement Fund remaining after the payments of Approved Claims to the LeadClick Auto Class as well as LeadClick's share of the Settlement Administration Expenses, incentive award to Class Representative, and the Fee Award, if any, and shall include funds represented by any check issued to a LeadClick Auto Class Member that is not timely cashed as provided herein.  Any sums remaining in the LeadClick Settlement Fund after payment of the items referred to in the first sentence of this Paragraph, together with any interest earned by the LeadClick Settlement Fund, shall revert to the LeadClick Insurer unless LeadClick otherwise notifies the Settlement Administrator.  The LeadClick Insurer shall be liable for any tax consequences resulting from any such accrued interest.

1.48    **"Settlement Administration Expenses"** means the expenses incurred by the Settlement Administrator in providing Notice, processing claims, mailing checks for Approved Claims, as well as any costs incurred in sending the CAFA notices described in Paragraph 4.2(i) below and fees of the Special Master, with 81% of such expenses to be paid from the LeadClick Settlement Fund and the remaining 19% to be paid from the B2Mobile Settlement Fund.

1.49    **"Settlement Administrator"** means Rust Consulting & Kinsella Media, selected by the Parties and approved by the Court to oversee the distribution of Notice, including the

1  CAFA notice, as well as the processing and payment of Approved Claims to the LeadClick Auto
2  Class and B2Mobile Class as set forth in this Agreement.

3      **1.50**   **"Settlement Agreement"** or **"Agreement"** means the settlement contemplated by
4  this Agreement.

5      **1.51**   **"Settlement Benefit"** means the benefits a B2Mobile Class Member or LeadClick
6  Auto Class Member may receive pursuant to this Settlement Agreement.

7      **1.52**   **"Special Master"** means an independent person to be agreed upon by the Parties or
8  appointed by the Court to evaluate those Claim Forms submitted by purported members of the
9  B2Mobile Class and LeadClick Auto Class the acceptance or rejection of which has been
10  challenged by Defendants or Class Counsel.

11      **1.53**   **"Unknown Claims"** means claims that could have been raised in the Action and
12  that the Plaintiffs, or any or all other Persons and entities whose claims are being released, or any
13  of them, do not know or suspect to exist, which, if known by him, her or it, might affect his, her or
14  its agreement to release the Released Parties or the Released Claims or might affect his, her or its
15  decision to agree, object or not to object to the Settlement.  Upon the Effective Date, Plaintiffs and
16  all other Persons and entities whose claims are being released shall be deemed to have, and shall
17  have, expressly waived and relinquished, to the fullest extent permitted by law, the provisions,
18  rights and benefits of § 1542 of the California Civil Code, which provides as follows:

19          A  GENERAL  RELEASE  DOES  NOT  EXTEND  TO  CLAIMS
20          WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO
21          EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING
22          THE RELEASE, WHICH IF KNOWN BY HIM OR HER MUST
23          HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT
24          WITH THE DEBTOR.

25  Upon the Effective Date, Plaintiffs and all other Persons and entities whose claims are being
26  released, also shall be deemed to have, and shall have, waived any and all provisions, rights and
27  benefits conferred by any law of any state or territory of the United States, or principle of common
28  law, or the law of any jurisdiction outside of the United States, which is similar, comparable or

equivalent to § 1542 of the California Civil Code.  Plaintiffs acknowledge that they may discover facts in addition to or different from those that they now know or believe to be true with respect to the subject matter of this release, but that it is their intention to finally and forever to settle and release the Released Claims, notwithstanding any Unknown Claims they may have, as that term is defined in this Paragraph.

**2.     SETTLEMENT RELIEF**

   **2.1     Injunctive Relief.**

   The following injunctive relief agreed to by the Defendants is designed (i) to change the Defendants' manner of doing business, (ii) to influence others in the industry to change their manner of doing business, and (iii) to obtain explicit prior written consent from consumers to receive text message advertising:

   **(a)     LeadClick Injunctive Relief:**  LeadClick agrees that it shall consent to the entry of an injunction, to be included as part of the Final Judgment, requiring that the following be instituted on or before the Effective Date and to remain in effect for a period of four (4) years:

   **(i)**     to the extent its standard "Media Publisher Agreement" or any other agreement it enters into utilizes text message advertising of any kind, LeadClick shall modify or otherwise require such agreement to state that LeadClick and any entity with which it contracts are prohibited from advertising any LeadClick website or LeadClick "offer" by using or cooperating with others to use an ATDS to send SMS messages to cellular phones unless each text-message recipient has given explicit prior written consent to receive such text messages;

   **(ii)**     to the extent its standard "Media Publisher Agreement" or any other agreement it enters into utilizes text message advertising of any kind, LeadClick shall modify or otherwise require such agreement to require LeadClick, its "publishers," or other advertisers obtaining consumer cell phone numbers to keep documented proof of all prior express consent received for a period of four (4) years after said consent is obtained;

   **(iii)**     to the extent its standard "Media Publisher Agreement" or any other agreement it enters into utilizes text message advertising of any kind, LeadClick shall modify or otherwise require such agreement to state that the requisite "prior express consent" can be

obtained "by oral or written means, including electronic methods" and require that if a cellular phone number is obtained on a website, that any authorization must include an affirmative action on the part of the consumer, such as checking a box or clicking on an "I Accept" "Submit," "Proceed," or similar button, with disclosures informing that the affirmative action will result in receiving  text messages presented on the same page as the required affirmative action indicating consent, with the text of such disclosures placed within a reasonable distance (for example 200 pixels on a 100 PPI screen) from the telephone number submit field and in text of sufficient size and contrast to be clearly legible.

(b)      **B2Mobile Injunctive Relief:**  B2Mobile agrees that it shall consent to the entry of an injunction, to be included as part of the Final Judgment, requiring that the following be instituted on or before the Effective Date and to remain in effect for a period of four (4) years:

(i)      B2Mobile shall not make, or cooperate with others to make, SMS text calls to cellular phones unless each text-message recipient has given explicit prior express consent to receive such text messages (in a manner explained below);

(ii)      B2Mobile shall modify its standard "B2Mobile List Management Agreement," or any other such contract it enters into for the purpose of obtaining consumer cell phone numbers to transmit text messages, to require B2Mobile and each entity with whom it contracts to obtain consumer cell phone numbers to keep documented proof of all prior express consent received from the owners of said cell phone numbers for a period of four (4) years after said consent is obtained;

(iii)      B2Mobile shall modify its standard "B2Mobile List Management Agreement," or any other such contract it enters into for the purpose of obtaining consumer cell phone numbers to transmit text messages, to state that the requisite "prior express consent" can be obtained "by oral or written means, including electronic methods" and require that if a cellular phone number is obtained on a website, that any authorization must include an affirmative action on the part of the consumer, such as checking a box or clicking on an "I Accept," "Submit," "Proceed," or similar button with disclosures informing that the affirmative action will result in receiving text messages, which are presented on the same page as the required affirmative action

1    indicating consent, with the text of such disclosers placed within a reasonable distance (for

2    example 200 pixels on a 100 PPI screen) from the telephone number field or submit button, and in

3    text of sufficient size and contrast to be clearly legible.

4          **2.2       Prohibition of Future Messages.**  Each Claim Form will include an additional

5    option to remove any LeadClick Auto Class Member's or B2Mobile Class Member's cell phone

6    number from any list or database of numbers to which text messages could be sent by or on behalf

7    of B2Mobile or LeadClick.  Removal of a LeadClick Auto Class Member's or B2Mobile Class

8    Member's cell phone number from any such list or database will not preclude or prohibit a

9    LeadClick Auto Class Member or B2Mobile Class Member from providing prior express consent

10   to receive text messages in the future, nor will it preclude or prohibit a subsequent new owner of a

11   LeadClick Auto Class Member's or B2Mobile Class Member's cell phone number, who may or

12   may not be a member of either the LeadClick Auto Class or the B2Mobile Class, from providing

13   prior express consent to receive text messages on that cell phone number at any time.

14         **2.3       Payments to LeadClick Auto Class Members**

15              **(a)**      LeadClick Auto Class Members shall have until the Claims Deadline to

16   submit an Approved Claim.  The Settlement Administrator shall pay or cause to be paid from the

17   LeadClick Settlement Fund the sum of one hundred dollars ($100) to each LeadClick Auto Class

18   Member who files an Approved Claim, subject to the following possible *pro rata* reduction and/or

19   Cy Pres distribution: (1) If the total amount required to pay one hundred dollars ($100) for each

20   Approved Claim would exceed the amount in the LeadClick Settlement Fund after payment of

21   LeadClick's portion of the Settlement Administration Expenses, the Fee Award, and the incentive

22   award to the Class Representative, then each LeadClick Auto Class Member with an Approved

23   Claim shall receive a *pro rata* share of the amount of the LeadClick Settlement Fund remaining

24   after payment of such amounts; (2) However, should the *pro rata* share of an Approved Claim for

25   a LeadClick Auto Class Member be calculated by the Settlement Administrator to be less than five

26   dollars ($5) including postage sufficient to issue the check to the LeadClick Auto Class Member,

27   then all sums remaining in the LeadClick Settlement Fund after payment of LeadClick's portion of

28   the Settlement Administration Expenses, the Fee Award, and the incentive award to the Class

1   Representative shall be directed to the Cy Pres recipient(s).

2       **(b)**    The Remaining LeadClick Settlement Funds are the property of the

3   LeadClick Insurer.  In no event will the Remaining LeadClick Settlement Funds constitute

4   abandoned or unclaimed property, and the LeadClick Insurer is entitled to all such Remaining

5   LeadClick Settlement Funds from the LeadClick Settlement Fund.

6       **(c)**    Within sixty (60) days after the Effective Date has occurred, or such other

7   date as the Court may set, the Settlement Administrator shall pay from the LeadClick Settlement

8   Fund all Approved Claims by check and mail them to the claimants of the LeadClick Auto Class

9   via first-class mail, unless challenged pursuant to Paragraph 5.4 below, or direct the remainder of

10   the LeadClick Settlement Fund to the Cy Pres recipient(s) pursuant to Paragraph 2.3(a) above.

11       **(d)**    All cash payments issued to LeadClick Auto Class Members via check will

12   state on the face of the check that the check will expire and become null and void unless cashed

13   within ninety (90) days after the date of issuance.  To the extent that a check issued to a LeadClick

14   Auto Class Member is not cashed within ninety (90) days after the date of issuance, such funds

15   shall revert to the LeadClick Settlement Fund.  In no event will the funds represented by an

16   uncashed check constitute abandoned or unclaimed property, and the LeadClick Insurer or

17   LeadClick, as the case may be, are entitled to all such funds as part of the Remaining LeadClick

18   Settlement Funds.

19       **(e)**    Within one hundred eighty (180) days after the Effective Date has occurred,

20   the Settlement Administrator shall pay to the LeadClick Insurer, unless otherwise notified by

21   LeadClick beforehand, all remaining monies in the LeadClick Settlement Fund, and, in the event

22   the Settlement Administrator should fail to do so, then Class Counsel agrees to provide the

23   LeadClick Insurer and Defendants such reasonable and necessary assistance and cooperation as

24   may be required to have the Settlement Administrator do so without any cost to the LeadClick

25   Insurer or Defendant LeadClick.  In the event there should be any monies remaining in or returned

26   to the LeadClick Settlement Fund more than one hundred eighty (180) days after the Effective

27   Date, then the Settlement Administrator shall repay such funds to the LeadClick Insurer unless

28   otherwise notified by LeadClick.  Notice shall be provided to LeadClick's Counsel of the amount

1  of remaining monies returned to the LeadClick Insurer.

