IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER KRAMER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AUTOBYTEL, INC., a Delaware corporation, and B2MOBILE, LLC, a California limited liability company, and LEADCLICK MEDIA, INC., a California corporation,<br><br>Defendants. | No. 10-cv-02722-CW<br><br>**STIPULATION TO ADVANCE PRELIMINARY APPROVAL HEARING**<br><br>Honorable Claudia A. Wilken |

## STIPULATION TO ADVANCE PRELIMINARY APPROVAL HEARING

Pursuant to Local Rule 6-1, the Parties stipulate to have Plaintiff's Motion for Preliminary Approval of Class Action Settlement Agreement, filed with the Court on July 18, 2011 (Dkt. No. 121), heard July 28, 2011, rather the 35 days' notice otherwise required by Local Rule 7-2(a).

Respectfully Submitted,

DATED: July 18, 2011.        EDELSON McGUIRE, LLC

By    /s/ Christopher L. Dore
      Christopher L. Dore
      Ryan D. Andrews
      Attorneys for Plaintiff
      Christopher Kramer

DATED: July 18, 2011.        SUMMIT LAW GROUP PLLC

By    /s/ Philip S. McCune
      Philip S. McCune
      Molly A. Terwilliger
      Attorneys for Defendant
      B2Mobile, LLC

42762.1

1  DATED: July 18, 2011.                    REED SMITH LLP

                                            By   /s/ Roxanne M. Wilson
                                                 Roxanne M. Wilson
                                                 Jack R. Nelson
                                                 Attorneys for Defendant
                                                 LeadClick Media, Inc.

## **ORDER**

Pursuant to stipulation and for good cause shown, **IT IS SO ORDERED.**

DATED: ____**July 19**____, 2011        _____
                                        The Honorable Claudia Wilken
                                        United States District Court Judge

42762.1                        - 2 -

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER KRAMER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AUTOBYTEL, INC., a Delaware corporation, and B2MOBILE, LLC, a California limited liability company, and LEADCLICK MEDIA, INC., a California corporation,<br><br>Defendants. | No. 10-cv-02722-CW<br><br>**DECLARATION IN SUPPORT OF STIPULATION TO ADVANCE PRELIMINARY APPROVAL HEARING**<br><br>Honorable Claudia A. Wilken |

### DECLARATION OF CHRISTOPHER L. DORE IN SUPPORT OF STIPULATION TO ADVANCE PRELIMINARY APPROVAL HEARING

Pursuant to 28 U.S.C. § 1746, I, Christopher L. Dore, hereby declare and state as follows:

1. I am an attorney admitted to practice in the State of Illinois and have been admitted *pro hac vice* in this matter. I am entering this declaration in support of the Parties' Stipulation to Advance Preliminary Approval Hearing. I am fully competent to make this declaration. This declaration is based upon my personal knowledge, except where expressly noted otherwise.

2. The Parties seek to advance the Preliminary Approval hearing based on deadlines set forth by Rust Consulting and Kinsella Media to accomplish the publication portion of the Notice Plan called for in the Settlement Agreement. Should the Court grant Preliminary Approval to the Settlement Agreement at a later hearing date than July 28, 2011, publication notice will be materially postponed by up to two months.

3. The Parties have requested a limited number of timing changes during the course of this case, all of which were made in good faith and based on reasonable need. The modifications include: (1) extension of time for Defendants to respond to Plaintiff's complaint (Dkt. No. 29); (2) modification of the briefing schedule for Defendants' motions to dismiss (Dkt. No. 61); (3) modification of the briefing schedule for Defendants' motions to dismiss as it

applied to the United States intervention (Dkt. No. 82); (4) joint stipulation to vacate dates pending class action settlement (Dkt. No. 111); (5) extension of deadlines regarding the settlement agreement and preliminary approval motion (Dkt. No. 113); and (6) further extension of deadlines regarding the settlement agreement and preliminary approval motion (Dkt. No. 115).

4. The requested modification in the Parties' Stipulation to Advance Preliminary Approval Hearing will not materially impact the case in a negative manner. As stated above, the modification is necessary to ensure the timely and efficient distribution of notice and the eventual complete resolution of this case.

5. I declare under penalty of perjury that the foregoing is true and correct.

Respectfully Submitted,

DATED: July 18, 2011.

By    /s/ Christopher L. Dore
Christopher L. Dore
EDELSON McGUIRE, LLC
Attorneys for Plaintiff
Christopher Kramer