SEAN P. REIS - SBN 184004
sreis@edelson.com
EDELSON MCGUIRE LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Telephone:  (949) 459-2124
Facsimile:  (949) 459-2123
sreis@edelson.com

JAY EDELSON (*pro hac vice*)
RYAN D. ANDREWS (*pro hac vice*)
CHRISTOPHER L. DORE (*pro hac vice*)
EDELSON MCGUIRE, LLC
350 N LaSalle, Suite 1300
Chicago, IL 60654
Telephone: (312) 589-6370
Facsimile: (312) 264-0351
jedelson@edelson.com
randrews@edelson.com
cdore@edelson.com

ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER KRAMER, individually and on behalf of all others similarly situated, | No. 10-cv-02722-CW |
| *Plaintiff*, | **STIPULATION TO EXTEND TIME TO REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND INCENTIVE AWARD** |
| v. | |
| AUTOBYTEL, INC., a Delaware corporation, and B2MOBILE, LLC, a California limited liability company, and LEADCLICK MEDIA, INC., a California corporation, | Honorable Claudia A. Wilken |
| *Defendants*. | |

STIPULATION TO EXTEND
REPLY DEADLINE

1

Plaintiff Christopher Kramer and Defendants B2Mobile, LLC and LeadClick Media, Inc. hereby stipulate as follows:

1. On July 18, 2011, Plaintiff filed his Motion for Preliminary Approval of Class Action Settlement Agreement. (Dkt. 121.)

2. On July 29, 2011, this Court granted Plaintiff's Motion for Preliminary Approval and issued an order setting dates for Plaintiff to file a motion for fee award and incentive award (December 16, 2011), a date for putative class members to object to the Settlement (December 30, 2011), as well as dates for Plaintiff to file a motion in support of final approval (January 12, 2012). (Dkt. 125.) Additionally, the Court's order set a Final Fairness hearing for January 26, 2012. (Dkt. 125.)

3. On December 16, 2011, Plaintiff filed his Motion for Attorney Fees Expenses and Incentive Award. (Dkt. 127.) As part of the filing, Plaintiff set, through the ECF electronic filing system, the deadline for any opposition to the Motion for Fees and Incentive Award to correspond with the objection deadline set by the Court (December 30, 2011), the deadline for any reply brief to correspond with the deadline to move for final approval set by the Court (January 12, 2012). (Dkt. 127.)

4. Upon filing the Motion for Fees and Incentive Award, however, the Court's ECF system automatically generated and set January 6, 2012, as the deadline for reply papers.

5. On January 5, 2012, two separate filings styled as objections to the Parties' Settlement Agreement were filed through the Court's electronic filing system. (Dkts. 128 & 129.)

6. To the extent that Plaintiff is required to respond to these objections by the January 6, 2012 reply deadline set by the ECF system, the Parties hereby stipulate to extend Plaintiff's reply deadline to correspond with the deadline for moving for final approval set by the Court, or by January 12, 2012. This additional time is necessary for Plaintiff to properly investigate and prepare an adequate response to the arguments raised by the recently filed

STIPULATION TO EXTEND
REPLY DEADLINE

2

objections. Moreover, as Defendants are considering filing papers in support of Plaintiff's opposition to the objections, Defendants require additional time to consider and review Plaintiff's potential filings.

      7.      In moving Plaintiff's reply deadline to January 12, 2012, the present date set for the Final Fairness hearing will not be impacted, and no party will be prejudiced by the requested extension.

      **WHEREFORE**, the Parties hereby stipulate and agree, subject to Court approval, that the deadline for Plaintiff to file any reply in support of the Motion for Fees and Incentive Award, and address the arguments raised in the objections, shall be extended until January 12, 2012.

Dated: January 5, 2012            EDELSON MCGUIRE LLC
                                          Attorneys for Plaintiff

                                          By:    /s/ Christopher L. Dore
                                                     Christopher L. Dore

Dated: January 5, 2012            SUMMIT LAW GROUP PLLC
                                          Attorneys for Defendant B2Mobile, LLC

                                          By:    /s/ Philip S. McCune
                                                     Philip S. McCune

Dated: January 5, 2012            REED SMITH, LLP
                                          Attorneys for Defendant LeadClick Media, Inc.

                                          By:    /s/ Roxanne Wilson
                                                     Roxanne M. Wilson

STIPULATION TO EXTEND
REPLY DEADLINE

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.
DATED this __6th__ day of January 2012.

_____
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT COURT JUDGE

STIPULATION TO EXTEND
REPLY DEADLINE

4