**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| CHRISTOPHER KRAMER, individually and on behalf of all others similarly situated, | No. 10-cv-02722-CW |
| Plaintiff, | Honorable Claudia A. Wilken |
| v. | **ORDER APPROVING WITHDRAWAL OF OBJECTION OF SNIDER-CANNATA INTERESTS, LLC TO CLASS ACTION SETTLEMENT** |
| AUTOBYTEL, INC., a Delaware corporation, and B2MOBILE, LLC, a California limited liability company, and LEADCLICK MEDIA, INC., a California corporation, | |
| Defendants. | |

The Court has received Notice that the Objection to the Class Action Settlement filed by Snider-Cannata Interests, LLC (Dkt. 129) has been voluntarily withdrawn. The Court, having considered the Notice and the Declaration submitted in connection therewith, finds that the withdrawal of the objection Snider-Cannata Interests, LLC (Dkt. 129) should be approved.

Now, therefore, it is hereby ORDERED that pursuant to Federal Rule of Civil Procedure 23(e)(5) the withdrawal of the objection Snider-Cannata Interests, LLC (Dkt. 129) to the Class Action Settlement is approved.

DATED this __11th__ day of __January__, 2012

_____
HONORABLE CLAUDIA A. WILKEN
UNITED STATES DISTRICT COURT

[PROPOSED] ORDER APPROVING WITHDRAWAL OF OBJECTION                                   Case No. 10-cv-02722-CW