# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| CHRISTOPHER KRAMER, individually and on behalf of all others similarly situated, | No. 10-cv-02722-CW |
| Plaintiff, | Honorable Claudia A. Wilken |
| v. | **ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO REOPEN DISCOVERY AND DEPOSE THIRD PARTIES** |
| AUTOBYTEL, INC., a Delaware corporation, and B2MOBILE, LLC, a California limited liability company, and LEADCLICK MEDIA, INC., a California corporation, | |
| Defendants. | |

This matter came before the Court on Plaintiff's Administrative Motion For Permission to Reopen Discovery and Depose Third Parties. The Court, having reviewed the papers filed in support of and in opposition to the motion, and good cause appearing therein, Plaintiff's Motion is hereby GRANTED.

Plaintiff's request to depose Steven Cope, an alleged Class Member, regarding his objections filed in this action on January 5, 2011 is GRANTED. Plaintiff's request to depose the custodian of records for the Law Offices of Darrell Palmer, counsel for objector, is GRANTED. Objector Steven Cope and the custodian of records for the Law Offices of Darrell Palmer shall each appear for a deposition on or before January 23, 2012. Objector Steven Cope and the custodian of records for the Law Offices of Darrell Palmer shall also produce the documents requested in Plaintiff's Attachment A, attached to his subpoenas two days prior to their respective depositions. To the extent Steven Cope or the custodian of records for the Law

[P~~ROPOSED~~] ORDER                                                                 Case No. 10-cv-02722-CW

1  Offices of Darrell Palmer withhold any documents on grounds of privilege, a detailed privilege
2  log shall also be produced (at the same time as the documents referenced in the prior sentence),
3  providing the information required by Fed. Rule Civ. Proc. 26(b)(5) and requested by Plaintiff in
4  the Attachment A attached to their subpoenas.

**IT IS SO ORDERED**

DATED this __12th__ day of __January__, 2012

_____
HONORABLE CLAUDIA A. WILKEN
UNITED STATES DISTRICT COURT

[P&#8203;ROPOSED] O&#8203;RDER                                                                 Case No. 10-cv-02722-CW