# EXHIBIT 5

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christopher Kramer,<br><br>       Plaintiff,<br><br>  v.<br><br>B2Mobile, LLC,<br><br>       Defendant. | No. 10-cv-02722<br><br>**DECLARATION OF SHANNON R. WHEATMAN, PH.D. ON IMPLEMENTATION AND ADEQUACY OF SETTLEMENT NOTICE PLAN** |

I, SHANNON R. WHEATMAN, declare:

1.    I am a Vice President of Kinsella Media, LLC ("KM"), an advertising and notification firm in Washington, D.C. specializing in the design and implementation of class action and bankruptcy notification programs.  My business address is 2120 L Street, NW, Suite 860, Washington, D.C. 20037.  My telephone number is (202) 686-4111.

2.    Here in *Kramer v. B2Mobile, LLC*, I was asked by Counsel to design Notices and Notice Plan to inform class members about their rights in the litigation.  In the "Declaration of Shannon R. Wheatman, PH.D. on Adequacy of Proposed Notice Plan" dated July 18, 2011 and submitted along with my C.V., I detailed my class action notice experience, my leadership in the form and content of class action notice and my publications on notice and due process.  I also provided my educational and professional experience relating to class action and my ability to render opinions on the overall adequacy of the notice program.

3.    This report will detail all of the notice activities that were undertaken, provide "proofs of performance," and explain how and why the Notice Plan was adequate to satisfy due process requirements.

### SUMMARY OF CONCLUSIONS

4.    The Court-approved Notice Program, designed and implemented for this case, achieved each of the planned objectives:

      a.  Each element of the Notice Program approved by the Court has been implemented.

> b.  The Notice Program, as implemented, reached approximately 80.8% of Mobile Phone & Internet Users an average of 3.0 times each. An estimated 125,117,000 Mobile Phone & Internet Users will have an opportunity to see the Notice.
>
> c.  The Court-approved Notices were noticeable, clear, simple, substantive, and informative.  No significant or required information was missing.

5.      In my view, the Notice Program provided the best notice practicable under the circumstances of this case, and satisfied due process.

6.      The details of the Notice Plan and the basis for my opinion on its adequacy, as well as on the adequacy of the Notice Plan as implemented, are outlined below.

### *Paid Media Program*

7.      The Notice Program consisting of a broad-based paid media program utilizing newspaper supplements, consumer magazines, Internet, and mobile advertising was implemented.

8.      The Publication Notice appeared one time in *Parade*, a newspaper supplement inserted into over 500 daily newspapers across the U.S.

9.      The Publication Notice appeared one time in the following national consumer magazines: *Cosmopolitan*, *ESPN The Magazine*, *Maxim*, *Newsweek*, and *People.*

10.     Internet banner advertising appeared on websites across the 24/7 Real Media Network, the Adconion Network, and the Microsoft Media Network from August 22, 2011 to September 30, 2011 for a total of 286,113,891 gross impressions.[1]

11.     Mobile banner advertising appeared on mobile websites and applications across the JumpTap Mobile Network from August 22, 2011 to September 30, 2011 for a total of 11,556,934 gross impressions.

12.     An Implementation Report for the paid media program is attached as **Exhibit 1** and confirms that the Court-approved paid media program was implemented.  The report

---

[1]  Gross Impressions are the total number of times a media vehicle containing the notice is seen. This is a duplicated figure, as some viewers will see several media vehicles that contain the notice.

provides detailed information on each print publication, and all Internet and mobile banner advertising.  A true and correct copy of the Publication Notice is attached as **Exhibit 2**.  Also included are examples of banner ads as they appeared on several websites in the Adconion Network and in the JumpTap Mobile Network.

### *Earned Media*

13.     The notice program featured an earned media program to augment the paid media program.  All materials contained a message that highlighted the benefits of the Proposed Settlement and explained the claims filing process as well as the toll-free telephone number and the website address that Class Members could call or visit for complete information.

