# EXHIBIT 1

**Motion to Compel Objector Discovery - Appendix A**

**Examples of Cases in Which Darrell Palmer Has Filed Objections and Dismissed, Abandoned or Withdrawn the Objections or Appeal Without Attaining Settlement Changes or Additional Benefits for the Class**

| Case | Client(s) | Outcome of Objection | Appeal | Outcome of Appeal |
|---|---|---|---|---|
| *Berger v. Property I.D. Corp.* (C.D. Cal., No. CV 05-5373 GHK (CWx)) | Joseph Palmer – actually Darrell Palmer, appearing pro per, under his first name | Award of fees, to which Palmer had objected, granted 1/28/09 (Dkt. 899); final approval granted in separate order of that date (Dkt. 900). Objections not mentioned in either order. | Not filed. | Not applicable. |
| *In re Broadcom Corporation Class Action Litigation* (C.D. Cal., No. 06-cv-5036-R (CWx)) | Smokestack Lightening Ltd. "Marisco" | Overruled and $10,000 appeal bond required (Dkt. 356; 8/11/10). | Filed 9/10/10 (9th Cir., No. 10-56435). | Voluntarily dismissed (Dkt. 8, 11/4/10). |
| *Browning v. Yahoo! Inc., et al.* (N.D. Cal., No. C04-01463 HRL) | Norman Palmer[1], Richard Oster; Jeff Heinrichs | Overruled (2007 U.S. Dist. LEXIS 86266; 11/16/07). | Filed 12/14/07 (9th Cir., No. 07-17326). | Voluntarily dismissed (Dkt. 12, 5/2/08). |
| *In re Cellphone Termination Fee Cases* (Alameda Super. Ct., JCCP No. 4332) | Carol Barrett; Robert R. Oubre, Sr. | Final approval granted and fees awarded 7/21/10 in separate orders. Objections not mentioned in either of the orders. | Filed 9/17/10 (Cal. App. 1st Dist., No. A129887). | Voluntarily dismissed (3/10/11). |
| *In re Chiron Shareholder Deal Litig.* (Alameda Super. Ct., No. RG05230567) | Carrie B. Savage | Final approval granted and fees awarded 7/25/06 in separate orders. Objections not mentioned in either of the orders. | Filed 9/6/06 (Cal. App. 1st Dist., No. A115432). | Abandonment of appeal filed (10/18/06). |
| *Collins v. American Honda Motor Co.* (Alameda Super. Ct., No. RG03099677) | Elizabeth Blanks; Ancle W. Cummins, Jr.; Irving S. Bergrin | Final approval granted and fees awarded 12/28/06. The order states that the objections were considered but does not otherwise mention them. | Blanks/Cummins appeal filed 2/22/07 (Cal. App. 1st Dist., No. A117120); Bergrin appeal filed 2/26/07 (Cal. App. 1st Dist., No. A117125). | Blanks/Cummins and Bergrin appeals voluntarily dismissed (6/15/07). |

---

[1] Norman Palmer is Darrell Palmer's brother.

| Case | Client(s) | Outcome of Objection | Appeal | Outcome of Appeal |
|---|---|---|---|---|
| *In re: Countrywide Financial Corp. Customer Data Security Breach Litig.* (W.D. Ky., No. 08-MD-01998) | Winfield C. Scott | Memorandum Opinion on final approval and fees found objections to be without merit (Dkt. 297, 8/23/10). | Filed 9/22/10 (6th Cir., No. 10-6194). | Voluntarily dismissed (Doc. No. 006110805529, 12/2/10). |
| *In Re: Currency Conversion Fee Antitrust Litig.* (S.D.N.Y., No. 1:01-MD-01409) | Richard Melton Construction, Inc.; Dirk F. Sutro | Final approval granted and fees awarded on 10/22/09 (263 F.R.D. 110). There were 76 objectors to the settlement. For each of their points, the court said the objections were either without merit or moot.<br><br>Certain objectors sought fees. "The objectors in this case did little to aid this Court. While there were modifications to the notice program, these modifications were entirely on the Court's initiative and devised by the Special Master and the parties. As for fees, the objections were so general and repetitive that they were of no assistance to an area with which this Court is intimately familiar." *Id.* at 132. | Not filed. | Not applicable. |
| *Dervaes v. California Physicians' Service d/b/a Blue Shield of California* (Alameda Super. Ct., No. RG06262733) | Alison H. Paul | Final approval granted and fees awarded 4/2/10. Objections not mentioned in order and judgment. | Filed 6/1/10 (Cal. App. 1st Dist., No. A128696). | Abandonment of appeal filed (6/4/10). |
| *Elihu v. Toshiba America Information Systems* (Los Angeles Super. Ct., No. BC328556) | David Schaefer | Judgment entered 5/31/07. | Filed 7/27/07 (Cal. App. 2nd Dist., No. B201331). | Voluntarily dismissed (4/24/08). |

