JOSEPH DARRELL PALMER (SBN 125147)
darrell.palmer@palmerlegalteam.com
LAW OFFICES OF DARRELL PALMER
603 North Highway 101, Suite A
Solana Beach, California 92075
Telephone: (858) 792-5600
Fax: (858) 792-5655

Attorneys for Objector STEVEN COPE

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| CHRISTOPHER KRAMER, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> AUTOBYTEL, INC., a Delaware corporation, and B2MOBILE, LLC, a California limited liability company, and LEADCLICK MEDIA, INC., a California corporation, <br><br> Defendants. | No. 10-cv-02722-CW <br><br> Honorable Claudia A. Wilken <br><br> **WITHDRAWAL OF OBJECTION OF STEVEN COPE TO PROPOSED SETTLEMENT AND [PROPOSED] ORDER APPROVING WITHDRAWAL OF OBJECTION** |

COMES NOW Objector Steven Cope through his counsel Joseph Darrell Palmer and hereby formally withdraws his Objection to the class action settlement in this matter, which was filed with the Court on January 5, 2012. (Dkt. 128.) While the Objection was made in good faith, upon further review of the facts underlying this case and evidence presented by Class Counsel regarding Cope's lack of standing as a Class Member, the Objection is hereby withdrawn.

WITHDRAWAL OF OBJECTION                                   Case No. 10-cv-02722-CW

Further, Objector Steven Cope and his counsel of record, Law Offices of Darrell Palmer, hereby certify to the Court that no payment, consideration, or promise of consideration of any kind was made to Objector Steven Cope or Law Offices of Darrell Palmer by Class Counsel or any other source in exchange for Objector Cope's withdrawal of his objection.

Dated: January 23, 2012                     Respectfully submitted,

                                             /s/  Joseph Darrell Palmer
                                            JOSEPH DARRELL PALMER

**CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2012, I electronically filed the foregoing**:**

WITHDRAWAL OF OBJECTION OF STEVEN COPE TO PROPOSED SETTLEMENT AND [PROPOSED] ORDER APPROVING WITHDRAWAL OF OBJECTION

with the Clerk of the Court of the United States District Court for the Northern District of California by using the USDC CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the USDC CM/ECF system.

                            ____/s/ Joseph Darrell Palmer_____
                            Joseph Darrell Palmer
                            Attorney for Objectors

WITHDRAWAL OF OBJECTION                                           Case No. 10-cv-02722-CW