Joseph Darrell Palmer (SBN 125147)
Email:  darrell.palmer@palmerlegalteam.com
Law Offices of Darrell Palmer
603 North Highway 101, Ste A
Solana Beach, California 92075
Telephone: (858) 792-5600
Facsimile: (858) 792-5655

Attorney for Objector Steven Cope

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CHRISTOPHER KRAMER, individually and on behalf of all others similarly situated, | Case No. 10-cv-02722-CW |
| Plaintiffs, | [~~PROPOSED~~] ORDER ON WITHDRAWAL OF OBJECTION OF STEVEN COPE |
| v. | |
| AUTOBYTEL, INC., a Delaware Corporation, and B2MOBILE, LLC, a California Limited Liability Company, and LEADCLICK MEDIA, INC., a California Corporation, | |
| Defendants. | |

The Court has received notice that the Objection to the Class Action Settlement filed by Steven Cope has been voluntarily withdrawn.  The Court, having considered the withdrawal, finds that the withdrawal of Steven Cope's objection should be approved.

Now, therefore, IT IS HEREBY ORDERED that pursuant to Federal Rule of Civil Procedure 23(e)(5) the withdrawal of the objection Steven Cope to the Class Action Settlement is approved.

/ / /

/ / /

[~~PROPOSED~~] ORDER ON MOTION FOR WITHDRAWAL OF OBJECTION BY STEVEN COPE

**IT IS SO ORDERED**

DATED this __23rd__ day of __January__, 2012

_____(signature)_____
HONORABLE CLAUDIA A. WILKEN
UNITED STATES DISTRICT COURT

[PROPOSED] ORDER ON MOTION FOR WITHDRAWAL OF OBJECTION BY STEVEN COPE