UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER KRAMER,

    Plaintiff,

v.

AUTOBYTEL INC, et al.,

    Defendant.

NO. C 10-02722 CW

**MINUTE ORDER**
Date: January 26, 2012

**The Honorable Claudia Wilken, Presiding**
**Clerk: Nikki D. Riley**   **Court Reporter:** Diane Skillman

**Appearances for Plaintiff:**
Ryan Andrews, Christophe Dore

**Appearances for Defendant:**
Roxanne Wilson, Jack Nelson, Philip McCune

**Motions:**

| | | |
|---|---|---|
| Plaintiff | Motion for Attorney Fees | Granted |
| Plaintiff | Motion for Final Approval of Class Settlement | Granted |

Order to be prepared by: Court

**Fairness Hearing - HELD**

Notes: Motions are argued and submitted by the parties, and granted by the Court.

Copies to:  Chambers