2      **2.4**    **Payments to B2Mobile Class Members**

3         **(a)**    B2Mobile Class Members shall have until the Claims Deadline to submit an

4  Approved Claim.  The Settlement Administrator shall pay or cause to be paid from the B2Mobile

5  Settlement Fund the sum of one hundred dollars ($100) to each B2Mobile Class Member who files

6  an Approved Claim, subject to the following possible *pro rata* reduction and/or Cy Pres

7  distribution: (1) If the total amount required to pay one hundred dollars ($100) for each Approved

8  Claim would exceed the amount in the B2Mobile Settlement Fund after payment of B2Mobile's

9  portion of the Settlement Administration Expenses, the Fee Award, and the incentive award to the

10 Class Representative, then each B2Mobile Class Member with an Approved Claim shall receive a

11 *pro rata* share of the amount of the B2Mobile Settlement Fund remaining after payment of such

12 amounts; (2) However, should the *pro rata* share of an Approved Claim for a B2Mobile Class

13 Member be calculated by the Settlement Administrator to be less than five dollars ($5) including

14 postage sufficient to issue the check to the B2Mobile Class Member, then all sums remaining in

15 the B2Mobile Settlement Fund after payment of B2Mobile's portion of the Settlement

16 Administration Expenses, the Fee Award, and the incentive award to the Class Representative

17 shall be directed to the Cy Pres recipient(s).

18        **(b)**    Within sixty (60) days after the Effective Date has occurred, or such other

19 date as the Court may set, the Settlement Administrator shall pay from the B2Mobile Settlement

20 Fund either Approved Claims by check and mail them to the claimants of the B2Mobile Class via

21 first-class mail, unless challenged pursuant to Paragraph 5.4 below, or direct the remainder of the

22 B2Mobile Settlement Fund to the Cy Pres recipient(s) pursuant to Paragraph 2.4(a) above.

23        **(c)**    All cash payments issued to B2Mobile Class Members via check will state

24 on the face of the check that the check will expire and become null and void unless cashed within

25 ninety (90) days after the date of issuance.  To the extent that a check issued to a B2Mobile Class

26 Member is not cashed within ninety (90) days after the date of issuance, such funds shall be

27 directed to the Cy Pres recipient(s).

28        **(d)**    In the event there are any Remaining B2Mobile Settlement Funds in or

1  returned to the B2Mobile Settlement Fund more than one hundred eighty (180) days after the

2  Effective Date then the Settlement Administrator shall pay such fund to the Cy Pres recipient(s).

3  Notice shall be provided to Class Counsel, B2Mobile's Counsel, and LeadClick's Counsel as to

4  the amount of said Remaining B2Mobile Settlement Funds.

5  **3.    RELEASES**

6    **3.1**    The obligations incurred pursuant to this Settlement Agreement shall be a full and

7  final disposition of the Action and any and all Released Claims, as against all Released Parties.

8    **3.2**    Upon the Effective Date, the Releasing Parties, and each of them, shall be deemed

9  to have, and by operation of the Final Judgment shall have, fully, finally, and forever released,

10  relinquished, and discharged all Released Claims against the Released Parties, and each of them.

11    **3.3**    Upon the Effective Date, LeadClick and B2Mobile, and each of them, shall be

12  deemed to have, and by operation of the Final Judgment shall have, fully, finally, and forever

13  released, relinquished, and discharged all Cross Claims against each other.

14  **4.    NOTICE TO THE CLASS**

15    **4.1**    Upon entry of the Preliminary Approval Order, the Settlement Administrator shall

16  cause the Notice describing the Final Approval Hearing and the terms of the Settlement

17  Agreement embodied herein and the Claim Form be disseminated to potential LeadClick Auto

18  Class Members and B2Mobile Class Members.  Such notice shall comport with due process, Rule

19  23, and be effectuated pursuant to a Notice Plan, the costs of which shall be Settlement

20  Administration Expenses.

21    **4.2**    The Notice Plan was developed by the Settlement Administrator and shall include:

22    **(a)**    *LeadClick Auto Class List*.  No later than five (5) business days after the

23  execution of this Agreement, B2Mobile shall, pursuant to the terms of the Settlement Agreement,

24  certify that it has prepared an electronic list of telephone numbers that includes, to the best of its

25  technical capability, all of the numbers to which any text message was sent to a member of the

26  LeadClick Auto Class (defined above).  This electronic document shall be called the "LeadClick

27  Auto Class List," shall be provided to the Settlement Administrator, Class Counsel, and

28  LeadClick.  B2Mobile warrants and represents that, for the vast majority of persons comprising

1   the LeadClick Auto Class, it does not have U.S. mailing addresses and/or email addresses in their

2   possession, custody, or control.  B2Mobile further warrants and represents that the effort, time,

3   and cost of identifying those few Persons in the LeadClick Auto Class for whom it might have

4   U.S. mailing addresses and/or email addresses would not be justified by the result.

5           **(b)**     *B2Mobile Class List*.  No later than five (5) business days after the

6   execution of this Agreement, B2Mobile shall certify that it has prepared an electronic list of

7   telephone numbers that includes, to the best of its technical capability, all of the numbers to which

8   any text message was sent to a member of the B2Mobile Class (defined above).  This electronic

9   document shall be called the "B2Mobile Class List," shall be provided to the Settlement

10  Administrator, Class Counsel, and LeadClick.  B2Mobile warrants and represents that, for the vast

11  majority of persons comprising the B2Mobile Class, it does not have U.S. mailing addresses

12  and/or email addresses in its possession, custody, or control.  B2Mobile further warrants and

13  represents that the effort, time and cost, of identifying those few Persons in the B2Mobile Class

14  for whom it might have U.S. mailing addresses and/or email addresses would not be justified by

15  the result.

16          **(c)**     *Confidentiality of the Class Lists*.  The Settlement Administrator, Class

17  Counsel, and LeadClick shall keep the LeadClick Auto Class List and the B2Mobile Class List

18  and all personal information obtained therefrom, including the identity and telephone numbers for

19  the persons comprising the LeadClick Auto Class and the B2Mobile Class confidential per the

20  terms of the Stipulated Protective Order in the Action.  (*See* Dkts. 79 & 80.)

21          **(d)**     *Print Publication Notice*. The Settlement Administrator shall cause

22  publication notice to be made by purchasing a single insertion 1/2 page ad space in *Cosmopolitan,*

23  *ESPN The Magazine, Maxim, Newsweek, People,* and a 2/5 page ad in *Parade* to be published by

24  the Notice Date.  The text of such notice shall, subject to the approval of the Court, be

25  substantially in the form provided in Exhibit C, but may be modified as appropriate by the

26  Settlement Administrator, subject to the prior approval of the Parties.

27          **(e)**     *Online Media*.  The Settlement Administrator will implement an on-line

28  media campaign as set forth in the Kinsella Media proposal dated June 13, 2011, which shall

1   include internet banner ads to appear on several on-line ad networks that appeal to the members of

2   the LeadClick Auto Class and B2Mobile Class and be completed by the Notice Date.

3        **(f)**    *Mobile Media*. The Settlement Administrator will implement a mobile

4   media campaign as set forth in the Kinsella Media proposal dated June 13, 2011, which shall

5   include banners being placed on various mobile websites and applications that appeal to the

6   members of the LeadClick Auto Class and B2Mobile Class and be completed by the Notice Date.

7        **(g)**    *Press Release*.  Within fourteen (14) days of the entry of the Preliminary

8   Approval Order of this Agreement, the Settlement Administrator will distribute a press release

9   prepared by Class Counsel to local, national, and syndicated news organizations discussing the

10  terms of the Agreement in a manner which in no way disparages LeadClick or B2Mobile.  The

11  press release shall be subject to the prior approval of B2Mobile and LeadClick and such approval

12  is not to be unreasonably withheld.

13       **(h)**    *Settlement Website*. Within ten (10) days following the entry of the

14  Preliminary Approval Order, Notice shall be provided on a website at www.TextAdClass.com,

15  which shall be administered and maintained solely by the Settlement Administrator and shall

16  include the ability to file Claim Forms on-line, provided that such Claim Forms, if signed

17  electronically, will be binding for purposes of applicable law and contain a statement to that effect.

18  The Notice on the Website shall be substantially in the form of Exhibit D hereto. No Party hereto

19  shall have any involvement with the Settlement Website of any nature whatsoever.

20       **(i)**    *CAFA Notice*.  Pursuant to 28 U.S.C. § 1715, not later than ten (10) days

21  after the Agreement is filed with the Court, the Settlement Administrator shall jointly serve upon

22  the Attorneys General of each U.S. State, the Attorney General of the United States, and other

23  required government officials, notice of the proposed settlement, which shall include (1) a copy of

24  the most recent complaint and all materials filed with the complaint or notice of how to

25  electronically access such materials; (2) notice of scheduled judicial hearings in the Action; (3) all

26  proposed forms of Notice; and (4) a copy of this Agreement.   The Settlement Administrator shall

27  serve upon the above-referenced government officials the names of class members who reside in

28  each respective state and the share of the claims of such members to the entire settlement, or if not

1    feasible, a reasonable estimate of the number of class members residing in each state and the

2    estimated proportionate share of the claims of such members to the entire Agreement.

3        **4.3**      The Notice Plan shall be conducted jointly with respect to the LeadClick Auto

4    Class and the B2Mobile Class.  The Notice shall advise the LeadClick Auto Class and B2Mobile

5    Class of their rights, including the right to be excluded from, comment upon, and/or object to the

6    Settlement Agreement and its terms.  The Notice shall specify that any objection to the Settlement

7    Agreement, and any papers submitted in support of said objection, shall be considered by the

8    Court at the Final Approval Hearing only if, on or before the Objection/Exclusion Deadline

9    approved by the Court and specified in the Notice, the Person making an objection files notice of

10   his or her intention to do so and at the same time (a) files copies of such papers he or she proposes

11   to submit at the Final Approval Hearing with the Clerk of the Court and (b) sends copies of such

12   papers via mail, hand or overnight delivery service to Class Counsel, LeadClick's Counsel, and

13   B2Mobile's Counsel.

14       **4.4**      Any member of the LeadClick Auto Class or the B2Mobile Class who intends to

15   object to this Agreement must include his/her name and address, include all arguments, citations,

16   and evidence supporting the objection (including copies of any documents relied on), state that he

17   or she is a member of the LeadClick Auto Class or the B2Mobile Class and provide the cellular

18   phone number that received a text message from Short Code 77893 or any text message containing

19   a B2Mobile Website, and provide a statement whether the objector intends to appear at the Final

20   Approval Hearing with or without counsel.  Any member of the LeadClick Auto Class or the

21   B2Mobile Class who fails to timely file a written objection with the Court and notice of his or her

22   intent to appear at the Final Approval Hearing in accordance with the terms of this paragraph and

23   as detailed in the Notice, and at the same time provide copies to designated counsel for the Parties,

24   shall not be permitted to object to this Agreement at the Final Approval Hearing, and shall be

25   foreclosed from seeking any review of this Agreement by appeal or other means and shall be

26   deemed to have waived his, her or its objections and be forever barred from making any such

27   objections in the Action or any other action or proceeding.  To be valid, the objection must be

28   filed and sent to Class Counsel, LeadClick's Counsel, and B2Mobile's counsel on or before the