14.     On August 12, 2011, a press release was distributed on PR Newswire's Full National Circuit reaching over 6,000 media outlets and 5,500 websites.   KM monitored outlets and identified approximately 64 news stories as a result of the press release.  A copy of the press release is attached as **Exhibit 3**.

15.     On August 10, 2011, the neutral website (www.TextAdClass.com) went live.  By accessing the website, Class Members could obtain additional information and documents about the Settlement including the Long Form Notice, Court documents, Frequently Asked Questions, and other information.   The website address was prominently included in all Notice materials. As of January 7, 2012, there have been 237,576 visits to the website.

### *Other*

16.     On August 10, 2011, a toll free phone number was established allowing Class Members to call with questions, speak to a live operator, and request that a Notice be mailed to them.  As of January 7, 2012, there have been 1,320 calls to the toll free number.

17.     A post office box was established allowing Class Members to contact Class Counsel by mail with any specific requests or questions.

### PERFORMANCE AND DESIGN OF NOTICE PROGRAM

18.     ***Objectives were met.*** The primary objective of the Settlement Notice effort in this

case was to effectively reach the greatest practicable number of Class Members with a "noticeable" Notice of the Settlement, and provide Class Members with every reasonable opportunity to understand that their legal rights are affected, and that they have a right to be heard and to object to and request exclusion from the settlement.   This objective was successful.

19.     ***The Notice reached Class Members effectively.*** Our calculations indicate that the Paid Media Program reached an estimated 80.8% of potential Class Members.   In addition, although not included in the reach percentage above, the Settlement website and press release further enhanced coverage among the Class.   In my experience, this reach percentage exceeds that achieved in many other court-approved notice programs.   Based on our calculations, I can confidently state that the Class was adequately reached with notice of the Settlement.

20.     ***Plenty of time and opportunity to react to the Notice.*** The Notice Program began implementation on August 12, 2011, which allowed plenty of time for Class Members to see the Notice and respond accordingly before the December 30, 2011 exclusion and objection deadlines and the before March 12, 2012 claims deadline.   With 141 days from the initial Notice until the exclusion and objection deadlines, 214 days until the claims deadline and 168 days until the fairness hearing, Class Members were allotted more than adequate time to act on their rights.

21.     ***Notices were designed to increase noticeability and comprehension.*** The Court-approved Notices were designed to bring the Notices to the attention of Class Members.

22.     The Publication Notice was worded with simple, plain language text to encourage readership and comprehension.   It also directed readers to the case website and the toll-free number for more information.

23.     The Publication Notice was designed to get the reader's attention. No important or required information was missing or omitted.   The Notice referred readers to the availability of a Long Form Notice, which provides additional details regarding the case.

24.     The Long Form Notice was available via the website or toll-free number.   The Long Form Notice included a large, bold headline that captured attention and immediately alerted even casual readers that they should read the Notice and explained why it is important.

25.     The Long Form Notice contained a prominent focus on the options that Class Members have, using a straightforward table design, and included details about the Settlement,

such as who is affected, and Class Members' rights. The Long Form was written is a question and answer format that made it easy to find answers to common questions.

26.     The Publication and Long Form Notices clearly informed Class Members about the potential *pro rata* distribution and the possibility that payments would be made to charities if awards were less than $5.  It is clear throughout the Notices that Class Members may receive less than $100.

## CONCLUSIONS

27.     Notice of the Settlement in this case reached over 80.8% of Class Members. Many courts have determined that a 75 or 80 percent "reach" is more than adequate in analogous cases.  Here, we were able to exceed that.  This "reach" indicates that the Notice campaign was highly successful in providing Notice to potential Class Members.