2

| Case | Client(s) | Outcome of Objection | Appeal | Outcome of Appeal |
|---|---|---|---|---|
| *In re Enron Corporation Securities Litig.* (S.D. Tex., No. H-01-3624) | Larry Fenstad; Dorothy Lancaster McCoppin | On 9/8/08, all objections were overruled or found to be without merit in the order awarding fees (586 F.Supp.2d 732) and the plan of allocation of the settlement proceeds (2008 U.S. Dist. LEXIS 84656). | Filed 10/3/08 (5th Cir., No. 08-20648). | Stipulated dismissal filed 9/10/09 (Doc. No. 0051920399). |
| *In re: Epson Ink Cartridges* (Los Angeles Super. Ct., JCCP 4347) | Elaine Savage; Edward Siegel; Andy Lui; Albert Lui | Judgment entered 10/23/06. | Filed 12/18/06 (Cal. App. 2nd Dist., No. B195818). | Voluntarily dismissed (1/29/07 – Savage, Andy Lui and Albert Lui; 3/13/07 – Siegel). |
| *In re: Ford Explorer Cases* (Sacramento Super. Ct., JCCP Nos. 4266 and 4270) | JWC Construction, Inc.; Misty Carter | Objections overruled in 6/27/08 fee order and 7/30/08 judgment. | Filed 9/26/08 (Cal. App. 3rd Dist., No. C060067). | Abandonment of appeal filed (11/21/08). |
| *Friedman v. 24 Hour Fitness USA, Inc.* (C.D. Cal., No. CV-06-06282) | Toni Ozen | Overruled 7/12/10. | Filed 8/11/10 (9th Cir., No. 10-56289). | Stipulated dismissal (Dkt. 3, 8/20/10). |
| *Gemelas v. Dannon Co.* (N.D. Ohio, No. 08-CV-236) | Steven P. Cope | Judgment, Final Order and Decree (Dkt. 71, 6/24/10) indicates objections were considered. In his Order on Plaintiff's Motion for a Bond to Secure Payment of Costs and Attorneys' Fees on Appeal, Judge Dan Aaron Polster stated, "The only objections to the settlement were lodged by what now appear to be 'serial objectors.'" 2010 U.S. Dist. LEXIS 99503, *5 (N.D. Ohio Aug. 31, 2010). | Not filed. | Not applicable. |