1    Objection/Exclusion Deadline approved by the Court and specified in the Notice.

2          **4.5**      A member of the LeadClick Auto Class or the B2Mobile Class may request to be

3    excluded from the LeadClick Auto Class or the B2Mobile Class in writing by a request

4    postmarked on or before the Objection/Exclusion Deadline approved by the Court and specified in

5    the Notice.  In order to exercise the right to be excluded, a member of the LeadClick Auto Class or

6    the B2Mobile Class must timely send a written request for exclusion to the Settlement

7    Administrator providing his/her name and address, the cellular phone number that received a text

8    message from Short Code 77893 or any text message containing a B2Mobile Website, a signature,

9    the name and number of the case, and a statement that he/she wishes to be excluded from the

10   LeadClick Auto Class or the B2Mobile Class.  A request to be excluded that does not include all

11   of the foregoing information, or that is sent to an address other than that designated in the Notice,

12   or that is not postmarked within the time specified, shall be invalid, and the persons or entities

13   serving such a request shall be members of the LeadClick Auto Class or the B2Mobile Class and

14   shall be bound as LeadClick Auto Class Members or the B2Mobile Class Members by the

15   Agreement, if approved.  Any member of the LeadClick Auto Class or the B2Mobile Class who

16   elects to be excluded shall not: (i) be bound by any orders or the Final Judgment; (ii) be entitled to

17   relief under this Settlement Agreement; (iii) gain any rights by virtue of this Agreement; or (iv) be

18   entitled to object to any aspect of this Agreement.  The request for exclusion must be personally

19   signed by the Person requesting exclusion.  So-called "mass" or "class" opt-outs shall not be

20   allowed.  To be valid, a request for exclusion must be postmarked or received by the date specified

21   in the Notice.

22   **5.      SETTLEMENT ADMINISTRATION**

23         **5.1**      The Settlement Administrator shall, under the supervision of the Court, administer

24   the relief provided by this Settlement Agreement by processing Claim Forms in a rational,

25   responsive, cost effective, and timely manner.  The Settlement Administrator shall maintain

26   reasonably detailed records of its activities under this Agreement.  The Settlement Administrator

27   shall maintain all such records as are required by applicable law in accordance with its normal

28   business practices and such records will be made available to Class Counsel, LeadClick, and

B2Mobile upon request.  The Settlement Administrator shall also provide reports and other information to the Court as the Court may require.  The Settlement Administrator shall provide Class Counsel, LeadClick's Counsel, and B2Mobile's Counsel with information concerning Notice, administration and implementation of the Settlement Agreement.  Should the Court request, the Parties shall submit a timely report to the Court summarizing the work performed by the Settlement Administrator, including a report of all amounts from the LeadClick Settlement Fund or the B2Mobile Settlement Fund paid to members of the respective LeadClick Auto Class or B2Mobile Class on account of Approved Claims.  Without limiting the foregoing, the Settlement Administrator shall:

  **(a)** Forward to LeadClick's Counsel, with copies to Class Counsel and B2Mobile's Counsel, all original documents and other materials received in connection with the administration of the LeadClick Settlement Fund, and all copies thereof, within thirty (30) days after the date on which all Claim Forms have been finally approved or disallowed per the terms of the Settlement Agreement;

  **(b)** Forward to B2Mobile's Counsel, with copies to Class Counsel and LeadClick's Counsel, all original documents and other materials received in connection with the administration of the B2Mobile Settlement Fund, and all copies thereof, within thirty (30) days after the date on which all Claim Forms have been finally approved or disallowed per the terms of the Settlement Agreement;

  **(c)** Receive exclusion forms and other requests from LeadClick Auto Class Members and B2Mobile Class Members to exclude themselves from the Settlement Agreement and promptly provide to Class Counsel, LeadClick's Counsel, and B2Mobile's Counsel copies thereof upon receipt.  If the Settlement Administrator receives any exclusion forms or other requests from LeadClick Auto Class Members or B2Mobile Class Members after the deadline for the submission of such forms and requests, the Settlement Administrator shall promptly provide copies thereof to Class Counsel, LeadClick's Counsel, and B2Mobile's counsel;

  **(d)** Provide weekly reports to Class Counsel, LeadClick's Counsel, B2Mobile's Counsel, and the LeadClick Insurer as provided in the contract to be entered into by LeadClick,

B2Mobile, and the Settlement Administrator, including without limitation, reports regarding the number of Claim Forms received and the amount of the Settlement Benefits sought, the number thereof approved by the Settlement Administrator, and the categorization and description of Claim Forms rejected, in whole or in part, by the Settlement Administrator;

        **(e)**    Make available for inspection by Class Counsel, or LeadClick, or B2Mobile the Claim Forms and supporting documentation received by the Settlement Administrator at any time upon reasonable notice;

        **(f)**    Provide written notice to LeadClick and the LeadClick Insurer immediately at any time the amount in the LeadClick Settlement Fund is less than one million dollars ($1,000,000).

        **5.2**    The Settlement Administrator shall determine which class (the B2Mobile Class or the LeadClick Auto Class), if any, each Person who submits a Claim Form is in by cross-referencing the cellular telephone number provided on the Claim Form against the respective B2Mobile Class List and the LeadClick Auto Class List; the Settlement Administrator shall reject a Claim Form, or any part of a claim for a payment reflected therein, where the telephone numbers provided on the Claim Form do not appear on the respective B2Mobile Class List or LeadClick Auto Class List.  In addition, the Settlement Administrator shall be obliged to employ reasonable procedures to screen claims for abuse or fraud and deny Claim Forms where there is evidence of abuse or fraud.  The Settlement Administrator shall determine whether a Claim Form submitted by a Lead Click Auto Class Member or B2Mobile Class Member is an Approved Claim and shall reject Claim Forms that fail to comply with the instructions thereon, provide full and complete information as requested therein, or the terms of this Agreement.  In the event a Person submits a timely Claim Form by the Claims Deadline where the designated telephone number thereon appears on the B2Mobile Class List or LeadClick Auto Class list but otherwise is not complete then the Settlement Administrator shall give such Person a reasonable opportunity to provide any requested missing information, but which must be received by the Settlement Administrator no later than thirty (30) calendar days after the Claims Deadline.  In the event supplemental information is received by the Settlement Administrator because of information missing on a

1  Claim Form more that thirty (30) days after the Claims Deadline then any such claim shall be

2  denied.  Any member of the LeadClick Auto Class or B2Mobile Class shall have only one

3  opportunity to submit additional information if the Settlement Administrator should it be

4  determined that the first Claim Form submitted by any such Person requires additional information

5  after first determining the phone number designated thereon matches either the B2Mobile Class

6  List or LeadClick Auto Class List.  Any Claim Form submitted without a phone number matching

7  the B2Mobile Class List or LeadClick Auto Class List shall be denied and any Person submitting

8  such a Claim Form shall have no right to submit additional information nor shall the Settlement

9  Administrator contact any Person submitting a Claim Form that does not designate a telephone

10  number matching either the B2Mobile Class List or the LeadClick Auto Class List for additional

11  information.

12      **5.3**      If a Person who is both a LeadClick Auto Class Member and B2Mobile Class

13  Member submits a claim under this Agreement, he or she is entitled to only one payment of a

14  Settlement Benefit, which shall be considered an Approved Claim payable from the LeadClick

15  Settlement Fund if otherwise properly completed and timely.  Should the Settlement Administrator

16  determine that a Claim Form submitted under this Agreement is made by a Person not a member

17  of the LeadClick Auto Class, but only a member of the B2Mobile Class, such Claim Form shall be

18  considered an Approved Claim payable from the B2Mobile Settlement Fund if otherwise properly

19  completed and timely.

20      **5.4**      LeadClick's Counsel, B2Mobile's Counsel, and Class Counsel shall have the right

21  to challenge the acceptance or rejection of a Claim Form submitted by LeadClick Auto Class

22  Members or B2Mobile Class Members.  The Settlement Administrator shall follow any agreed

23  decisions of the Class Counsel, LeadClick, and B2Mobile as to the validity of any disputed

24  submitted Claim Form.  To the extent Class Counsel, LeadClick, and B2Mobile are not able to

25  agree on the disposition of a challenge, the Special Master shall timely decide such challenge.  The

26  Parties agree that the Settlement Administrator shall thereafter follow the decision of the Special

27  Master resulting from any such challenge.

28      **5.5**      In the exercise of their duties outlined in this Agreement, both the Settlement

1   Administrator and the Special Master shall have the right to reasonably request additional

2   information from the Parties or any LeadClick Auto Class Member or B2Mobile Class Member.

3   The Final Approval Hearing shall be no earlier than ninety (90) days after the Notice described in

4   paragraph 4.2(i) is provided or such other time as the Court shall set.

5   Any LeadClick Auto Class Member or B2Mobile Class Member who does not, in accordance with

6   the terms and conditions of this Agreement, seek exclusion from the respective LeadClick Auto

7   Class or B2Mobile Class or timely file a valid Claim Form shall not be entitled to receive any cash

8   award or any other benefits pursuant to this Agreement, but will otherwise be bound together with

9   all respective LeadClick Auto Class Members or B2Mobile Class Members by all of the terms of

10  this Agreement, including the terms of the Final Judgment to be entered in the Action and the

11  Releases provided for in the Agreement, and will be barred from bringing any action against any

12  of the Released Parties concerning the Released Claims.

13      **5.6**      Class Counsel, LeadClick, and B2Mobile each agree to keep all information about

14  the settlement administration process—including without limitation all information received

15  pursuant to Paragraph 5 of this Agreement, such as claims reports, information concerning opt-

16  outs, and the LeadClick Auto Class List and B2Mobile Class List—confidential and may use it

17  only for purposes of effectuating this Agreement.  Class Counsel and LeadClick shall either

18  destroy or return said class list information to B2Mobile within 10 (ten) days of entry of Final

19  Judgment.  This paragraph shall not preclude LeadClick or B2Mobile from sharing any

20  information, including the information received pursuant to Paragraph 5 of this Agreement, with

21  their respective insurers.

22  **6.**      **TERMINATION OF SETTLEMENT**

23      **6.1**      Subject to Paragraph 9 below, the Class Representative, on behalf of the LeadClick

24  Auto Class and the B2Mobile Class, or LeadClick, or B2Mobile shall have the right to terminate

25  this Agreement by providing written notice of the election to do so ("Termination Notice") to all

26  other Parties hereto within twenty-one business (21) days, of any of the following events:  (i) the

27  Court's refusal to grant Preliminary Approval of this Agreement in any material respect; (ii) the

28  Court's refusal to grant final approval of this Agreement in any material respect; (iii) the Court's

refusal to enter the Final Judgment in this Action in any material respect; (iv) the date upon which the Final Judgment is modified or reversed in any material respect by the Court of Appeals or the Supreme Court; or (v) the date upon which an Alternative Judgment, as defined in Paragraph 9.1 of this Agreement is modified or reversed in any material respect by the Court of Appeals or the Supreme Court.

### 6.2     Exclusion Requests

(a)      If prior to the Final Approval Hearing, any Persons who otherwise would be LeadClick Auto Class Members have timely requested exclusion from the LeadClick Auto Class in accordance with the provisions of the Preliminary Approval Order and the Notice given pursuant thereto, and the number of such Persons seeking exclusion exceeds two hundred fifty (250), LeadClick shall have, in its sole and absolute discretion, the option to terminate this Agreement.  LeadClick may terminate the Agreement by serving written notice of termination on the Court, B2Mobile's Counsel, and Class Counsel by hand delivery or overnight courier within twenty-one (21) business days after being informed in writing by the Settlement Administrator that there are two hundred fifty (250) or more such requests for exclusion that have been timely filed.