28.     In preparing the Court-ordered Notices in the *Kramer* case, we have employed communications methods that are well-established in our field, and we have eschewed the idea of producing lengthy, legalistic notice documents.  We have taken to heart the high standards embodied in the Advisory Committee's notes accompanying the amendments to Federal Rule of Civil Procedure 23(c)(2).  We have focused on a primary judicial concern about notice today— effective communication of information about the class action.  As expressed in the Advisory Committee's notes accompanying the 2003 amendments to Rule 23:

> *The direction that class-certification notice be couched in plain, easily understood language is a reminder of the need to work unremittingly at the difficult task of communicating with class members.*

29.     We have provided evidence demonstrating that the notice effort reached a large number of Class Members, and we have prepared Court-approved Publication and Long Form Notices that adequately informed Class Members of the class action, properly described their rights, and clearly conformed to the high standards for modern notice programs.

30.     The notice program meets the express requirements of Federal Rule of Civil Procedure 23 and the California Code of Civil Procedure section 382 and, has provided members of the Class the best notice practicable under the circumstances, including individual notice to all members who could be identified through reasonable effort.

31.     The Court-approved notice program also comports with the guidance for effective notice articulated in the latest edition of the *Manual for Complex Litigation, Fourth*.

I declare under penalty of perjury under the laws of California and Washington, D.C. that the foregoing is true and correct and that this declaration was executed January 12, 2012 in Washington, D.C.

SHANNON R. WHEATMAN

# EXHIBIT 1

# Notice Program Implementation Report

*Kramer v. B2Mobile, LLC*

No. 10-cv-02722



## Paid Media Components

### Print Media

| | Unit Type/Size | Date Ad(s) Ran | Page # of Ad | Tearsheet Received |
|---|---|---|---|---|
| **Magazine(s)** | | | | |
| *Cosmopolitan* | Half Page (3.375" x 10.375") | 9/13/2011 | 178 | Yes |
| *ESPN The Magazine* | Half Page (4.25" x 10.625") | 9/23/2011 | 79 | Yes |
| *Maxim* | Half Page (3.25" x 10") | 9/20/2011 | 100 | Yes |
| *Newsweek* | Half Page (3.375" x 10") | 9/19/2011 | 32 | Yes |
| *People* | Half Page (3.375" x 10") | 9/23/2011 | 54 | Yes |
| **Newspaper Supplement(s)** | | | | |
| *Parade* | 2/5 Page (5.25" x 6.75") | 9/18/2011 | 30 | Yes |

### Online Media

| | Ad Type/Size | Date Ad(s) Ran | Estimated Impressions | Actual Impressions | Ads Ran |
|---|---|---|---|---|---|
| **Web** | | | | | |
| *24/7 Network* | 728x90 & 300x250 | 8/22/2011 - 9/30/2011 | 255,000,000 | 254,260,064 | Confirmed |
| *adconion network* | 728x90, 300x250, 160x600; 120x600 | 8/22/2011 - 9/30/2011 | 18,776,600 | 19,637,792 | Confirmed |
| *Microsoft Media Network* | 728x90, 300x250, 120x600 | 8/22/2011 - 9/30/2011 | 12,000,000 | 12,216,035 | Confirmed |

### Mobile Media

| | Ad Type/Size | Date Ad(s) Ran | Estimated Clicks | Actual Impressions | Ads Ran |
|---|---|---|---|---|---|
| **Web** | | | | | |
| *Jumptap Network* | Mobile Display Banners | 8/22/2011 - 9/30/2011 | 50,000 | 11,556,934 | Confirmed |

### Earned Media

| | Release Date |
|---|---|
| *Press Release distribution* | 8/12/2011 |

# EXHIBIT 2



## If You Received an Unsolicited Text Message Advertisement,

### You Could Get Up to $100 from a Class Action Settlement.

A Settlement has been reached in a class action lawsuit about whether mobile ad company B2Mobile sent text ads to consumers without receiving explicit consent to do so and whether some of those text ads were sent on behalf of lead-generation company LeadClick Media. B2Mobile and LeadClick Media are referred to as the "Defendants."