3

| Case | Client(s) | Outcome of Objection | Appeal | Outcome of Appeal |
|---|---|---|---|---|
| *In re General Motors Dex-Cool Gasket Cases* (Alameda Super. Ct., JCCP No. 4495) | Jonathan L. Booze | Overruled in 10/23/08 final approval and fee order.<br><br>On 12/5/08, all of the objectors filed a joint notice of withdrawal of their objections. | Not filed. | Not applicable. |
| *Hoffman v. Citibank (South Dakota) N.A.* (C.D. Cal., No. No. CV-06-00571) | Joseph Balla; Andrew J. Cesare; Todd Bates | Fees awarded (12/17/10 and 12/22/10) and settlement approved (12/22/10) in separate orders. Objections not mentioned in the orders. | Filed 1/18/11 (9th Cir., No. 11-55106). | Voluntarily dismissed (Dkt. 7, 3/23/11). |
| *Koller v. Int'l. Rectifier Corp.* (C.D. Cal., No. CV-07-02544) | Cascia II, LLC | Objection filed 1/25/10; withdrawn 2/1/10. | Not filed. | Not applicable. |
| *In re: Lifelock, Inc. Marketing and Sales Practices Litig.* (D. Ariz., No. 2:08-MD-01977-MHM) | Billy Daniels | The final approval and fee order of 8/31/10 (Dkt. 218) states: "[T]he Parties demonstrated in their Response to Objections that none of the asserted bases for objection is valid." Slip op. at 9. | Filed 9/30/10 (9th Cir., No. 10-17177). | Voluntarily dismissed (Dkt. 16, 1/5/11). |
| *Papadakis v. Northwestern Mutual Life Ins. Co.* (Los Angeles Super. Ct., No. BC322788) | Marci R. Frenkel; Eric Zeigenhorn; Norma Hoffman; Stuart Mintz; Kirk Stewart; Steven Sindell; Paul M. Kaufman | Final approval order and judgment entered 2/20/09. | Filed 4/2/09 (Cal. App. 2nd Dist., No. B214789). | Voluntarily dismissed (8/24/10). |
| *Salcido v. Iovate Health Sciences USA, Inc.* (Los Angeles Super. Ct., No. BC387942) | Cassie Griffin | Objection filed 8/28/09; withdrawn 9/24/09. | Not filed. | Not applicable. |

4

| Case | Client(s) | Outcome of Objection | Appeal | Outcome of Appeal |
|---|---|---|---|---|
| *Savaglio v. Wal-Mart Stores, Inc.* (Alameda Super. Ct., No. C-835687) | Joseph D. Wilkins; Evelyn Zientek | Final approval of settlement granted 4/8/10, overruling objections except as to amount of attorneys' fees. The 9/10/10 order on fees indicated that the court had "rejected all objections to the requested fee award." | Not filed. | Not applicable. |
| *In re Smokeless Tobacco Cases I, II* (San Francisco Super. Ct., JCCP Nos. 4250, 4258, 4259, 4262) | Norman D. Palmer | At the 3/12/08 final approval hearing, Judge Richard A. Kramer questioned Darrell Palmer at length about Norman; earlier that day, the objection was withdrawn. | Not filed. | Not applicable. |
| *Troyk v. Farmers Group, Inc.* (San Diego Super. Ct., No. GIC836844) | Arthur Carapia | Judgment entered 11/23/10. | Filed 1/15/10 (Cal. App. 4th Dist., Div. 1, No. D056803). | Abandonment of appeal filed (3/4/10). |
| *In re Vitamins Antitrust Litig.* (D.D.C., MDL No. 1285) | Neil Freedman; Teri Cunningham | Objections found to be without merit in final approval order (Dkt. 4888, 6/25/10). | Filed 7/23/10 (D.C. Cir., No. 10-7096). | Stipulated dismissal entered 9/2/10 (Doc. No. 1263938). |
| *In re: Wal-Mart Stores, Inc. Wage and Hour Litig.* (N.D. Cal., No. 06-CV-02069 SBA) | Joseph D. Wilkins; Nicole Clemente; Lolita Wells | Objections filed 9/7/10; withdrawn 11/6/10. | Not filed. | Not applicable. |
| *Wilson v. Airborne, Inc.* (C.D. Cal., No. CV-05-00770) | Denise Fairbank; Falicia Estep | Objections overruled in final approval and fee order (Dkt. 170, 8/13/08). | Filed 11/4/08 (9th Cir., No. 08-56819). | Voluntarily dismissed (Dkt. 10, 2/20/09). |
| *Yeagley v. Wells Fargo & Co.* (N.D. Cal., No. C-05-3403-CRB) | Rose A. Munoz | Objection filed 6/8/07; withdrawn as indicated in 10/18/07 order stating that plaintiffs' counsel had agreed to pay the objectors' attorneys fees. | Not filed. | Not applicable. |