(b)      If prior to the Final Approval Hearing, any Persons who otherwise would be B2Mobile Class Members have timely requested exclusion from the B2Mobile Class in accordance with the provisions of the Preliminary Approval Order and the Notice given pursuant thereto, and the number of such Persons seeking exclusion exceeds two hundred fifty (250), B2Mobile shall have, in its sole and absolute discretion, the option to terminate this Agreement. B2Mobile may terminate the Agreement by serving written notice of termination on the Court, LeadClick's Counsel, and Class Counsel by hand delivery or overnight courier within twenty-one (21) business days after being informed in writing by the Settlement Administrator that there are two hundred fifty (250) or more such requests for exclusion that have been timely filed.

## 7.     PRELIMINARY APPROVAL ORDER AND FINAL APPROVAL ORDER

7.1      Promptly after the execution of this Settlement Agreement, Class Counsel shall submit this Agreement together with its Exhibits to the Court and shall move the Court for

1    Preliminary Approval of the settlement set forth in this Agreement, certification of the LeadClick

2    Auto Class and B2Mobile Class for settlement purposes only, appointment of Class Counsel and

3    the Class Representative, and entry of a Preliminary Approval Order, which order shall set a Final

4    Approval Hearing date and approve the Notice and Claim Form for dissemination in accordance

5    with the Notice Plan, substantially in the form Exhibits B, C, and D hereto.  Such Preliminary

6    Approval Order shall also authorize the Parties, without further approval from the Court, to agree

7    to and adopt such amendments, modifications and expansions of the Settlement Agreement and its

8    implementing documents (including all exhibits to this Agreement) so long as they are consistent

9    in all material respects with the Final Judgment and do not limit the rights of the LeadClick Auto

10   Class Members or B2Mobile Class Members.

11        **7.2**      At the time of the submission of this Agreement to the Court as described above,

12   Class Counsel, LeadClick, and B2Mobile shall request that, after Notice is given, the Court hold a

13   Final Approval Hearing and approve the settlement of the Action as set forth herein.

14        **7.3**      After Notice is given, the Parties shall request and obtain from the Court a Final

15   Judgment.  The Final Judgment will (among other things):

16             **(a)**      find that the Court has personal jurisdiction over all LeadClick Auto Class

17   Members and B2Mobile Class Members and that the Court has subject matter jurisdiction to

18   approve the Agreement, including all exhibits thereto;

19             **(b)**      approve the Settlement Agreement and the proposed settlement as fair,

20   reasonable and adequate as to, and in the best interests of, the LeadClick Auto Class Members and

21   B2Mobile Class Members; direct the Parties and their counsel to implement and consummate the

22   Agreement according to its terms and provisions; and declare the Agreement to be binding on, and

23   have *res judicata* and preclusive effect in all pending and future lawsuits or other proceedings

24   maintained by or on behalf of Plaintiffs, Releasing Parties, and their heirs, executors and

25   administrators, successors and assigns;

26             **(c)**      find that the Notice and the Notice Plan implemented pursuant to the

27   Agreement (1) constitute the best practicable notice under the circumstances, (2) constitute notice

28   that is reasonably calculated, under the circumstances, to apprise LeadClick Auto Class Members

and the B2Mobile Class Members of the pendency of the Action, their right to object to or exclude themselves from the proposed Agreement, and to appear at the Final Approval Hearing, (3) are reasonable and constitute due, adequate, and sufficient notice to all persons entitled to receive notice, and (4) meet all applicable requirements of the Federal Rules of Civil Procedure, the Due Process Clause of the United States Constitution, and the rules of the Court;

        **(d)**    find that the Class Representative and Class Counsel adequately represented the Settlement Class for purposes of entering into and implementing the Agreement;

        **(e)**    dismiss the Action (including all individual Claims, LeadClick Auto Class Claims, and B2Mobile Class Claims presented thereby) on the merits and with prejudice, without fees or costs to any Party except as provided in the Settlement Agreement;

        **(f)**    incorporate the Release set forth above, make the Release effective as of the date of the Final Judgment, and forever discharge the Released Parties as set forth herein;

        **(g)**    permanently bar and enjoin all LeadClick Auto Class Members and B2Mobile Class Members who have not been properly excluded from the respective LeadClick Auto Class or B2Mobile Class from filing, commencing, prosecuting, intervening in, or participating (as class members or otherwise) in, any lawsuit or other action in any jurisdiction based on the Released Claims;

        **(h)**    permanently bar and enjoin LeadClick and B2Mobile from filing, commencing, prosecuting, intervening in, or participating in, any lawsuit, claim or other action in any jurisdiction based on the Cross Claims;

        **(i)**    without affecting the finality of the Final Judgment for purposes of appeal, retain jurisdiction as to all matters relating to administration, consummation, enforcement, and interpretation of the Settlement Agreement and the Final Judgment, and for any other necessary purpose; and

        **(j)**    incorporate any other provisions, as the Court deems necessary and just.

**8.**    **CLASS COUNSEL'S ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES; INCENTIVE AWARD.**

    **8.1**    Subject to the Court's approval, the Parties have agreed that LeadClick and

1   B2Mobile shall pay to Class Counsel the sum of up to three million fifty thousand dollars

2   ($3,050,000) for attorneys' fees and expenses in this Action, which collectively represents 25% of

3   the LeadClick Settlement Fund and B2Mobile Settlement Fund established by the Settlement

4   Agreement.  LeadClick and B2Mobile agree such an amount is reasonable and will not object to,

5   or otherwise challenge, Class Counsel's application for attorneys' fees and for reimbursement of

6   costs and other expenses if Class Counsel's application does not exceed said amount.  Class

7   Counsel has, in turn, agreed not to seek more than this amount from the Court.

8       **8.2**     Class Counsel shall, within three (3) business days after the Effective Date, be paid

9   from the LeadClick Settlement Fund 81% of the amount of attorneys' fees and expenses approved

10  by the Court.  Class Counsel agrees that Defendant LeadClick's share of any award by the Court

11  shall be paid solely out of the LeadClick Settlement Fund and shall not increase Defendant

12  LeadClick's or the LeadClick Insurer's total financial liability with respect to this Agreement.

13  Any payment of the Fee Award from the LeadClick Settlement Fund shall be paid via electronic

14  transfer to an account designated by Class Counsel by providing necessary information for

15  electronic transfer to the Settlement Administrator.

16      **8.3**     Class Counsel shall, within three (3) business days after the Effective Date, be

17  paid from the B2Mobile Settlement Fund 19% of the amount of attorneys' fees and expenses

18  approved by the Court.  Class Counsel agrees that Defendant B2Mobile's share of any award by

19  the Court shall be paid solely out of the B2Mobile Settlement Fund and shall not increase

20  Defendant B2Mobile's total financial liability with respect to this Agreement. Any payment of the

21  Fee Award from the B2Mobile Settlement Fund shall be paid via electronic transfer to an account

22  designated by Class Counsel by providing necessary information for electronic transfer to the

23  Settlement Administrator.  Class Counsel agrees that in no event shall LeadClick and B2Mobile

24  collectively pay or be obligated to pay in excess of $3,050,000 for Class Counsel attorneys' fees

25  and expenses, in the ratios (81%:19%) described herein.

26      **8.4**     In addition to any award to which he may be entitled under the Settlement

27  Agreement, and in recognition of his efforts on behalf of the LeadClick Auto Class and B2Mobile

28  Class, the Class Representative shall, subject to the approval of the Court, be awarded an incentive

1   award in the amount of ten thousand dollars ($10,000).  Defendants agree that such an amount is

2   reasonable and that they shall not oppose such award, directly or indirectly.  This sum shall be

3   paid in recognition of the Plaintiff's time and effort serving as the Class Representative in this

4   litigation.

5   **8.5**   LeadClick shall be responsible for paying 81% of the incentive award to the Class

6   Representative described above, or other such amount approved by the Court.  The Parties agree

7   that Defendant LeadClick's share of any incentive award by the Court shall be paid solely out of

8   the LeadClick Settlement Fund and shall not increase Defendant LeadClick's or the LeadClick

9   Insurer's total financial liability with respect to this Agreement.  The Settlement Administrator

10  shall issue a check from the LeadClick Settlement Fund to the Class Representative, such check to

11  be sent care of Class Counsel, within three (3) business days after the date the Court enters the

12  Final Judgment if there have been no objections to the Settlement Agreement, and, if there have

13  been such objections, within three (3) business days after the Effective Date.

14  **8.6**   B2Mobile shall pay 19% of the incentive award to the Class Representative

15  described above, or other such amount approved by the Court.  The Parties agree that Defendant

16  B2Mobile's share of any incentive award by the Court shall be paid solely out of the B2Mobile

17  Settlement Fund and shall not increase Defendant B2Mobile's total financial liability with respect

18  to this Agreement.  The Settlement Administrator shall issue a check from the B2Mobile

19  Settlement Fund to the Class Representative, such check to be sent care of Class Counsel, within

20  three (3) business days after the date the Court enters the Final Judgment if there have been no

21  objections to the Settlement Agreement, and, if there have been such objections, within three (3)

22  business days after the Effective Date.

23  **9.**   **CONDITIONS OF SETTLEMENT, EFFECT OF DISAPPROVAL,**
24           **CANCELLATION OR TERMINATION.**

25  **9.1**   The Effective Date of this Settlement Agreement shall not occur unless and until

26  each of the following events occurs and shall be the date upon which the last (in time) of the

27  following events occurs:

28  **(a)**   This Agreement has been signed by Class Counsel, LeadClick, and

B2Mobile;

    **(b)**  The Court has entered the Preliminary Approval Order;

    **(c)**  The Court has entered an order finally approving the Agreement, following notice to the LeadClick Auto Class and the B2Mobile Class and a Final Approval Hearing, as provided in the Federal Rules of Civil Procedure, and has entered the Final Judgment, or a judgment substantially consistent with this Agreement; and

    **(d)**  The Final Judgment has become Final, as defined above, or, in the event that the Court enters an order and final judgment in a form other than that provided above ("Alternative Judgment") and that has the consent of the Parties, such Alternative Judgment becomes Final.

    **9.2**  If some or all of the conditions specified in Paragraph 9.1 are not met, or in the event that this Agreement is not approved by the Court, or the settlement set forth in this Agreement is terminated or fails to become effective in accordance with its terms, then this Settlement Agreement shall be canceled and terminated subject to Paragraph 9.3 unless Class Counsel, LeadClick, and B2Mobile mutually agree in writing to proceed with this Agreement. If any Party is in material breach of the terms hereof, any other Party, provided that it is in substantial compliance with the terms of this Agreement, may terminate this Agreement on notice to all of the Settling Parties. Notwithstanding anything herein, the Parties agree that the Court's failure to approve, in whole or in part, the attorneys' fees payment to Class Counsel set forth in Paragraph 8.1 above shall not prevent the Agreement from becoming effective, nor shall it be grounds for termination.