### Who's Included?

You are included if you live in the U.S. or its territories and you received a text message that was transmitted by or on behalf of the Defendants without your prior express consent. The text messages involved either came from the shortened phone number "77893" or contained a website link, such as: 1500cashasap.com, offerspotusa.com, myauto411.com, usauto101.com, topcash88.com, car499.com, topcash1500.com, jumpoffer.com, myedu411.com, jobsusa411.com, and homesusa911.com. A complete list of website links is available at www.TextAdClass.com.

### What Can You Get?

Defendants have created two Settlement Funds totaling $12.2 million, made up of a $10 million LeadClick Settlement Fund and a $2.2 million B2Mobile Settlement Fund. If you qualify, you may be eligible for a payment up to $100. The actual amount of payments will be based on the number of valid claim forms received. If payments are calculated to be less than $5 for each Class Member the money will be donated to charity. The Settlement also requires Defendants to change their business practices to make sure people who wish to receive text messages properly consent. The Settlement allows Class Members to remove their cell phone numbers from any list or database of numbers to which text messages could be sent on or on behalf of Defendants.

### How to Get Benefits?

You will need to submit a Claim Form to get benefits. You can submit a Claim Form online or by mail. The current deadline to submit a Claim Form is **March 12, 2012**. One claim per household.

### Your Other Rights.

If you do nothing, your rights will be affected. If you do not want to be legally bound by the Settlement, you must exclude yourself from the Settlement. The deadline to exclude yourself is **December 30, 2011**. If you do not exclude yourself you will not be able to sue the Defendants for any claim relating to the lawsuit. If you stay in the Settlement, you may object to it by **December 30, 2011**. The Court appointed attorneys at Edelson McGuire LLC to represent you. A hearing will be held on **January 26, 2012** to consider whether to approve the Settlement and a request for attorneys' fees up to $3.05 million. You can appear at the hearing, but you don't have to. You can hire your own attorney, at your own expense, to appear or speak for you at the hearing.

**For more information or a Claim Form:**
**1-866-591-7263   www.TextAdClass.com**

August 25, 2011

# HUFFPOST POLITICS
### THE INTERNET NEWSPAPER: NEWS BLOGS VIDEO COMMUNITY

f Like 74K     ✈ Follow

Search the Huffington Post 🔍

CONNECT ⓕ ⓣ

FRONT PAGE | POLITICS | BUSINESS | ENTERTAINMENT | TECH | MEDIA | ◀LIFE & STYLE | CULTURE | COMEDY | HEALTHY LIVING | WOMEN | LOCAL | MORE

POLITICS  POLLSTER  2012 ELECTIONS  SPECULATRON  HUFFPOST HILL  FUNDRACE  INVESTIGATIONS

hour 4 minutes ago | FROM AP: Evacuations in NC as Hurricane Irene approaches  6 minutes ago | FROM AP: NC co...

Enter email address.  Get Alerts

# NOT A PRETTY PICTURE
## POLL HAS BAD NEWS FOR OBAMA.. GLIMMER OF HOPE REMAINS



💬 Comments (905) | ✛ Barack Obama



## HUFFPOST HILL
### EXCLUSIVE POLITICS NEWS FOR INSIDERS

**Sign Up**

FEATURED 💬 BLOG POSTS

**Senator Kevin S. Parker: An Assault On Religious Freedom**

Those who peddle hate lack a basic understanding of the history of Muslims in America, and the Constitution of the United States. In targeting the adherents of one faith they seek to undermine one of most basic tenets for the founding of this great nation: religious freedom.