    **9.3**  If this Agreement is terminated or fails to become effective for the reasons set forth in Paragraphs 6.1, 6.2, 9.1, or 9.2 above, the Parties shall be restored to their respective positions in the Action as of the date of the signing of this Agreement. In such event, any Final Judgment or other order entered by the Court in accordance with the terms of this Agreement shall be treated as vacated, *nunc pro tunc*, and the Parties shall be returned to the *status quo ante* with respect to the Action as if this Agreement had never been entered into.

**10.     CONFIRMATORY DISCOVERY**

**10.1**     In addition to the information and documents received as part of the Action, pre-mediation discovery agreement, and investigation conducted by Class Counsel, Defendants shall provide to Class Counsel reasonable additional discovery and information as is necessary to confirm the material representations made by Defendants concerning their respective insurance coverage and financial condition that form the basis of this Agreement.  Should the occasion arise, the Parties shall cooperate in seeking any third-party discovery as may be necessary and appropriate, and said additional discovery is to be completed prior to the Final Approval Hearing. In addition, the Parties shall provide to Class Counsel reasonable additional discovery and information as is necessary to confirm the material representations made by the Parties concerning text messages covered by this Agreement.

**11.     MISCELLANEOUS PROVISIONS**

**11.1**     The Parties (a) acknowledge that it is their intent to consummate this Settlement Agreement; and (b) agree, subject to their fiduciary and other legal obligations, to cooperate to the extent reasonably necessary to effectuate and implement all terms and conditions of this Agreement and to exercise their reasonable best efforts to accomplish the foregoing terms and conditions of this Agreement.  Class Counsel, LeadClick, and B2Mobile agree to cooperate with one another in seeking Court approval of the Preliminary Approval Order, the Settlement Agreement, and the Final Judgment, and promptly to agree upon and execute all such other documentation as may be reasonably required to obtain final approval of the Agreement.

**11.2**     The Parties intend this Settlement Agreement to be a final and complete resolution of all disputes between them with respect to the Released Claims by Plaintiff, the LeadClick Auto Class, the B2Mobile Class and each or any of them, on the one hand, against the Released Parties, and each or any of the Released Parties, on the other hand.  Accordingly, the Parties agree not to assert in any forum that the Action was brought by Plaintiff or defended by LeadClick or B2Mobile, or each or any of them, in bad faith or without a reasonable basis.

**11.3**     The Parties have relied upon the advice and representation of counsel, selected by them, concerning their respective legal liability for the claims hereby released.  The Parties have

1   read and understand fully the above and foregoing agreement and have been fully advised as to the

2   legal effect thereof by counsel of their own selection and intend to be legally bound by the same.

3       **11.4**     Whether or not the Effective Date occurs or the Settlement Agreement is

4   terminated, neither this Agreement nor the settlement contained herein, nor any act performed or

5   document executed pursuant to or in furtherance of this Agreement or the settlement:

6           **(a)**     is, may be deemed, or shall be used, offered or received against the

7   Released Parties, or each or any of them, as an admission, concession or evidence of, the validity

8   of any Released Claims, the truth of any fact alleged by the Plaintiff, the deficiency of any defense

9   that has been or could have been asserted in the Action, the violation of any law or statute, the

10  reasonableness of the settlement amount or the fee award, or of any alleged wrongdoing, liability,

11  negligence, or fault of the Released Parties, or any of them;

12          **(b)**     is, may be deemed, or shall be used, offered or received against LeadClick

13  or B2Mobile, as an admission, concession or evidence of any fault, misrepresentation or omission

14  with respect to any statement or written document approved or made by the Released Parties, or

15  any of them;

16          **(c)**     is, may be deemed, or shall be used, offered or received against the

17  Released Parties, or each or any of them, as an admission or concession with respect to any

18  liability, negligence, fault or wrongdoing as against any Released Parties, in any civil, criminal or

19  administrative proceeding in any court, administrative agency or other tribunal.  However, the

20  settlement, this Agreement, and any acts performed and/or documents executed in furtherance of

21  or pursuant to this Agreement and/or Settlement may be used in any proceedings as may be

22  necessary to effectuate the provisions of this Agreement.  However, if this Settlement Agreement

23  is approved by the Court, any Party or any of the Released Parties may file this Agreement and/or

24  the Final Judgment in any action that may be brought against such Party or Parties in order to

25  support a defense or counterclaim based on principles of *res judicata*, collateral estoppel, release,

26  good faith settlement, judgment bar or reduction, or any other theory of claim preclusion or issue

27  preclusion or similar defense or counterclaim;

28          **(d)**     is, may be deemed, or shall be construed against Plaintiff, the LeadClick

Auto Class, and the B2Mobile Class or each or any of them, or against the Released Parties, or each or any of them, as an admission or concession that the consideration to be given hereunder represents an amount equal to, less than or greater than that amount that could have or would have been recovered after trial; and

        **(e)**     is, may be deemed, or shall be construed as or received in evidence as an admission or concession against Plaintiff, the LeadClick Auto Class, the B2Mobile Class, or each and any of them, or against the Released Parties, or each or any of them, that any of Plaintiff's claims are with or without merit or that damages recoverable in the Action would have exceeded or would have been less than any particular amount.

    **11.5**    The headings used herein are used for the purpose of convenience only and are not meant to have legal effect.

    **11.6**    The waiver by one Party of any breach of this Agreement by any other Party shall not be deemed as a waiver of any other prior or subsequent breaches of this Agreement.

    **11.7**    All of the Exhibits to this Agreement are material and integral parts thereof and are fully incorporated herein by this reference.

    **11.8**    This Agreement and its Exhibits set forth the entire agreement and understanding of the Parties with respect to the matters set forth herein, and supersede all prior negotiations, agreements, arrangements and undertakings with respect to the matters set forth herein.  No representations, warranties or inducements have been made to any Party concerning this Settlement Agreement or its Exhibits other than the representations, warranties and covenants contained and memorialized in such documents.  This Agreement may be amended or modified only by a written instrument signed by or on behalf of all Parties or their respective successors-in-interest.

    **11.9**    Except as otherwise provided herein, each Party shall bear its own costs.

    **11.10**  Plaintiff represents and warrants that he has not assigned any claim or right or interest therein as against the Released Parties to any other Person or Party and that he is fully entitled to release the same.

    **11.11**  Each counsel or other Person executing this Settlement Agreement, any of its

1   Exhibits, or any related settlement documents on behalf of any Party hereto hereby warrants and

2   represents that such Person has the full authority to do so and has the authority to take appropriate

3   action required or permitted to be taken pursuant to the Agreement to effectuate its terms.

4   **11.12**   This Agreement may be executed in one or more counterparts.  All executed

5   counterparts and each of them shall be deemed to be one and the same instrument provided that

6   counsel for the Parties to this Agreement all exchange original signed counterparts.  A complete

7   set of original executed counterparts shall be filed with the Court if the Court so requests.

8   **11.13**   This Settlement Agreement shall be binding upon, and inure to the benefit of, the

9   successors and assigns of the Parties hereto and the Released Parties.

10   **11.14**   The Court shall retain jurisdiction with respect to implementation and enforcement

11   of the terms of this Agreement, and all Parties hereto submit to the jurisdiction of the Court for

12   purposes of implementing and enforcing the settlement embodied in this Agreement.

13   **11.15**   This Settlement Agreement shall be governed by and construed in accordance with

14   the laws of the State of California.

15   **11.16**   This Agreement is deemed to have been prepared by counsel for all Parties, as a

16   result of arms' length negotiations among the Parties with the aid of a neutral mediator.  Whereas

17   all Parties have contributed substantially and materially to the preparation of this Agreement, it

18   shall not be construed more strictly against one Party than another.

19   **11.17**   Where this Agreement requires notice to the Parties, such notice shall be sent to the

20   undersigned counsel: Jay Edelson, Edelson McGuire, LLC, 350 North LaSalle Street, Suite 1300,

21   Chicago, Illinois 60654; Roxanne M. Wilson, Reed Smith LLP, 355 South Grand Ave, Ste. 2900,

22   Los Angeles, CA, 90071-1514; Jack R. Nelson, Reed Smith LLP, 101 Second Street, Ste 1800,

23   San Francisco, CA 94105; Philip S. McCune and Molly Terwilliger , Summit Law Group PLLC,

24   315 Fifth Avenue South, Suite 1000, Seattle, WA 98104-2682.  Where this Agreement requires

25   notice to the LeadClick Insurer, such notice shall be sent to Elissa Doroff, Chartis, 175 Water

26   Street, 8th Floor, New York, NY 10038; with a copy to David S. Sheiffer of Wilson Elser

27   Moskowitz Edelman & Dicker LLP, 150 East 42nd Street, New York, NY 10017.

28

[THE REST OF THIS PAGE INTENTIONALLY LEFT BLANK.  SIGNATURE PAGE
FOLLOWS.]

1

2    Dated:  July 15, 2011

3                                               By _____

4                                               Christopher Kramer, as an Individual and The
                                                Class Representative
5

6

7    Dated: July __, 2011                       B2MOBILE, LLC

8

9                                               By _____
                                                Title _____
10

11   Dated: July __, 2011                       LEADCLICK MEDIA, INC.

12

13                                              By _____
                                                Title _____
14

15   **IT IS SO STIPULATED:**

16

17   Dated: July __, 2011                       EDELSON McGUIRE, LLC
                                                Attorneys for Plaintiff
18

19                                              By _____

20                                              Myles McGuire
                                                Jay Edelson
21                                              Ryan D. Andrews
                                                Christopher L. Dore
22

23   Dated: July __, 2011                       SUMMIT LAW GROUP PLLC
                                                Attorneys for Defendant B2Mobile, LLC
24

25

26                                              By _____

27                                              Philip S. McCune
                                                Molly A. Terwilliger
28

Class Action Settlement Agreement              42                     Case No. 10-cv-02722-CW

Dated:  July ___, 2011

By _____
   Christopher Kramer, as an Individual and The
   Class Representative

Dated: July **15**, 2011

B2MOBILE, LLC

By _____
Title ____CFO____

Dated: July ___, 2011

LEADCLICK MEDIA, INC.

By _____
Title _____

IT IS SO STIPULATED:

Dated: July ___, 2011

EDELSON McGUIRE, LLC
Attorneys for Plaintiff

By _____
   Myles McGuire
   Jay Edelson
   Ryan D. Andrews
   Christopher L. Dore

Dated: July **15**, 2011

SUMMIT LAW GROUP PLLC
Attorneys for Defendant B2Mobile, LLC

By _____
   Philip S. McCune
   Molly A. Terwilliger

Dated:  July ___, 2011

By _____
    Christopher Kramer, as an Individual and The
    Class Representative

Dated: July ___, 2011                        B2MOBILE, LLC

By _____
Title _____

Dated: July _15_, 2011                       LEADCLICK MEDIA, INC.