**Read Post** | Comments

**Sponsored Links**

**53 Year Old Mom Looks 25**
The Shocking Results of Her $4 Wrinkle Trick Has Botox Docs Worried
www.LifestylesAlert.com/MUST-SEE

**New Policy In MARYLAND**
Drivers with no DUIs in MARYLAND may be eligible for $9 per week car insurance Only Zip Code..
YourInsuranceSearch.com

**Truth About Annuities?**
Don't Buy Any Annuity Until You Watch This Special Video Report!
SeniorAnnuityAlert.com

Buy a link here

**HUFFPOST REPORTS** | ELISE FOLEY
## Government Expands Use Of Immigrant Detention Centers

Comments | Latino Politics

## Five Years After Racial Incident That Rocked The Nation, Jena Six Move On

Comments (30) | ✛ Civil Rights

ADVERTISEMENT

## If You Received an Unsolicited Text Message Advertisement,

*You Could Get Up to $100 from a Class Action Settlement*

Visit www.TextAdClass.com

## HUFFPOST SOCIAL NEWS

FOLLOW US

   

MOST POPULAR ON HUFFPOST    ◀ 1 of 2 ▶


**Gaddafi: Retrospective Of A Fashion Maverick**
f Like  786


**Will Smith, Jada Pinkett Smith Deny Separation Report**
f Recommend  10K


**Earthquake in Washington D.C.**
f Recommend  14K



**If You Received an Unsolicited Text Message Advertisement,** *You Could Get Up to $100 from a Class Action Settlement* Visit www.TextAdClass.com

The News & Advance
newsadvance.com
Lynchburg, VA

NEWS   SPORTS   ENTERTAINMENT   LIFESTYLES   OBITUARIES   WEATHER   VIDEO   SERVICES          Jobs   Real Estate   Autos   Contact Us

Classifieds

Search Stories, Photos, Video & Keywords        **SEARCH**   Web Search powered by YAHOO!          GoDanRiver  |  WSLS  |  Amherst  |  Nelson

Monday, August 22, 2011 | Lynchburg, Virginia 82° Feels Like: 82° Mostly Cloudy



## Local News

HOME / NEWS /                                                    ▷ Share This

### Local News



### One killed in Madison Heights motorcycle wreck

A motorcyclist died this morning in a collision with a vehicle on Seminole Drive in Madison Heights, a county official said.

**» Full Story**

UPDATE: 2 arrested in assault that may have sparked shooting

Appomattox McDonald's robbed at gunpoint

Liberty Christian Academy delays first day of school

Lynchburg Amtrak passengers warned of possible measles exposure

Sedalia Center says so long to 'parents'

**» More Headlines**

DEAL of the DAY     CLICK for Today's Deal! ONE CAR, ONE SPECIAL, EVERY DAY!

ADVERTISEMENT



**CA$H for GOLD**
Record Gold Prices – Get Cash Today!
We pay top dollar for your broken or unwanted jewelry.
**CLICK HERE** for a bonus coupon!
TWO WEEKS 10am-6pm          Kirkley Hotel
Thurs-Sun August 18-21      2900 Candlers Mountain Rd
AND Thurs-Sun August 25-28  Lynchburg, VA 24502
                            (Exit 8A off Business 29,
                             Exit 123W off Rt. 460)
**National Redemption**

ADVERTISEMENT

**NationwideBonds.com**
We help People, Companies, & Agents Surety Bonds
Partner with us Today
www.nationwidebonds.com

Ads by Yahoo!

**Letters to the Editor**
Sound off. Let your opinion be heard. Write a letter to the editor.
Be heard
More »

**Share your photos**
Share travel, weather, pet and sports photos
More »

**Civil War: 150th...**
Check out our frequent excerpts from a Lynchburg newspaper from 1861.
More »

ADVERTISEMENT

**ADVANTAGE RENT A CAR**
Try this on for size:
**Low Price Guarantee**

Advantage: yours
▪ simple booking
▪ no waiting for your car

### Local news

**Calvin Falwell honored at Hillcats game**

The Hillcats game started off with a somber note as a moment of silence was held in honor of Calvin Falwell.