By _____
    Stergios Theologides
Title _Senior Vice President_____

**IT IS SO STIPULATED:**

Dated: July ___, 2011                        EDELSON McGUIRE, LLC
                                             Attorneys for Plaintiff

By _____
    Myles McGuire
    Jay Edelson
    Ryan D. Andrews
    Christopher L. Dore

Dated: July ___, 2011                        SUMMIT LAW GROUP PLLC
                                             Attorneys for Defendant B2Mobile, LLC

By _____
    Philip S. McCune
    Molly A. Terwilliger

1  Dated: July 15, 2011              REED SMITH, LLP
                                        Attorneys for Defendant LeadClick Media, Inc.
2

3                                    By _____
                                        Jack R. Nelson
4                                       Roxanne M. Wilson

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## EXHIBITS

**Exhibit A**     **List of Websites used by B2Mobile**
**Exhibit B**     **Claim Form**
**Exhibit C**     **Publication Notice**
**Exhibit D**     **Website Settlement Notice**

# EXHIBIT A

www.uscash911.com

www.fastmoney101.com

www.cashspotusa.com

**www.cardealsusa.com**

www.dietspotusa.com

www.myedu411.com

www.bizspotusa.com

www.creditspotusa.com

www.uscashdepot.com

**www.carspotusa.com**

www.offerspotusa.com

www.jumpoffer.com

www.usdepositnow.com

www.myrightcredit.com

**www.myauto411.com**

www.cashweb88.com

www.mydate411.com

www.myjobs101.com

www.laptop88.com

www.topcash1500.com

www.mycash1500.com

www.shipgiftnow.com

www.topcareersusa.com

**www.usauto101.com**

www.getgiftasap.com

www.healthnowusa.com

www.myjobs911.com

www.my1500now.com

www.1500cashasap.com

www.cashnow99.com

www.tophomesnow.com

**www.cars499.com**

www.topdegreesusa.com

www.cashplaceusa.com

www.topcash88.com

www.homesusa101.com

www.creditusa411.com

www.thefinancespot.com

**www.autoweb88.com**

**www.carsusa411.com**

www.mobluv.com

www.freegiftspot.com

www.grantspotusa.com

www.homesnowusa.com

**www.topcarsnow.com**

www.dealsnowusa.com

www.topgiftsnow.com

www.homesusa411.com

www.mycareer411.com

www.cashusanow.com

www.ushomes101.com

www.mygiftsasap.com

www.creditnow101.com

www.mycreditasap.com

www.getme1500.com

www.mygiftasap.com

**www.greatcarsusa.com**

www.creditusa101.com

www.cashusa101.com

www.my2500cash.com

www.cashusa1500.com

www.homesusa911.com

www.healthusa411.com

www.hotdate101.com

www.datenow411.com

www.hotcareers101.com

www.usacash2500.com

www.myhomes88.com

www.homedeals2010.com

www.thecashelf.com

www.tophomes88.com

**www.topcars411.com**

www.my5000now.com

www.giftnow100.com

www.topjobsasap.com

www.quickcash88.com

www.tophomesasap.com

**www.greatcarsasap.com**

www.creditnow88.com

www.mygift100.com

www.jobsnow101.com

www.get1500asap.com

www.5000creditnow.com

www.getcredit5000.com

**www.greatcars411.com**

**www.mycarsasap.com**

www.housesusanow.com

www.gethomesusa.com

www.usacashasap.com

www.cooljobsusa.com

www.jobsusa411.com

www.getmy100.com

www.ship100now.com

www.get100card.com

www.100cardnow.com

www.hotcreditnow.com

www.coolcreditusa.com

www.mycredit5000.com

www.5000cashasap.com

www.coolhomesusa.com

www.greathomesasap.com

www.hothomes1000.com

www.localhomesusa.com

**www.hotcars101.com**

**www.greatcars101.com**

**www.sweetcarsusa.com**

**www.coolcarsasap.com**

www.coolcash1500.com

www.hotcash1500.com

www.hotcashasap.com

www.coolcashasap.com

www.topcars101.com

www.gocasolar.com

www.bestcash911.com

www.mycashmob.com

www.cashnow88.com

www.car499.com

www.thedebtspot.com

www.hotcash88.com

**www.firstautoweb.com**

www.myholiday411.com

www.yourhealth411.com

www.holidaycashusa.com

**www.hotauto88.com**

www.giftsnow101.com

www.hotcashusa.com

www.hotcarsusa.com

www.tophousesusa.com

www.gocasolar.com

www.mydollarspot.com

www.mygift101.com

www.careersnow101.com

www.greatgiftspot.com

www.cashnow99.com

www.freegiftspot.com.com

**www.eauto411.com**

www.careers88.com

www.topgiftspot.com

www.homesnow101.com

www.carsnowusa.com

www.giftsnowusa.com

www.dealsnowusa.com

# EXHIBIT B

## KRAMER V. B2MOBILE, LLC, ET AL CLAIM FORM

Return this Claim Form to: Settlement Administrator, [address]. Questions, visit www.[website].org or call [toll free number]

**DEADLINE: THIS CLAIM FORM MUST BE SUBMITTED ONLINE OR POSTMARKED BY [CLAIMS DEADLINE] AND MUST BE FULLY COMPLETED, BE SIGNED UNDER OATH, AND MEET ALL CONDITIONS OF THE SETTLEMENT AGREEMENT.**

**Instructions:** If you received a text message from the abbreviated phone number 77893 (known as a "short code") or a text message containing one of the website links listed at **[website.org/Exhibit A]**, you may be entitled to a monetary settlement payment of up to $100, or a lesser *pro rata* share (the actual amount of payments will be based on the number of valid claim forms submitted), in this lawsuit against B2Mobile LLC and LeadClick Media, Inc. ("Defendants"), if it is finally approved by the Court.  If the settlement is approved, each class member, whether or not he or she submits a claim, will release the Defendants, other entities involved in transmitting the message, and all their officers, agents, employees, and those working with them, from any and all claims as a result of the sending or delivery of the text messages that are the subject of this litigation.  Only the person whose name appears on the billing statements of the wireless account upon which the text messages at issue were received can submit this Claim Form.  Only one claim per wireless account holder is allowed, regardless of how many texts were received or how many cell phone numbers are included on the wireless account.  YOU MUST SUBMIT THIS CLAIM FORM IN ORDER TO RECEIVE A SETTLEMENT PAYMENT.

Please note that if you are a Class Member, the Class Member Verification section below requires you to state, under penalty of perjury, both that: (1) you were sent a text message advertisement from short code 77893 or a text message containing one of the website links listed at **[website.org/Exhibit A]**; and (2) prior to receiving the text message(s) from short code 77893 or containing one of the websites listed at **[website.org/Exhibit A]**, you did not expressly consent to receive text messages of this type.

Please also note that on this Claim Form you may state your preference for what charity should receive money if:

(a) there is money remaining in the B2Mobile Settlement Fund after all claims have been made and all costs and fees have been deducted;

(b) there are too many claims on the B2Mobile Settlement Fund and the per person payment would be less than $5, at which point the entire Settlement Fund will be donated proportionally to one or more of the listed charities after all costs and fees have been deducted; or

(c) there are too many claims on the LeadClick Settlement Fund and the per person payment would be less than $5, at which point the entire Settlement Fund will be donated proportionally to one or more of the listed charities after all costs and fees have been deducted. Visit www.[website].org for complete information.

| YOUR CONTACT INFORMATION |
|---|

**Name**: _____   _____   _____
            *(First)*                              *(Middle)*              *(Last)*

**Address**: _____
(You must provide a street address.  A P.O. box will not be accepted.)
                                        *(Street)*

_____   _____   ____ _____ _____ _____
*(City)*                                  *(State)*        *(Zip Code)*

**Cell Phone Number at the Time you Received a the Text Message(s): (** ___ ___ ___**)** ___ ___ ___ – ___ ___ ___ ___
(This will be checked against a list of numbers that received the text message at issue.)

**Current Phone Number: (** ___ ___ ___**)** ___ ___ ___ – ___ ___ ___ ___
(Please provide a phone number where you can be reached if further information is required.)

| Prohibition of Future Messages |
|---|

Would you like your phone number removed from any database of phone numbers to which text messages could be sent by or on behalf of B2Mobile or LeadClick?  Yes ☐  No ☐

| Class Member Verification |
|---|

By submitting this claim form and checking the boxes below, I declare under penalty of perjury that I am a member of the LeadClick Auto Class or the B2Mobile Class and that the following statements are true (check each box that applies):
☐  That I received one or more text message(s) from the short code 77893 or a text message containing one of the website links listed at **[website.org/Exhibit A]**.

☐  That, prior to receiving the text message(s) from the short code 77893 or a text message containing one of the website links listed at **[website.org/Exhibit A]**, I did not expressly consent to <u>receive text messages of this type.</u>

☐  That all information provided in this Claim Form is true and correct.


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*


If all or part of the Settlement Funds are distributed to charitable or non-profit organizations, please choose which one you would prefer to receive it?

**(please select only one)**

| | |
|---|---|
| ☐ Habitat for Humanity | ☐ National Center for Missing & Exploited Children |
| ☐ Big Brothers Big Sisters | ☐ Fisher House Foundation |
| ☐ American Red Cross | ☐ Operation HOPE |

Brief descriptions of each charity or non-profit listed above can be found at **[website.org]**.

---

The Claims Administrator may audit any and all claims.  Persons knowingly making false claims may be subject to civil or criminal penalties. **I declare under penalty of perjury that the foregoing is true and correct.**

Signature: _____      Date: _____

Print Name: _____      Your claim will be submitted to the Settlement Administrator for review, if accepted you will be mailed a check for $100 or a lesser *pro rata* share.  This process takes time, please be patient.

**CLAIM FORMS MUST BE SUBMITTED ONLINE OR POSTMARKED NO LATER THAN [Claims Deadline] TO BE ELIGIBLE FOR PAYMENT.  FILE ONLINE AT: www.[website].org OR MAIL THIS CLAIM FORM TO:  Claims Administrator, [Address]. If you have questions, you may call the Settlement Administrator at [toll-free #] Class Counsel at 1-866-354-3015.**

# EXHIBIT C

# If You Received an Unsolicited Text Message Advertisement, You Could Get Up to $100 from a Class Action Settlement.

A Settlement has been reached in a class action lawsuit about whether mobile ad company B2Mobile sent text ads to consumers without receiving explicit consent to do so and whether some of those text ads were sent on behalf of lead-generation company LeadClick Media. B2Mobile and LeadClick Media are referred to as the "Defendants."

## Who's Included?

You are included if you live in the U.S. or its territories and you received a text message that was transmitted by or on behalf of the Defendants without your prior express consent. The text messages involved either came from the shortened phone number "77893" or contained a website link, such as: 1500cashasap.com, offerspotusa.com, myauto411.com, usauto101.com, topcash88.com, car499.com, topcash1500.com, jumpoffer.com, myedu411.com, jobsusa411.com, and homesusa911.com. A complete list of website links is available at www.TextAdClass.com.

## What Can You Get?

Defendants have created two Settlement Funds totaling $12.2 million, made up of a $10 million LeadClick Settlement Fund and a $2.2 million B2Mobile Settlement Fund. If you qualify, you may be eligible for a payment up to $100. The actual amount of payments will be based on the number of valid claim forms received .If payments are calculated to be less than $5 for each Class Member the money will be donated to charity. The Settlement also requires Defendants to change their business practices to make sure people who wish to receive text messages properly consent. The Settlement allows Class Members to remove their cell phone numbers from any list or database of numbers to which text messages could be sent on or on behalf of Defendants.

## How to Get Benefits?

You will need to submit a Claim Form to get benefits. You can submit a Claim Form online or by mail. The deadline to submit a Claim Form is **Month 00, 2011**. One claim per household.

## Your Other Rights.

If you do nothing, your rights will be affected. If you do not want to be legally bound by the Settlement, you must exclude yourself from the Settlement. The deadline to exclude yourself is **Month 00, 2011**. If you do not exclude yourself you will not be able to sue the Defendants for any claim relating to the lawsuit. If you stay in the Settlement, you may object to it by **Month 00, 2011**. The Court appointed attorneys at Edelson McGuire LLC to represent you. A hearing will be held on **Month 00, 2011** to consider whether to approve the Settlement and a request for attorneys' fees up to $3.05 million. You can appear at the hearing, but you don't have to. You can hire your own attorney, at your own expense, to appear or speak for you at the hearing.