08/22/2011 7:01 AM |

 **Aug. 22, 1861: New London Academy advertises its term**

An excerpt from The Virginian of Aug. 22, 1861

08/22/2011 7:00 AM |

**Lightning sparks Garland Street house fire**

A lightning strike caused a fire that displaced a family of three at 919 Garland Street Sunday afternoon. No one was injured.

08/22/2011 6:58 AM |

**Top Videos**



3:03 Salem veteran flies in WWII...  ★★★★★
2:23 VIDEO: Hokies football team helps...  ★★★★★
2:46 Virginia's $544 million budget...  ★★★★★

○○●

**Latest News Videos**

MLK Memorial Opens on National Mall

# ksl.com » TV

Enter Keyword | all of KSL ▾ | 🔍

MARKET PLACE

🏠 | Utah | Page Two | U.S. | World | Sports | Weather | Traffic | Business | Entertainment | More          Classifieds | Cars | Homes | Jobs | Local | Deals

Today's Happenings   Bios   TV Schedule   Contests   Editorials   More on Web   Video   Studio 5   Mormon Times   KSL Pulse

**If You Received an Unsolicited Text Message Advertisement,** *You Could Get Up to $100 from a Class Action Settlement*
About this ad


**KSL 5 TV Homepage**


**Report a technical issue with your KSL-TV signal »**

## KSL 5 Features


**Nominate someone deserving of a HIGH 5!**
Do you know someone who deserves a public "High 5"? Nominate the people in your life contributing to your community and KSL 5 will come by and surprise them LIVE, on KSL 5 News Today!


**Wednesday's Child - Sponsored by Wendy's**
Wednesday's Child is a cooperative effort between KSL and the Adoption Exchange highlighting foster children looking for permanent homes.


**Summer of Fun**
KSL explores fun locations to keep your summer hopping.


**KSL Pulse**
A daily look at what's trending.

## KSL 5 Happenings


**Join us on Facebook for a Summer of Fun!**
We're giving away awesome prizes to help fill your summer full of fun! Visit us at www.facebook.com/ksltv for your chance to win great prizes.


**Jimmermania Returns to Utah with Jimmer's All-Stars!**
Join KSL, Jimmer Fredette, BYU Coach Dave Rose and many of the NBA's top draftees as we get together for two action-packed exhibition games on Wednesday, September 21, at the Maverik Center in Salt Lake City, and Thursday, September 22, at the Marriott Center in Provo. Get your tickets today! Click here for more details.


**Win 4 tickets to Mary Poppins plus dinner at The Roof!**
Enter to win 4 tickets to Mary Poppins and dinner for 4 at The Roof! 10 total winners selected and announced on Studio 5!


**KSL encourages you to "Read Today"**
Have you Read Today? Log your kids reading minutes atRead Today.com throughout the school year for a chance to win great prizes! Learn more about the program here.

**KSL Deals are now on!**

**Advertise with Us!**
- Find out how to advertise on KSL 5 and ksl.com

**Tonight on KSL 5**


**7:00 p.m. - America's Got Talent**
The 12 acts from the previous night return to find out which four of them have earned the necessary votes to move forward in the competition.


**8:00 p.m. - Law and Order: Criminal Intent**
Detectives Goren and Eames launch an investigation into a case in which a philanthropist has been murdered and his body switched with that of a medical cadaver.


**9:00 p.m. - Harry's Law**
A once-successful patent attorney starts her own practice after being fired, and her secretary helps her out, they work to defend a man on third drug offense.


**10:00 p.m. - KSL 5 News at 10 (HD)**
The day's major news events, business reports, local sports updates, weather information and tomorrow's forecast are presented by the KSL 5 News Team.

**10:35 p.m. - The Tonight Show with Jay Leno (HD)**
ALL NEW! Jay interviews... "The Smurfs," actor Neil Patrick Harris; "Cake Boss" Buddy Valastro; musician Imelda May.