---

**For more information or a Claim Form:**
**1- 800-000-0000     www.TextAdClass.com**

# EXHIBIT D

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

## If You Received an Unsolicited Text Message Advertisement, You Could Get Up to $100 from a Class Action Settlement.

*A Federal Court authorized this notice.  This is not a solicitation from a lawyer.*

• A Settlement has been reached in a class action lawsuit about whether mobile ad company B2Mobile sent text ads to consumers without receiving explicit consent to do so and whether some of those text ads were sent on behalf of lead-generation company LeadClick Media. B2Mobile and LeadClick Media are referred to as the "Defendants."

• You are included if you live in the U.S. or its territories and you received a text message that was transmitted by or on behalf of the Defendants without your prior express consent. The text messages involved either came from the shortened phone number "77893" or contained a website link, such as: 1500cashasap.com, offerspotusa.com, myauto411.com, usauto101.com, topcash88.com, car499.com, topcash1500.com, jumpoffer.com, myedu411.com, jobsusa411.com, and homesusa911.com. A complete list of website links is available at www.TextAdClass.com.

• Those included in the Settlement will be eligible to receive a payment of up to $100 and have the opportunity to remove their cell phone numbers from any list or database of cell phone numbers to which text messages could be sent by or on behalf of Defendants.

• Please read this notice carefully. Your legal rights are affected whether you act, or don't act.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **SUBMIT A CLAIM FORM** | This is the only way to receive a payment. |
| **EXCLUDE YOURSELF** | You will receive no benefits, but you will retain any rights you currently have to sue the Defendants about the claims in this case. |
| **OBJECT** | Write to the Court explaining why you don't like the Settlement. |
| **GO TO THE HEARING** | Ask to speak in Court about your opinion of the Settlement. |
| **DO NOTHING** | You won't get a share of the Settlement benefits and will give up your rights to sue the Defendants about the claims in this case. |

These rights and options – **and the deadlines to exercise them** – are explained in this Notice.

## BASIC INFORMATION

### 1. Why was this Notice issued?

A Court authorized this notice because you have a right to know about a proposed Settlement of this class action lawsuit and about all of your options, before the Court decides whether to give final approval to the Settlement. This Notice explains the lawsuit, the Settlement, and your legal rights.

Judge Claudia Wilken, of the U.S. District Court for the Northern District of California, is overseeing this case. The case is known as *Kramer v. B2Mobile, LLC*, No. 10-cv-02722. The person who sued is called the Plaintiff. The Defendants are B2Mobile and LeadClick Media.

### 2. What is a Class Action?

In a class action, one or more people called class representatives (in this case, Christopher Kramer) sue on behalf of a group or a "class" of people who have similar claims. In a class action, the court resolves the issues for all Class Members, except for those who exclude themselves from the Class.

### 3. What is this Lawsuit about?

This lawsuit claims that unsolicited text message advertisements were sent to consumers from the abbreviated phone number 77893 or that contained one of the website links listed on pages 10-11 by or on behalf of the Defendants.  The lawsuit claims that Defendants violated the Telephone Consumer Protection Act because consumers did not consent to receive these text message advertisements.  The Defendants deny they violated any law and claim everyone who received text messages provided their consent.  Additionally, LeadClick denies that any text message advertisements were sent on its behalf.

The Court has not determined who is right.  Rather, the Parties have agreed to settle the lawsuit to avoid the uncertainties and expenses associated with ongoing litigation.

### 4. What type of text message ads were sent?

The lawsuit claims that certain consumers received:
- Automobile-related text messages from short code 77893 or
- Text messages on a variety of other topics, including online education, payday loans, and real estate or
- Text messages containing one of the website links listed in the table on pages 10-11.

A short code is an abbreviated telephone number that can be used by companies to send text messages in bulk.

### 5. Why is there a Settlement?

The Court has not decided whether the Plaintiff or the Defendants should win this case.  Instead, both sides agreed to a Settlement.  That way, they avoid the uncertainties and expenses associated with ongoing litigation, and Class Members will get compensation now rather than, if at all, years from now.

# WHO'S INCLUDED IN THE SETTLEMENT?

| **6. How do I know if I am in the Settlement Class?** |
| --- |

There are two groups, or "Classes," in the Settlement.

The Court decided that everyone who fits this description is a member of the **LeadClick Auto Class**:

Anyone in the United States and its territories who, from January 1, 2008 until Month 00, 2011 [date of preliminary approval], received an automobile-related text message from Short Code 77893 or an automobile-related text message containing one of the website links (listed on pages 10-11) that was transmitted by or on behalf of B2Mobile and was sent without the recipient's prior express consent.

See an example of a text message received by members of the LeadClick Auto Class below.  More examples are available at www.TextAdClass.com.

| |
| --- |
| From: 778-93<br>Date: 10/26/2009 11:19 am<br><br>Deal Alert: Cars from $99/mo! Avail. in your Area! Go to: www.Cars499.com<br><br>Promo: 39O75<br><br>For immediate listings Call 1800-387-6230<br><br>to end reply STOP |

The Court decided that everyone who fits this description is a member of the **B2Mobile Class**:

Anyone in the United States and its territories who, from January 1, 2008 until Month 00 2011 [date of preliminary approval], received a text message from Short Code 77893 or a text message containing one of the website links (listed on pages 10-11) that was transmitted by or on behalf of B2Mobile and was sent without the recipient's prior express consent.

See examples of text messages received by members of the B2Mobile Class below.  More examples are available at www.TextAdClass.com.

| |
| --- |
| From: 778-93<br>Date: Aug 26, 2009, 11:24 am<br><br>Cash in Hand! Get up to $1500 wired to your bank account ASAP – Go to: www.UScashDepot.com<br><br>Promo Code: 7PX5E<br><br>Quit? reply STOP |

For the full definition of the Settlement Classes, please see the Settlement Agreement, which is available at www.TextAdClass.com.

## THE SETTLEMENT BENEFITS

### 7. What does the Settlement provide?

Defendants have created two Settlement Funds totaling $12.2 million, made up of a $10 million LeadClick Settlement Fund and a $2.2 million B2Mobile Settlement Fund.  The cost to administer the Settlement as well as attorneys' fees and payments to the Class Representative will come out of these funds (*see* Question 14).  The amount remaining after deducting these costs will be paid to eligible Class Members who submit valid claims.

***Protection from Future Unauthorized Messages:*** B2Mobile has agreed to not send text messages to consumers who have not given their prior express consent to receive text messages.  Additionally, Defendants have agreed to modify certain contracts with their business partners to require that prior express consent is obtained from consumers, including a clear statement that a consumer is agreeing to receive text message advertisements, to which the consumer must take affirmative action to agree to be a recipient.  Finally, Defendants will be required, and/or they must require their business partners, to maintain all records of such consent for four years.

***Removal Request:*** The Claim Form will provide you an opportunity to remove your cell phone number from any list or database of cell phone numbers to which text messages could be sent by or on behalf of Defendants.

Both the LeadClick and B2Mobile Settlement Fund are created entirely from 100% of each Defendant's remaining insurance policies.  Class Counsel has confirmed that both LeadClick and B2Mobile cannot meaningfully contribute further to the Settlement Funds and that the Classes are receiving access to the maximum amount available from any available source.

You can read a detailed description of the future protection applicable to Defendants in the Settlement Agreement.

### 8. How much will my payment be?

If you are member of the LeadClick Auto Class or the B2Mobile Class, and the Court gives final approval to the Settlement, you may be entitled to receive up to $100.  Please note that you can receive money only from one Settlement Fund.  The amount of your exact payment cannot be calculated at this time.  Your payment will depend on the total number of valid claims that are filed.  The Classes are estimated to include approximately 47 million Class Members.  Your payment may be reduced, as follows:

(1) If the amount required to pay all claims made by the LeadClick Auto Class or B2Mobile Class exceeds the amount available (after paying fees and expenses in each respective Settlement

Fund), then each Class Member who filed a valid claim shall receive a reduced share of that Settlement Fund;

(2) However, if the reduced share is calculated to be less than $5 for a member of either Class, then all money remaining in that Settlement Fund will be paid to one or more charitable or non-profit organizations.

You may only make one claim per wireless account holder, regardless of how many text messages were received or how many cell phone numbers are included on the wireless account. If you are a member of both the B2Mobile Class and the LeadClick Auto Class, you will only receive a payment from the LeadClick Settlement Fund.

| 9. When will I get my payment? |
| --- |

You should receive a check from the settlement administrator within 60-90 days after the Settlement has been finally approved and/or after any appeals have been resolved in favor of the Settlement. The hearing to consider the final fairness of the Settlement is scheduled for [Fairness Hearing Date.] All checks will expire and become void 90 days after they are issued. Any uncashed checks issued from the B2Mobile Settlement Fund will be donated to charitable or non-profit recipients described in Question 10, below.

## HOW TO GET BENEFITS

| 10. How do I get benefits? |
| --- |

If you are a Class Member and you want to participate in the Settlement, you must complete and submit a truthful Claim Form, signed under penalty of perjury, by **Month 00, 2011**. The Claim form can be found at www.TextAdClass.com or by calling, toll free, 1-800-000-0000. The Claim Form can be submitted online at the website or by mail. There is only one claim per household. Only the person whose name appears on the billing statements of the wireless account upon which the text messages at issue were received can submit a Claim Form.

Importantly, the Claim Form gives you an opportunity to select the charity or non-profit organization you would like to receive money (*see* Question 8 for reasons why this could be necessary). If none of the reasons in Question 8 apply, any money remaining in the B2Mobile Settlement Fund after all claims are paid, and administration expenses and attorneys' are deducted, will be distributed proportionally to all potential charitable or non-profit organizations based on the percentage of Class Members selecting each charity or non-profit.

On the Claim Form, please select *only one* organization. Below is a brief description of each charity/non-profit:

| **Habitat for Humanity** | **National Center for Missing and** |
| --- | --- |

| | |
|---|---|
| (www.habitat.org) Provides affordable houses to families in need. Since 1976, HFH has built or repaired over 400,000 houses worldwide. | **Exploited Children** (www.missingkids.com) Serves as a resource on the issues of missing and sexually exploited children and provides information and resources to law enforcement, parents, and children. |
| **Big Brother Big Sisters of the Bay Area** (www.bbbsba.org) Provides one-on-one mentoring for children facing adversity with the mission of improving their lives and strengthening communities. The Bay Area branch serves over a thousand children in three counties. | **Fisher House Foundation** (www.fisherhouse.org) FH donates "comfort homes" that enable family members of wounded veterans to be close to family members during the hospitalization for an illness or injury. |
| **American Red Cross** (www.redcross.org) The American Red Cross is the nation's premier emergency response organization for victims of war and victims of natural disasters, providing food, shelter, and other services. | **Operation HOPE** (www.operationhope.org) Operation HOPE expands economic opportunity in underserved communities through economic education and empowerment. |

We also encourage you to submit your claim electronically. Not only is it easier and more secure, but it is completely free and takes only minutes!