**Today's Studio 5 Recipe**


**Today's Recipe: Strawberry Nutella Muffins**

**Studio 5**


**Click here for Studio 5 Home Page**

[advertisement]

 [Aug 2011]: Drivers with no DUIs in Virginia may be eligible for $9 per week car insurance.
 Alexandria - New trick allows any Virginia resident to get extremely cheap car insurance.
 Famed economist predicts economic calamity in 2012. See the evidence
 [Aug 2011]: Drivers with no DUIs in Virginia may be eligible for $9 per week car insurance.
 Aug 2011 - Virginia: Drivers with no DUIs may qualify for $20 a month car insurance.
How local consumers discovered a trick to getting high-demand items for next to nothing.
About this ad

**Most Popular**

Read  Video  Commented  Deseret News

1. Allegations of unwanted advances from ...
2. Provo man arrested in rape sting operation
3. Michigan wing walker was 1 of 2 to do ...
4. Boat hits and kills swimmer at Pineview ...
5. Students return to hot classrooms, look ...

**FREE Credit Score Check!**
  

# Screenshots








The Leader in Targeted Mobile Advertising

Jumptap's products may be protected under one or more patents

# EXHIBIT 3

PRESS RELEASE        **    PRESS RELEASE      **    PRESS RELEASE

**For Immediate Release**
**Date: August 12, 2011**

**Contact: Jay Edelson**
**(312) 589-6370**

**Ryan Andrews**
**(312) 589-6370**

# Settlement Affords Affected Cell Phone Users
# Up To $100 for Unsolicited Text Messages

(Oakland, August 12, 2011)  The following is being released by the law firm of Edelson McGuire, LLC.

A settlement has been reached in a class action lawsuit relating to the alleged transmission of text-message advertisements to 47 million people nationwide.

According to the settlement agreement filed in Oakland Federal Court, the lawsuit is against two companies that allegedly benefited from text-message advertisements sent by one of the companies, which included promotions for automobiles, online education, payday loans, and real estate, in violation of a provision of the federal Telephone Consumer Protection Act.  The text messages involved either came from the shortened phone number "77893" or contained a website link, such as: 1500cashasap.com, offerspotusa.com, myauto411.com, usauto101.com, topcash88.com, car499.com, topcash1500.com, jumpoffer.com, myedu411.com, jobsusa411.com, and homesusa911.com.

The settlement, which was preliminarily approved July 29, 2011, establishes a $12.2 million cash settlement fund out of which payments of up to $100 will be made to each wireless account holder who received a text message from Defendant B2Mobile, as well as administrative costs and attorneys' fees. The defendants B2Mobile LLC and LeadClick Media, Inc. have denied the advertisements violated any laws or were in any way improper or harmful to consumers.  The Court must still decide whether to finally approve the settlement.

Edelson McGuire in Chicago—a firm that regularly handles consumer technology class actions—were appointed by the Court to serve as attorneys for the class. "This settlement is a positive step for consumers nationwide and sets an example for others in the mobile messaging industry to follow," commented Ryan D. Andrews, a lead attorney for the plaintiffs.

The lawyers for the Class, Jay Edelson, Myles McGuire, Ryan D. Andrews, and Christopher L. Dore, encourage those who believe they received the text messages described above to visit www.TextAdClass.com to learn more details about the settlement and how to apply for a settlement payment.  Class members may also call the Settlement Administrator at 1- 866-591-7263 or Edelson McGuire at 1-866-354-3015 for more information.

###

Source: Edelson McGuire, LLC

1

**RULE 45 CERTIFICATION**

2

Pursuant to the provisions of Section X.B of the Northern District of California's General
3   Order No. 45, I certify that I, Ryan D. Andrews, have obtained the concurrence of Shannon R.
Wheatman in filing this document, whose signature appears herein.

4

5   Dated: January 12, 2012                                    /s/  Ryan D. Andrews

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28