## REMAINING IN THE SETTLEMENT

**11. What am I giving up if I stay in the Class?**

If the Settlement becomes final, you will give up your right to sue the Defendants for the claims being resolved by this Settlement.  The specific claims you are giving up against the Defendants are described in Section __ of the Settlement Agreement.  You will be "releasing" the Defendants and all related people as described in Section __ of the Settlement Agreement. Unless you exclude yourself (*see* Question 15), you are "releasing" the claims, regardless of whether you submit a claim or not.  The Settlement Agreement is available at www.TextAdClass.com.

The Settlement Agreement describes the released claims with specific descriptions, so read it carefully.  If you have any questions you can talk to Class Counsel listed in Question 13 for free or you can, of course, talk to your own lawyer if you have questions about what this means.

| **12. What happens if I do nothing at all?** |
|---|

If you do nothing, you won't get any benefits from this Settlement.  But, unless you exclude yourself, you won't be able to start a lawsuit or be part of any other lawsuit against the Defendants for the claims being resolved by this Settlement.

## THE LAWYERS REPRESENTING YOU

| **13. Do I have a lawyer in the case?** |
|---|

The Court has appointed Jay Edelson, Myles McGuire, Ryan D. Andrews, and Christopher L. Dore of Edelson McGuire, LLC to be the attorneys representing the Settlement Classes.  They are called "Class Counsel."  They believe, after conducting an extensive investigation, that the Settlement Agreement is fair, reasonable, and in the best interests of the Settlement Classes.  You will not be charged for these lawyers.  If you want to be represented by your own lawyer in this case, you may hire one at your expense.

| **14. How will the lawyers be paid?** |
|---|

Subject to Court approval, Defendants have agreed to pay Class Counsel up to 25% of the combined B2Mobile and LeadClick Settlement Funds for attorneys' fees and expenses for investigating the facts, litigating the case, and negotiating the Settlement in this matter.  The Court may award less than this amount.  Under the Settlement Agreement, any amount awarded to Class Counsel will be paid out of the Settlement Funds.

Subject to approval by the Court, Defendants have agreed to pay $10,000 to the Class Representative from the Settlement Funds for his services in helping to settle this case.

## EXCLUDING YOURSELF FROM THE SETTLEMENT

| **15. How do I get out of the Settlement?** |
|---|

To exclude yourself from the Settlement, you must send a letter (or request for exclusion) by mail stating that <u>you want to be excluded</u> from *Kramer v. B2Mobile, LLC*, No. 10-cv-02722.  Your letter or request for exclusion must also include your name, your address, the phone number that received the relevant text message(s), and your signature. You must mail your exclusion request no later than **Month 00, 2011**, to:

B2Mobile Settlement
P.O. Box 0000
City, ST 00000

## 16. If I don't exclude myself, can I sue the Defendants for the same thing later?

No.  Unless you exclude yourself, you give up any right to sue the Defendants for the claims being resolved by this Settlement.

## 17. If I exclude myself, can I get anything from this Settlement?

No.  If you exclude yourself, do not submit a Claim Form to ask for benefits.


# OBJECTING TO THE SETTLEMENT

## 18. How do I object to the Settlement?

If you're a Class Member, you can object to the Settlement if you don't like any part of it.  You can give reasons why you think the Court should not approve it.  The Court will consider your views. To object, you must send a letter stating that you object to the Settlement in *Kramer v. B2Mobile, LLC,* No. 10-cv-02722) and identify all your reasons for your objections (including citations and supporting evidence) and attach any materials you rely on for your objections.  Your letter or brief must also include your name, your address, your cellular telephone number that received the unauthorized text message(s), and your signature.  You must also specifically identify whether you received a text message of the kind described in the Settlement Agreement and when it was received.

Class Counsel will file with the Court and post on this website its request for attorneys' fees two weeks prior to the objection deadline.

If you want to appear and speak at the Final Approval Hearing to object to the Settlement, with or without a lawyer (explained below in answer to Question Number 22), you must say so in your letter or brief.  Mail the objection to these four different places postmarked no later than **Month 00, 2011**:

| Court | Class Counsel | Defense Counsel |
|---|---|---|
| The Honorable Claudia Wilken c/o Clerk of the Court Ronald V. Dellums Federal Building 1301 Clay Street Oakland, CA 94612 | Ryan D. Andrews Edelson McGuire, LLC 350 North LaSalle St, Suite 1300 Chicago, Illinois 60654 | Philip S. McCune Summit Law Group PLLC 315 Fifth Avenue South, Suite 1000 Seattle, WA 98104<br><br>Roxanne M. Wilson ReedSmith LLP 355 South Grand Ave, Ste. 2900 Los Angeles, CA, 90071 |

QUESTIONS? 1-800-000-0000 TOLL FREE, OR VISIT WWW.TEXTADCLASS.COM

**19. What's the difference between objecting and excluding myself from the Settlement?**

Objecting simply means telling the Court that you don't like something about the Settlement. You can object only if you stay in the Class.  Excluding yourself from the Class is telling the Court that you don't want to be part of the Class.  If you exclude yourself, you have no basis to object because the case no longer affects you.

## THE COURT'S FINAL APPROVAL HEARING

**20. When and where will the Court decide whether to approve the Settlement?**

The Court will hold the Fairness Hearing at [time] on **Month 00, 2011** in Courtroom 2 of the Ronald V. Dellums Federal Building, 1301 Clay Street, Oakland, 4th Floor, California 94612. The purpose of the hearing will be for the Court to determine whether to approve the Settlement as fair, reasonable, adequate, and in the best interests of the Classes; to consider the Parties' agreement that Class Counsel should be paid 25% of the Settlement Funds for attorneys' fees and expenses; and to consider the request for an incentive award to Class Representative in the amount of $10,000.  At that hearing, the Court will be available to hear any objections and arguments concerning the fairness of the Settlement.

The hearing may be postponed to a different date or time without notice, so it is a good idea to check www.TextAdClass.com or call 1-800-000-0000.  If, however, you timely objected to the Settlement and advised the Court that you intend to appear and speak at the Fairness Hearing, you will receive notice of any change in the date of such Fairness Hearing.

**21. Do I have to come to the hearing?**

No. Class Counsel will answer any questions the Court may have.  But, you are welcome to come at your own expense.  If you send an objection or comment, you don't have to come to Court to talk about it.  As long as you mailed your written objection on time, the Court will consider it.  You may also pay another lawyer to attend, but it's not required.

**22. May I speak at the hearing?**

Yes.  You may ask the Court for permission to speak at the Fairness Hearing.  To do so, you must send a letter saying that it is your "Notice of Intent to Appear in *Kramer v. B2Mobile, LLC*, No. 10-cv-02722."  It must include your name, address, telephone number and signature as well as the name and address of your lawyer, if one is appearing for you. Your Notice of Intent to Appear must be postmarked no later than **Month 00, 2011**, and be sent to the addresses listed in Question 18.  You must also state in your objection that you plan on appearing at the hearing.

## GETTING MORE INFORMATION

QUESTIONS? 1-800-000-0000 TOLL FREE, OR VISIT WWW.TEXTADCLASS.COM

**23. Where do I get more information?**

This Notice summarizes the Settlement. More details are in a Settlement Agreement. You can get a copy of the Settlement Agreement at www.TextAdClass.com. You may also write with questions to B2Mobile Settlement, P.O. Box 0000, City, ST 00000. You can call the Settlement Administrator at 1-800-000-0000 or Class Counsel at 1-866-354-3015, if you have any questions.  Before doing so, however, please read this full Notice carefully.  You may also find additional information elsewhere on the case website.

## LIST OF WEBSITES

| | | |
|---|---|---|
| www.uscash911.com | www.mycareer411.com | www.coolcreditusa.com |
| www.fastmoney101.com | www.cashusanow.com | www.mycredit5000.com |
| www.cashspotusa.com | www.ushomes101.com | www.5000cashasap.com |
| www.cardealsusa.com | www.mygiftsasap.com | www.coolhomesusa.com |
| www.dietspotusa.com | www.creditnow101.com | www.greathomesasap.com |
| www.myedu411.com | www.mycreditasap.com | www.hothomes1000.com |
| www.bizspotusa.com | www.getme1500.com | www.localhomesusa.com |
| www.creditspotusa.com | www.mygiftasap.com | www.hotcars101.com |
| www.uscashdepot.com | www.greatcarsusa.com | www.greatcars101.com |
| www.carspotusa.com | www.creditusa101.com | www.sweetcarsusa.com |
| www.offerspotusa.com | www.cashusa101.com | www.coolcarsasap.com |
| www.jumpoffer.com | www.my2500cash.com | www.coolcash1500.com |
| www.usdepositnow.com | www.cashusa1500.com | www.hotcash1500.com |
| www.myrightcredit.com | www.homesusa911.com | www.hotcashasap.com |
| www.myauto411.com | www.healthusa411.com | www.coolcashasap.com |
| www.cashweb88.com | www.hotdate101.com | www.topcars101.com |
| www.mydate411.com | www.datenow411.com | www.gocasolar.com |
| www.myjobs101.com | www.hotcareers101.com | www.bestcash911.com |
| www.laptop88.com | www.usacash2500.com | www.mycashmob.com |
| www.topcash1500.com | www.myhomes88.com | www.cashnow88.com |
| www.mycash1500.com | www.homedeals2010.com | www.car499.com |
| www.shipgiftnow.com | www.thecashelf.com | www.thedebtspot.com |
| www.topcareersusa.com | www.tophomes88.com | www.hotcash88.com |
| www.usauto101.com | www.topcars411.com | www.firstautoweb.com |
| www.getgiftasap.com | www.my5000now.com | www.myholiday411.com |
| www.healthnowusa.com | www.giftnow100.com | www.yourhealth411.com |
| www.myjobs911.com | www.topjobsasap.com | www.holidaycashusa.com |
| www.my1500now.com | www.quickcash88.com | www.hotauto88.com |
| www.1500cashasap.com | www.tophomesasap.com | www.giftsnow101.com |
| www.cashnow99t.com | www.greatcarsasap.com | www.hotcashusa.com |
| www.tophomesnow.com | www.creditnow88.com | www.hotcarsusa.com |
| www.cars499.com | www.mygift100.com | www.tophousesusa.com |
| www.topdegreesusa.com | www.jobsnow101.com | www.gocasolar.com |

QUESTIONS? 1-800-000-0000 TOLL FREE, OR VISIT WWW.TEXTADCLASS.COM

| | | |
|---|---|---|
| www.cashplaceusa.com | www.get1500asap.com | www.mydollarspot.com |
| www.topcash88.com | www.5000creditnow.com | www.mygift101.com |
| www.homesusa101.com | www.getcredit5000.com | www.careersnow101.com |
| www.creditusa411.com | www.greatcars411.com | www.greatgiftspot.com |
| www.thefinancespot.com | www.mycarsasap.com | www.cashnow99t.com |
| www.autoweb88.com | www.housesusanow.com | www.freegiftspot.com.com |
| www.carsusa411.com | www.gethomesusa.com | www.eauto411.com |
| www.mobluv.com | www.usacashasap.com | www.careers88.com |
| www.freegiftspot.com | www.cooljobsusa.com | www.topgiftspot.com |
| www.grantspotusa.com | www.jobsusa411.com | www.homesnow101.com |
| www.homesnowusa.com | www.getmy100.com | www.carsnowusa.com |
| www.topcarsnow.com | www.ship100now.com | www.giftsnowusa.com |
| www.dealsnwousa.com | www.get100card.com | www.dealsnowusa.com |
| www.topgiftsnow.com | www.100cardnow.com | |
| www.homesusa411.com | www.hotcreditnow.com | |